# EXHIBIT 1

**From:** Alwyn Moody <amoody@unitedfinishing.net>
**Sent:** Monday, August 29, 2022 9:27 AM
**To:** Alwyn Moody <amoody@unitedfinishing.net>
**Cc:** Anthony Brady <abrady@unitedfinishing.net>; Chris Gregory <cgregory@unitedfinishing.net>; Mike Richmond <mrichmond@unitedfinishing.net>; Joe Boggs <jboggs@unitedfinishing.net>; Cathy Brown <cbrown@unitedfinishing.net>; Bill Brawley <bbrawley@unitedfinishing.net>; Jason Hahn <jhahn@unitedfinishing.net>
**Subject:** United Finishing Systems LLC Press Release Announcement

**CAUTION**: This email originated from outside of Crown. Do not click links or open attachments unless you recognize the sender and know the content is safe.

United Finishing Systems is proud to announce we are up and running with a new venture. Please see the attachment for all the details.
We are here to help all former customers and create new customers.
**Sales**  Bill Brawley – 704-7248916                **Service**  Chris Gregory – 704-4370622
For information please feel free to contact me..
Looking forward to hearing from everyone.

Thank you,

**Alwyn Moody**
President
United Finishing Systems LLC
Mobile:  704-450-2422
Email:  amoody@unitedfinishing.net





**201 United Drive Statesville N.C. 28625**

# Statesville N.C. Start-Up Offers Turnkey Industrial Finishing Systems

United Finishing Systems LLC offers custom turnkey finishing solutions for electrocoating, powder coating and liquid coating.



United Finishing Systems LLC (Statesville, N.C.), a new start-up provider of turnkey industrial finishing systems has opened for business. The company will focus on the southeastern U.S and offers full industrial automatic powder and paint finishing systems, and batch systems, as well as service on all manufacturers' powder and wet paint lines. In addition to new finishing systems, the company can provide retrofits to existing systems.



United Finishing System's philosophy revolves around customization and service. "Whether you need an electro-coating, powder coating, or liquid coating system, we offer custom solutions to meet your requirements. Our approach to powder coating and liquid finishing systems is first to listen — we hear the needs of our customer," says Alwyn Moody, president. "And then we draw on our team's collective experience to create versatile, adaptable, efficient and effective surface treatment lines."




The team at United Finishing Systems comprises more than 100 years of combined finishing experience for industrial, furniture, heavy truck and bus, and automotive tier suppliers.

For more information visit www.unitedfinishing.net

For Sales call **704-724-8916** or for Service call **704-437-0622**.