# EXHIBIT 5



**IIIPNEU-MECH**
**SYSTEMS MFG. LLC**

February 5, 2018

Mr. Pete Pape
Crown Equipment Corporation
Purchasing
New Bremen, OH 45869

Mr. Pape:

On behalf of Pneu-Mech Systems, I would like to offer you and the Crown organization our sincere appreciation for the opportunity to participate in Project #F1721 Paint "Powder Coat Line" bid process.

The attached documents fulfill your request for a proposal regarding a new powder coating system for the New Bremen, OH facility. Pneu-Mech has provided a complete system solution based on the information contained within the Crown specification and our current understanding of the system requirements.

The proposal meets a production rate of 133 vehicles per day over a two-shift operation on one powder coating system. The system layout is intended to conform to a generalized building grid pattern and is economized for space savings.

Mr. Pape, thank you again for the opportunity to be of service to Crown Equipment. Both Jason Gatton and I look forward to meeting with you to discuss our proposal and system concept.


Regards,



JB Graves – Regional Sales Manager
Pneu-Mech Systems Manufacturing


Jason Gatton – Special Projects Manager
Pneu-Mech Systems Manufacturing



# PNEU-MECH SYSTEMS MFG. LLC

## *Supplier of Quality*

### LIQUID PAINT & POWDER COATING SYSTEMS

**201 Pneu-Mech Drive Statesville N.C. 28625**

**Phone: (800) 358-7374 • Fax: (704) 871-2780**

## Powder Coating System

---

### Proposal No. 18038

**February 5, 2018**

---

Prepared by:

**J.B. Graves and Jason Gatton**

For:

**Mr. Tony Sielschott and Mr. Michael Gehle**



**Equipment**

**New Bremen, Ohio**

201 PNEU-MECH DRIVE ● STATESVILLE, NORTH CAROLINA 28625● PHONE 704-873-2475 ● FAX 704-871-2780
E-Mail: www.info@pneu-mech.com Web Page: www.pneu-mech.com
A Division of Brawtus Holding Co. Inc.



## INTRODUCTION

***Pneu-Mech Systems Mfg. LLC*** is very pleased to provide the attached complete proposal for the detailed equipment and services.  The proposed package utilizes our unique blend of talent, which spans Process Engineering, Paint Shop Planning, Detailed Design/Engineering, Supply/Subcontract Management, Fabrication, Retrofits, Relocations, Installation and overall Project Management.  Our team has developed a proven comprehensive package that has provided customers with the highest possible quality at the lowest possible price for over 27 years.

## TABLE OF CONTENTS

| | | |
|---|---|---|
| 1. Pricing | Page | 4 |
| 2. Blast Enclosure | Page | 6 |
| 3. High Velocity Blow-Off System w/ Enclosure | Page | 7 |
| 4. Manual Blast Booth | Page | 8 |
| 5. Part Manipulation / Media Removal Platform | Page | 8 |
| 6. Six Stage Stainless Steel Split Top Washer | Page | 9 |
| 7. 10 GPM Reverse Osmosis System | Page | 13 |
| 8. Ph Balance System w/ Environmental Package | Page | 14 |
| 9. High Velocity Blow-Off System w/ S.S. Enclosure and Vacuum Platform | Page | 14 |
| 10. Gas Fired Convection Dry-Off Oven | Page | 15 |
| 11. Heat Dissipation Tunnel for Dry-Off Oven | Page | 18 |
| 12. Environmental Control Room w/ HVAC | Page | 19 |
| 13. Protection Tunnel #1 | Page | 21 |
| 14. Electric Infrared Booster Oven | Page | 22 |
| 15. Protection Tunnel #2 | Page | 23 |
| 16. Gas Fired Convection Cure Oven | Page | 24 |
| 17. Heat Dissipation Tunnel for Cure Oven | Page | 27 |
| 18. Power & Free Overhead Conveyor System | Page | 28 |
| 19. Smart Eye System | Page | 35 |
| 20. Crash Protection | Page | 35 |

2

# IIIPNEU-MECH
## SYSTEMS MFG. LLC

February 5, 2018 Proposal # 18038

| | | | |
|---|---|---|---|
| 21. | Optional Two (2) Side Down Draft Paint Production Spray Booths with Make-Up Air Units (Offline) | Page | 36 |
| 22. | Optional Installation for Four (4) Powder Booths | Page | 38 |
| 23. | Electrical Distribution Wiring | Page | 39 |
| 24. | PLC Control Panel | Page | 39 |
| 25. | Project Management | Page | 41 |
| 26. | Rigging and Rental Equipment | Page | 41 |
| 27. | Documentation | Page | 41 |
| 28. | Start-Up and Training | Page | 41 |
| 29. | Terms | Page | 42 |
| 30. | Customer's Responsibilities | Page | 44 |

## SYSTEM DESIGN CRITERIA

| | |
|---|---|
| Largest Part Size: | 7'-8" W x 10'-0" H x 25'-6" L |
| Profile Opening: | 8'-8" W x 11'-0" H |
| Top of Conveyor to Top of Opening: | 5'-9" |
| Top of Conveyor to Top of Part: | 6'-3" |
| Design Line Speed: | 10.5 FPM (Variable) |
| Carriers Per Hour: | 37 (Short) 15 (Long) |
| Throughput: lbs / hr | 120,000 |
| Coating: | Powder |
| Insurance Carrier: | FM |
| Electrical: | 460 Volts, 3 Phase, 60 Cycle |
| Type Gas: | Natural Gas @ 5 PSI |
| Water Supply: | City Water |

*Notes: Only those specifications set forth in this document are considered part of Pneu-Mech Systems proposal.*

*This equipment shall be designed in accordance with accepted industry standards employing the latest available technology.*

*Further modifications and design changes may be incorporated by Pneu-Mech Systems during the final engineering stages to produce the best equipment possible.* **Note: No changes will be made without written approval from Crown Equipment.**

3



**IIIPNEU-MECH**
**SYSTEMS MFG. LLC**

## SCOPE OF WORK

### 1  PRICING

Pneu-Mech Systems will provide the following products and services:

**Machinery:**

- Blast Enclosure
- High Velocity Blow-Off System w/ Enclosure
- Manual Blast Booth
- Part Manipulation / Media Removal Platform
- Six Stage Stainless Steel Split Top Washer
- 10 GPM Reverse Osmosis System
- Ph Balance System w/ Environmental Package
- High Velocity Blow-Off System w/ S.S. Enclosure and Vacuum Platform
- Gas Fired Convection Dry-Off Oven
- Heat Dissipation Tunnel for Dry-Off Oven
- Environmental Control Room w/ HVAC
- Protection Tunnel #1
- Electric Infrared Booster Oven
- Protection Tunnel #2
- Gas Fired Convection Cure Oven
- Heat Dissipation Tunnel for Cure Oven
- Power & Free Overhead Conveyor System
- Smart Eye System
- Crash Protection for (2) Booth Entrances
- Electrical Distribution Wiring
- PLC Control Panel
- Project Management
- Installation Package
- Startup, Training and Support Package
  **Note: Blast Machine and Robotic Installation are not included.**

Machinery ------------------------------------------------------------------------------- $  13,777,030.00
Engineering ------------------------------------------------------------------------------ $      948,098.00
Freight -------------------------------------------------------------------------------------- $      165,000.00
Start-Up and Training ---------------------------------------------------------------- $        97,627.00

Total investment for all above items----------------------------------------------- $  14,987,755.00

4



**Options:**

Installation for Four (4) Powder Booths ----------------------------------------- $      **213,113.00**

*The above cost is estimated until final booth and robotic configuration is determined.*

Two (2) Side Down Draft Paint Production Spray Booths
with Controls and Make-Up Air Units ----------------------------------------- $      **529,943.00**
(Includes installation, rental equipment, wiring and expense)

**NOTE:** The above prices are exclusive of country, State, VAT and/or Local Taxes. The shipping destination country, state, VAT and/or local taxes are the buyer's responsibility. Pneu-Mech Systems may be obligated to collect these from the buyer and distribute to the appropriate government agency unless the buyer sends a properly completed exemption certificate from destination point with their purchase order.

- The above prices are subject to revision 30 days after proposal date.

Case 5:23-cv-00059-KDB-DCK    Document 1-6    Filed 05/10/23    Page 8 of 71



**2   BLAST ENCLOSURE (BLAST EQUIPMENT BY OTHERS)**

**2.1 Design Data**

| | |
|---|---|
| Dimensions | 236'-0" long x 38'-0" wide |
| Outside Height | 29'-0" |
| Inside Height | 27'-0" |
| Panel Thickness | 3" |
| Panel "R" Value | 12 |

**2.2 Blast Room Components**

| | |
|---|---|
| Lights | LED – 100 foot-candles 4 feet above the floor |
| Personnel Door | (8) eight 3'-4" x 7'-0" w/ window |
| Windows | (20) twenty 2'-7" x 4'-0" w/ safety glass |
| Breaker Box | for lighting and outlet strip |

**2.3 Construction Specifications**

2.3.1   Panel finish to be pre-painted with baked acrylic white enamel paint.

2.3.2   Windows and doors are preassembled and set into panels at the factory.

2.3.3   The Blast Room roof is constructed using a 22 gauge ribbed steel roof deck, which sits on the steel frame work. This roof deck in turn supports a drop ceiling, consisting of 2' x 4' smooth white vinyl skin tiles placed into a white steel grid system. Rolled over the top of the drop ceiling is 6" thick insulation batting. This type ceiling also allows for the installation of flush lighting, air conditioning ducts, and sprinklers.

2.3.4   Room comes complete with LED lighting to produce 100 foot-candles 4 feet above the floor.

**2.4 System Data**

2.4.1   The room will be supplied with a 54" Vane Axial Fan designed to pressurize the room for cleanliness.

2.4.2   The fan will be mounted on the tunnel roof on a structural steel support frame.

2.4.3   Fabricate and install one (1) pressurization plenum on the flash tunnel roof complete with 20" x 20" Panel Filters and ductwork to connect the pressurization fan to the pressurization plenum.

2.4.4   The room will be supplied with a 54" Vane Axial Exhaust Fan designed to remove by-products.

2.4.5   Each fan includes elbow, transition, 20'-0" of exhaust stack, roof collar with flashing and a stack termination cap.

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 9 of 71



**2.5 Pressurization / Exhaust System Data**

| Pressurization | | Exhaust | |
|---|---|---|---|
| Quantity | (1) one | Quantity | (1) one |
| cfm Rate | 64,638 | cfm Rate | 71,820 |
| Static Pressure | 0.5" | Static Pressure | 0.5" |
| Motor Horsepower | 30 hp | Motor Horsepower | 30 hp |

## 3   HIGH VELOCITY BLOW-OFF SYSTEM with ENCLOSURE

Pneu-Mech Systems to provide materials and field labor to install one (1) high velocity blow-off system (with VFD control) with sheet metal enclosure at the exit of the blasting process. Blow-off system to include the following:

- Air Force 1 Blower, powder coated steel housing, base and wheel for chemical resistance, low maintenance direct drive design 3600rpm, 3 phase, 60-Hz, 230/460vac TEFC, premium efficiency (EISA Compliant) Ultraline motor.
- Air Force 1 Blower Sound Enclosure, custom fabricated to fit MS series blower, galvanized steel walled with acoustical lined casing and baffle design for sound attenuation. Complete with panel style filtration, magnehelic gauge and service access door.
- Distribution Plenum, galvanized steel construction with flex hose outlets. Plenum is to be coupled to the blower outlet via duct connection.
- Air Force 1 Side Air Knives with full length, laminar flow, adjustable slot, flanged ends for easy mounting and targeting, all hardware (including set springs), center feed inlet, anodized extruded aluminum body and powder coated cast aluminum ends for added corrosion and pitting resistance.
- Support Collars, flanged bracket used for mounting the Air Knife to machinery structure or support grid pipe, complete with hardware.
- Flexible Hose for Air Force 1 Air Knives with all hose clamps.



**4    MANUAL BLAST BOOTH (BLAST EQUIPMENT BY OTHERS)**

Pneu-Mech Systems to provide materials, field labor and equipment to fabricate and install (1) one 10 ga. carbon steel painted blast enclosure.

The walls of the enclosure will be lined with hanging rubber.

Personnel doors will include safety interlocks and panic hardware.

Support Steel to be included.

**4.1 Design Data**

| | |
|---|---|
| Dimensions | 30'-0" W x 22'-0" H x 34'-0" L |
| Lights | (16) |
| 20 x 20 filters | (20) |
| Personnel Doors | (1) 36" x 80" |
| Floor Grating & Supports | Yes |

**4.2 Blast Equipment**

By Others

**5    PART MANIPULATION / MEDIA REMOVAL PLATFORM**

Pneu-Mech Systems to design, fabricate and install one (1) 30'-0" wide x 40'-0" long platform with steel decking, stairs and guard rail. Part manipulation and media removal equipment to be supplied by Crown Equipment.

Case 5:23-cv-00059-KDB-DCK    Document 1-6    Filed 05/10/23    Page 11 of 71



## 6    6 STAGE SPLIT TOP WASHER

### 6.1 Washer Dimensions

| | |
|---|---|
| Vestibules | 14'-6" |
| Canopy | 10'-8" wide x 14'-6" high x 165'-0" length |
| Overall | 13'-2" wide x 17'-10" high x 165'-0" long |
| Floor to Bottom of Part Opening | 3'-6" |

| | Stage 1 | Stage 2 | Stage 3 | Stage 4 | Stage 5 | Stage 6 |
|---|---|---|---|---|---|---|
| **Process** | Prewash | Alk. Clean | Rinse | RO Rinse | Zirc | Seal |
| **Process Temp.** | Ambient | 140 F | Ambient | Ambient | Ambient | Ambient |
| **Process Time** | 60 sec | 90 sec | 30 sec | 30 sec | 60 sec | 30 sec |
| **Stage Length** | 11'-0" | 16'-0" | 6'-0" | 6'-0" | 11'-0" | 6'-0" |
| **Riser Pairs** | 12 | 17 | 7 | 7 | 12 | 7 |
| **Riser Spacing** | 12" | 12" | 12" | 12" | 12" | 12" |
| **Nozzles** | 408 | 578 | 238 | 238 | 408 | 238 |
| **PSI** | 20 | 15 | 15 | 15 | 10 | 10 |
| **Nozzle GPM Rate** | 3.5 | 3.1 | 3.1 | 3.1 | 2.5 | 2.5 |
| **Drain Length** | 16'-0" | 16'-0" | 16'-0" | 16'-0" | 16'-0" | 14'-6" |
| **Housing Material** | 304 SS | 304 SS | 304 SS | 304 SS | 304 SS | 304 SS |
| **Tank Capacity** | 3,600 | 5,650 | 1,900 | 1,900 | 2,600 | 1,500 |
| **Burner** | N/A | 7.5 MBTU | N/A | N/A | N/A | N/A |
| **Pump GPM** | 1,428 | 1,792 | 738 | 738 | 1,020 | 595 |
| **Pump HP** | (2) 25 | (2) 25 | 20 | 20 | (2) 15 | 10 |
| **Pump Construction** | SS Fitted | SS Fitted | SS Fitted | SS Fitted | SS Fitted | SS Fitted |
| **Misting Risers** | Yes | Yes | Yes | Yes | Yes | Yes |
| **Bottom Spray** | Yes | Yes | Yes | Yes | Yes | Yes |

### 6.2 Washer Exhaust Fan Data (2 provided)

| | |
|---|---|
| CFM Rate | 19,052 |
| Motor Horsepower | 15 hp |

Case 5:23-cv-00059-KDB-DCK    Document 1-6    Filed 05/10/23    Page 12 of 71



## 6.3 Pneu-Mech Washer General Design Features

6.3.1    The heavy-duty washer has design features to minimize maintenance and increase machine life. Extra heavy silhouettes stiffen and support the sides and roof of the washer.

6.3.2    Washer housing will be split top design with the conveyor installed above the washer housing.

6.3.3    An adjustable pant leg assembly is located at the entrance and exit of all washers to adjust exhaust air flow to minimize steam loss.

6.3.4    Automatic shutdown for pumps when no parts are present in the washer, this feature programmable.

## 6.4 Washer Housing

6.4.1    Walls, Roof and Silhouettes are fabricated from 10 ga. 304 stainless steel.

6.4.2    Drain Pans are fabricated from 10 ga. 304 Stainless Steel Sheet.

6.4.3    Provide a fiberglass grating personnel platform throughout the washer for riser and nozzle maintenance. A stainless steel safety plate will be placed on each side of the grating inside the spray stages for safety.

## 6.5 Doors

6.5.1    Hinged and gasketed access doors between each spray stage will be furnished.

6.5.2    Doors are complete with cross brace reinforcement for rigidity and cam locking safety latches that allow a tight sealing door.

6.5.3    A weep trough is furnished under each door.

6.5.4    An access platform with stairs will be provided for each door.

## 6.6 Lights

6.6.1    LED lights will be located in the roof of the washer on each side of the conveyor shroud approximately every 10' throughout the length of the washer.

## 6.7 Structural Supports

6.7.1    Internal structural support members designed for supporting the canopy, tanks, drain pans and conveyor load will be installed through the washer. Applicable supports will come with one coat of gray paint.

## 6.8 Tank Capacities

6.8.1    All heated stage tank capacities are designed for a minimum of 3 times the pump GPM volume, while non-heated stage tank capacities are designed for a minimum of 2.5 times the pump GPM volume.

## 6.9 Solution Tanks

6.9.1    All tanks are fabricated from 3/16" 304 Stainless Steel Plate.

6.9.2    Tanks welded water tight and tested.

Case 5:23-cv-00059-KDB-DCK    Document 1-6    Filed 05/10/23    Page 13 of 71



6.9.3    Tank bottoms pitched toward charge box with drain connection at low point.

**6.10    Insulated Tanks and Heat Baffles**

6.10.1    Stage 2 tank will be insulated with a 1" type fiber insulation board sheathed with a 20 gauge stainless steel skin.

6.10.2    Stainless Steel Baffles are installed in all heated stages over the open tanks to minimize evaporation and control steam.

**6.11    Skimming Overflow Assembly**

6.11.1    Overflow gutter will be positioned along the length of the screened area.

6.11.2    1 1/2" Ø overflow connection furnished.

6.11.3    Drain assembly will be a 3" valve fitted to the sump in the bottom of each tank.

6.11.4    1 1/2" Ø overflow piping will connect down stream of the drain valve.

6.11.5    Stage #1 will be equipped with an electric Belt Oil Skimmer.

**6.12    Quickfill Assembly**

6.12.1    1 1/2" Ø gate valve with necessary manifold will be supplied.

**6.13    Electronic Water Level Controller**

6.13.1    The Effector Electronic Level Sensor Control is supplied for the automatic fluid control of the washer tanks.  The level control is equipped with dual signal outputs.   This type of controller is especially effective since it allows for the effects of the pump on level adjustment before make – up water is added.  Make – up water is automatically added via a solenoid-operated valve receiving its signal from the programmable Logic Controller.  The dual signal indicates water "High" level (overflow) or sensor failure, water "Low" level (firing tube protection) and Start and Stop Make-Up water solenoid control.   There are no moving parts to get stuck and the polypropylene housing is impervious to corrosion or acid attack.  The highly visible numeric display indicates current fluid level.  Unit is easily programmable for changing operating parameters.

**6.14    Riser & Header Piping**

6.14.1    Parts are to be positioned so that the sections to be cleaned receive the full action of the spray nozzles, which are located on both sides of the tunnel opening and allow the parts to drain readily.

6.14.2    Suction and discharge piping fabricated from schedule 80 CPVC piping and fittings.

6.14.3    Header piping to be 80 CPVC piping and fittings.

6.14.4    Headers are designed for self-draining during shut down.

6.14.5    Quick Disconnect Riser piping in all stages to be 80 CPVC piping and fittings.

**11**



6.14.6   Spray risers are positioned 12" on center, parallel to the conveyor to sufficiently flood the product zone.

6.14.7   All nozzles are mounted in a staggered pattern on special removable swivel sockets for maximum spray pattern adjustment.  Note:  360 degree coverage of parts.

6.14.8   Furnish Uni-Spray Clip Eyelet Spray Nozzles clamp on design furnished on all stages.

6.14.9   Spray Nozzles have the Quick Disconnect Spray Tip which saves maintenance time in cleaning and replacing nozzles tips.

**6.15   Screens**

6.15.1   Double solution screens fabricated from #4 and #6 Stainless Steel Mesh encased in a rigid formed Stainless Steel Frame with handle.

6.15.2   Screens located across the tank extension between main solution and pump intake sections.

6.15.3   Screen area designed to handle 100 gallons per minute per square foot of screen.

**6.16   Pumps**

6.16.1   Kerr Pumps, centrifugal type, vertically mounted with a semi-open impeller design.

6.16.2   Pump will have a "C" face, 1800 RPM, coupling connected Motor with a TEFC construction with heavy cast bearing frame above the tank.

6.16.3   Each pump motor will include a VFD in the NEMA 12 Control Panel Enclosure.

6.16.4   Bearings are protected from fluid and vapors by a cover plate and vapor seal.

6.16.5   Each pump will have a 24" spool pull out section to allow maintenance to be performed without draining the tank.

**6.17   Tank Covers**

6.17.1   Hinged water seal type Stainless Steel tank covers furnished to provide access to the interior of the screen chamber. Cover to include latches to hold cover in the open position.

6.17.2   Tank cover frame and fittings fabricated of formed 16 gauge Stainless Steel.

**6.18   Pump Throttle Valves**

6.18.1   A lug type Butterfly Valve located between the pump discharge and the distribution manifold controls each pump discharge.

6.18.2   Liquid filled pressure gauges isolated from liquid surge to be located in the pump discharge piping on each stage with a NPT Tee for testing purposes.

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 15 of 71



**6.19  Exhaust System**

    6.19.1    Both entrance and exit of the washer is equipped with a capture hood with epoxy coated tube axial exhaust fans with 18 ga. galvanized exhaust stacks.

**6.20  Gas Burner Heating System**

    6.20.1    Efficiencies are approximately 80% to minimize tank sizes and burner tube diameter.

    6.20.2    Gas manifolds completely equipped to meet latest FM requirements.

    6.20.3    Heat exchangers are fabricated using schedule 40 tube and schedule 10 tube. Schedule 40 is used in the first pass followed by schedule 10 tube because that is where the hottest temperature is located.

    6.20.4    Heat exchangers are fabricated using a 180º long radius elbow for the first elbow and short radius elbows throughout the rest of the exchanger. The use of the long radius elbow ensures that the heated air has ample room to get out of the first section of tube which prolongs the heat exchangers life.

    6.20.5    Each heated stage will have a low water cut-off to the burner to keep from having a firing tube burn out.

- The number one reason for Heat Exchanger Failure is sludge build up around the serpentine tube. This build up prohibits the 360º heat release that the tube is designed for, thus causing the tube to burn through, flooding the tube interior.

- **NOTE: All gas trains must have a 5 PSI of gas pressure to each gas train for proper operation.**

**6.21  Bag Filtration System**

Stage 1 will have two stainless steel bag filter vessels to filter 100% of process solution prior to entering nozzles. Each vessel will hold (4) #2 50 micron filters and have a stainless steel basket strainer. Stainless steel piping will be used. Magnetic separators will be used on stage #1 filtration.

Stage 2 will utilize a 100 gpm side stream bag filtration system.

Stage 1 & 2 will utilize and eductor system.

**7  10 GPM REVERSE OSMOSIS SYSTEM**

A 10 GPM RO System will be installed to feed stage 4.

All membranes, housings, high pressure pump, flow meter, conductivity meter, pre-filter, PLC control with touchscreen interface, stainless steel frame, PVC piping are included to feed stage 4. A 2,500 gallon holding tank will be installed as well.

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 16 of 71



**8   Ph BALANCE SYSTEM with ENVIRONMENTAL PACKAGE**

Pneu-Mech Systems to provide materials, field labor and equipment to install two (2) 3,500 gallon storage tanks, two (2) air operated diaphragm pumps, all piping and fittings included.

This system will allow neutralization of washer overflow prior to release to sewer.

**9   HIGH VELOCITY BLOW-OFF SYSTEM with S.S. ENCLOSURE**

Pneu-Mech Systems to provide materials and field labor to install one (1) high velocity blow-off system (with VFD) with sheet metal enclosure. Blow-off system to include the following:

- Air Force 1 Blower, powder coated steel housing, base and wheel for chemical resistance, low maintenance direct drive design with a 20-hp, 3600 rpm, 3 phase, 60-Hz, 230/460vac TEFC, premium efficiency (EISA Compliant) Ultraline motor.
- Air Force 1 Blower Sound Enclosure, custom fabricated to fit MS series blower, galvanized steel walled with acoustical lined casing and baffle design for sound attenuation. Complete with panel style filtration, magnehelic gauge and service access door.
- Distribution Plenum, galvanized steel construction with flex hose outlets. Plenum is to be coupled to the blower outlet via duct connection.
- Air Force 1 Side Air Knives with full length, laminar flow, adjustable slot, flanged ends for easy mounting and targeting, all hardware (including set springs), center feed inlet, anodized extruded aluminum body and powder coated cast aluminum ends for added corrosion and pitting resistance.
- Support Collars, flanged bracket used for mounting the Air Knife to machinery structure or support grid pipe, complete with hardware.

The enclosure is fabricated from 18 ga. 304 stainless steel, includes one (1) personnel door with panic latch and one (1) 4-tube light fixture.

Pneu-Mech Systems to design, fabricate and install one (1) 14'-0" wide x 32'-0" long vacuum platform after the washer blow-off, platform comes complete with stairs, guard rails and drip pan.

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 17 of 71

## 10 GAS FIRED CONVECTION DRY-OFF OVEN

### 10.1    Design Data

| | |
|---|---|
| Minutes in Oven | 30.0 minutes |
| Air Changes in Oven | 3.33 per minute |
| Design Temperature | 400° F |
| Burner Size | (7) Maxon 435 Ovenpak 87,000-3,850,000 BTUs |
| Operating Btu's Hr | 20.9 mbtu |
| Air Seals | (4) four |
| Oven Width | 25'-6" |
| Oven Length | 174'-0" |
| Oven Height | 22'-6" |
| Insulated Floor | Yes |

### 10.2    Circulation Fan Data

| | |
|---|---|
| Quantity | (7) seven |
| CFM Rate | 275,227 total |
| Static Pressure | 3.5" |
| Motor Horsepower | (7) 60 hp |
| Plug Fan Size | (7) BFPL-441 |

### 10.3    Exhaust System Data

| | |
|---|---|
| Quantity | (1) one |
| Purge cfm Rate | 26,622 |
| Purge Time | 15 minutes |
| Exhaust cfm Rate | 13,777 |
| Static Pressure | 0.5" |
| Motor Horsepower | 20 hp |

### 10.4    Powered Air Seal Data

| | |
|---|---|
| Quantity | (4) four |
| CFM Rate | 5,000 cfm |
| Velocity Rate | 2,000 fpm |
| Motor Horsepower | 10 hp |
| Gravity Hoods | (2) two |

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 18 of 71



## 10.5    Oven Construction

10.5.1    The oven shell (walls and roof) will be constructed of dual 20 gauge aluminized steel panels with 6" thick, 6-pound density, mineral wool industrial insulation.

10.5.2    The oven floor will be constructed of dual 20 gauge aluminized steel panels with 4" thick, 6-pound density, mineral wool industrial insulation.

10.5.3    The insulation, when installed into a 6" x 27" panel, will be firmly held to prevent settling, thus avoiding an uninsulated space at the top of the panels. This type of panel construction provides great rigidity and strength, and allows a minimum of heat loss through panel.

10.5.4    The panel joints are filled with strip insulation and all corners will be covered by a trim strip for safety and provide a suitable appearance.

10.5.5    Structural steel is included, where required for support of oven, conveyor and fans.

10.5.6    Four (4) insulated personnel doors with Brixon Safety Latch will be provided.

- **NOTE:**  Oven is designed for explosion relief per NFPA 83

## 10.6    Circulation Fan

10.6.1    The oven will be supplied with a High Efficiency Plug Circulation Fan complete with a 6" thick insulated plug.

10.6.2    The bearings, motor and V-belt drives will be mounted outside the oven.

## 10.7    Burner Box and Distribution Ductwork

10.7.1    The Plug Fan is installed in a Burner Box fabricated from 10 gauge hot rolled plate on the inside and the outside is covered with 20 ga steel over mineral wool insulation.

10.7.2    The Burner Box is insulated using 6" thick, 6 pound density mineral wool industrial insulation.

10.7.3    The Burner Box includes one (1) insulated access door for maintenance of the fan and burner.

10.7.4    The oven includes a supply distribution plenum connected to the discharge of the burner box. This plenum has high pressure jet nozzles to provide a constant velocity of air to maximize drying.

10.7.5    Ductwork is hinged for cleaning.

10.7.6    Return air intake is will utilize high temperature return air filtration.

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 19 of 71



**10.8     Heater Low NOx (Gas)**

10.8.1     Low NOx Maxon OvenPak Burner System with the following equipment:

- Maxon OvenPak Burner, 460-3-60, 3/4 HP Motor, with U.V Scanner and Ignitor
- 3/4" Pilot Style Gas Train (natural gas) for 5 psi inlet pressure with shutoff cocks, regulators, gas pressure switches, motorized main gas valves (with proof of closure switches), low gas pressure trim regulator, pre-assembled with nipples and unions. FM approved.
- **NOTE:** All gas trains must have a 5 PSI of gas pressure delivered to each gas train for proper operation.

**10.9     Burner Control System**

- Honeywell 7800 Series Flame Safety
- 6000 Volt Ignition Transformer.
- Modulating Control Motor M7284A 4:20 MA Honeywell
- Honeywell UDC 1200 Limit Controller
- Air Flow Switches on exhaust and combustion blower
- PLC (PID Loop) Temperature Controller
- JMS - Southeast fast acting type "J" Thermocouple

**10.10    Exhaust System**

10.10.1    The oven will be supplied with a Centrifugal Exhaust Fan designed to purge and remove by-products from the oven. The external bearings are protected from the heated air stream.

10.10.2    The fan will be mounted on the oven roof on a structural steel support frame.

10.10.3    The exhaust fan includes elbow, transition, 20'-0" of exhaust stack, roof collar with flashing and a stack termination cap.

- **Note:** The oven exhaust fan includes a Belimo two position actuator. Once the oven has completed the purge cycle, the actuator will slow exhaust fan reducing the exhausted CFM's.

**10.11    Gravity Hoods**

10.11.1    Fabricate and install two (2) vestibules with gravity hood, 80' total of exhaust stack, roof collars with flashing.

**10.12    Powered Air Seals**

10.12.1    Fabricate and install four (4) powered air seal enclosures, two each at the product entry and exit of the oven.

10.12.2    Each air seal will be installed in an insulated panel enclosure with two (2) product opening designed to reduce heat escaping the oven. Each air seal is designed with a Plug Fan which captures the air in the enclosure and circulates it into a duct

**17**



surrounding the outer product opening. The ductwork is designed with adjustable air orifice to provide a pressurized airstream to create a seal inside the enclosure, reducing the amount of heat escaping.

10.11.3    Gravity hoods will be installed at the oven openings.

## 11  HEAT DISSIPATION TUNNEL for DRY-OFF OVEN

Design, fabricate and install one (1) Pressurized Heat Evacuation Tunnel with ambient air designed to release heat from product.

### 11.1    Design Data

| | |
|---|---|
| Time in Tunnel | 15 minutes |
| Tunnel Dimensions | 22'-0" wide x 100'-0" long x 22'-0" high |
| Lights | 30 |
| Access Door | 3 |

### 11.2    Material Specification

11.2.1    Tunnel shell and plenum to be fabricated from 18 gauge galvanized metal.

11.2.2    All ductwork to be fabricated from 18 gauge galvanized metal.

### 11.3    Construction Data

11.3.1    The tunnel panel joints and outside corners will be covered by a trim strip for safety and provide a suitable appearance.

11.3.2    Diverter panels will be installed inside the tunnel approximately 10'-0" apart to add turbulence to the air.

11.3.3    Structural steel is included, where required for support of tunnel roof, conveyor and fans.

### 11.4    System Data

11.4.1    The tunnel will be supplied with (2) 48" Vane Axial Fans designed to pressurize the tunnel for cleanliness.

11.4.2    The pressurization will be from the Tube Axial fan mounted on a bridge type supply plenum to introduce air thru filters on both sides of the product.

11.4.3    There will be a summer / winter mixing box after the fan to direct the air either inside or outside the plant on the supply and exhaust ends.

11.4.4    The tunnel will be supplied with (2) 48" Vane Axial Exhaust Fans designed to remove by-products. The airflow will be counter to the product flow (pressurization at the exit and exhaust at the entrance). Exhaust rate will be 10% greater than pressurization. The velocity will be approximately 200 fpm past the product.

11.4.5    There will be a summer / winter mixing box after the fan to direct the air either inside or outside the plant.

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 21 of 71



11.4.6    The exhaust and supply fans include elbow, transition, 20'-0" of exhaust stack each, roof collar with flashing, a stack termination cap and intake hood.

**11.5    Pressurization / Exhaust System Data**

| Pressurization | | Exhaust | |
|---|---|---|---|
| Quantity | (2) two | Quantity | (2) two |
| cfm Rate | 96,800 total | cfm Rate | 106,480 total |
| Static Pressure | 0.5" | Static Pressure | 0.5" |
| Motor Horsepower | 20 hp | Motor Horsepower | 20 hp |

## 12  ENVIRONMENTAL CONTROL ROOM W/HVAC

### 12.1    Design Data

| | |
|---|---|
| Dimensions | 210'-0" long x 94'-0" wide |
| Outside Height | 22'-0" |
| Inside Height | 20'-0" |
| Panel Thickness | 3" |
| Panel "R" Value | 12 |
| Temperature Range | 75° F ± 10° F |
| Humidity | 55% Or Less |

### 12.2    Environmental Room Components

| | |
|---|---|
| Lights | LED – 100 candlefoot 4' above the ground |
| Personnel Door | (8) eight 3'-4" x 7'-0" w/ window |
| Roll-Up Door | (3) three 8'-0" x 10'-0" manual operation |
| Windows | (20) twenty 2'-7" x 4'-0" w/ safety glass |
| Breaker Box | for lighting and outlet strip |

### 12.3    Construction Specifications

12.3.1    Panel finish to be pre-painted with baked acrylic white enamel paint.

12.3.2    Windows and doors are preassembled and set into panels at the factory.

12.3.3    The Environmental Room roof is constructed using a 22 gauge ribbed steel roof deck, which sits on the steel frame work. This roof deck in turn supports a drop ceiling, consisting of 2' x 4' smooth white vinyl skin tiles placed into a white steel grid system. Rolled over the top of the drop ceiling is 6" thick insulation batting. This type ceiling also allows for the installation of flush lighting, air conditioning ducts, and sprinklers.

12.3.4    Room comes complete with LED lighting to produce 100 footcandles 4 feet above the floor.

**19**



### 12.4    HVAC System and Controls

12.4.1    Furnish and install one (1) 150 Ton Air Conditioning Unit. The air conditioning unit is floor mounted outside the conditioned area and includes two refrigeration compressors with heaters, A-Frame evaporator coil, blower assembly, electric re-heat coil and internally mounted condensate pump.

12.4.2    The air distribution system will consist of horizontal discharge supply registers, to be connected to rectangular duct mounted above the room. Return air connection will be made opposite the supply filter grilles for rough filtering of the powder before entering regular high capacity pleated filters in the air handling unit.

12.4.3    All equipment selected is 460 volt, 3 phase, 60 cycle.



## 13  PROTECTION TUNNEL #1

Design, fabricate and install one (1) Protection Tunnel to provide a positive air pressure environment for cleanliness.

### 13.1  Design Data

| | |
|---|---|
| Time | 4 minutes |
| Tunnel | 23'-0" wide x 31'-6" long x 22'-0" high |
| Lights | 5 |
| Access Door | 2 |

### 13.2  Material Specification

13.2.1   Tunnel shell and plenum to be fabricated from 18 gauge galvanized metal.

13.2.2   All ductwork to be fabricated from 18 gauge galvanized metal.

### 13.3  Construction Data

13.3.1   Tunnel shell and plenum to be fabricated from 18 ga. galvanized metal.

13.3.2   All ductwork to be fabricated from 18 ga. galvanized metal.

13.3.3   Structural steel is included, where required for support of tunnel roof, conveyor and fans.

### 13.4  System Data

13.4.1   The tunnel will be supplied with a 48" Vane Axial Fan designed to pressurize the tunnel for cleanliness.

13.4.2   The pressurization will be from the Tube Axial fan mounted on a bridge type supply plenum to introduce air thru filters on both sides of the product.

13.4.3   There will be a summer / winter mixing box after the fan to direct the air either inside or outside the plant on the supply and exhaust ends.

13.4.4   The tunnel will be supplied with a 48" Vane Axial Exhaust Fan designed to remove by-products. The airflow will be counter to the product flow (pressurization at the exit and exhaust at the entrance). Exhaust rate will be 10% greater than pressurization. The velocity will be approximately 100 fpm past the product.

13.4.5   There will be a summer / winter mixing box after the fan to direct the air either inside or outside the plant.

13.4.6   The exhaust and supply fans include elbow, transition, 20'-0" of exhaust stack each, roof collar with flashing, a stack termination cap and intake hood.

**21**



### 13.5 Pressurization / Exhaust System Data

| Pressurization | | Exhaust | |
|---|---|---|---|
| Quantity | (1) one | Quantity | (1) one |
| cfm Rate | 50,600 | cfm Rate | 55,660 |
| Static Pressure | 0.5" | Static Pressure | 0.5" |
| Motor Horsepower | 20 hp | Motor Horsepower | 20 hp |

## 14 ELECTRIC INFRARED BOOSTER OVEN

Pneu-Mech Systems to provide and install one (1) 12'-0" wide x 52'-0" long x 22'-6" high 4 minute infrared booster oven. Booster oven to include the following:
Oven Housing constructed of 6" Insulated Aluminized Panels and Aluminized Flashing. Heater specifications are estimated.

### 14.1 Heaters:

- Qty (48) FS696-010A-48/3
- 16,408 watts each, 480V/3
- 19.7 amp each
- 14"x72"x5"
- Qty (8) frames each to hold 6 heaters

### 14.2 Controls for above:

- Total KW 787.6
- Total amps 947.3
- 1,200 amp circuit breaker
- 2-digital temp controllers
- 4-240 amp SCR's
- 24-line contactors
- 1-control transformer
- 1-on/off switch
- 2-zone indicator switches
- 1-lot of fuses
- Controls housed in a 90"x78"x18" NEMA 12 enclosure

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 25 of 71



## 15 PROTECTION TUNNEL #2

Design, fabricate and install one (1) Pressurized Protection Tunnel designed to create a positive air pressure environment for cleanliness.

### 15.1    Design Data

| | |
|---|---|
| Time | 10 minutes |
| Tunnel | 23'-6" wide x 35'-6" long x 22'-0" high |
| Lights | 8 |
| Access Door | 3 |

### 15.2    Material Specification

15.2.1    Tunnel shell and plenum to be fabricated from 18 gauge galvanized metal.

15.2.2    All ductwork to be fabricated from 18 gauge galvanized metal.

### 15.3    Construction Data

15.3.1    Tunnel shell and plenum to be fabricated from 18 ga. galvanized metal.

15.3.2    All ductwork to be fabricated from 18 ga. galvanized metal.

15.3.3    Structural steel is included, where required for support of tunnel roof, conveyor and fans.

### 15.4    System Data

15.4.1    The tunnel will be supplied with a 48" Vane Axial Fan designed to pressurize the tunnel for cleanliness.

15.4.2    The pressurization will be from the Tube Axial fan mounted on a bridge type supply plenum to introduce air thru filters on both sides of the product.

15.4.3    There will be a summer / winter mixing box after the fan to direct the air either inside or outside the plant on the supply and exhaust ends.

15.4.4    The tunnel will be supplied with a 48" Vane Axial Exhaust Fan designed to remove by-products. The airflow will be counter to the product flow (pressurization at the exit and exhaust at the entrance). Exhaust rate will be 10% greater than pressurization. The velocity will be approximately 100 fpm past the product.

15.4.5    There will be a summer / winter mixing box after the fan to direct the air either inside or outside the plant.

15.4.6    The exhaust and supply fans include elbow, transition, 20'-0" of exhaust stack each, roof collar with flashing, a stack termination cap and intake hood.

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 26 of 71



### 15.5   Pressurization / Exhaust System Data

| Pressurization | | Exhaust | |
|---|---|---|---|
| Quantity | (1) one | Quantity | (1) one |
| cfm Rate | 51,700 | cfm Rate | 56,870 |
| Static Pressure | 0.5" | Static Pressure | 0.5" |
| Motor Horsepower | 20 hp | Motor Horsepower | 20 hp |

## 16 GAS FIRED CONVECTION CURE OVEN

### 16.1   Design Data

| | |
|---|---|
| Minutes in Oven Large Parts | 60.0 minutes |
| Minutes in Oven Small Parts | 45.0 minutes |
| Air Changes in Oven | 3.33 per minute |
| Design Temperature | 500° F |
| Burner Size | (8) Maxon 435 Ovenpak 87,000-3,850,000 BTUs |
| Operating Btu's Hr | 25.0 mbtu |
| Air Seals | (2) two powered, (2) two gravity |
| Oven Width | 22'-6" |
| Oven Length | 223'-6" |
| Oven Height | 22'-6" |
| Insulated Floor | Yes |

### 16.2   Circulation Fan Data

| | |
|---|---|
| Quantity | (8) eight |
| CFM Rate | 320,000 total |
| Static Pressure | 3.5" |
| Motor Horsepower | (8) 60 hp |
| Plug Fan Size | (8) BFPL-441 |
| Dist. Ductwork Location | Floor |

### 16.3   Exhaust System Data

| | |
|---|---|
| Quantity | (1) one |
| Purge cfm Rate | 30,173 |
| Purge Time | 15 minutes |
| Exhaust cfm Rate | 11,428 |
| Static Pressure | 0.5" |
| Motor Horsepower | 20 hp |

**24**



**16.4 Powered Air Seal Data**

| | |
|---|---|
| Quantity | (2) two |
| CFM Rate | 5,000 cfm |
| Motor Horsepower | 10 hp |
| Velocity Rate | 2,000 fpm |
| Gravity Hoods | Two (2) |

**16.5 Oven Construction**

16.5.1 The oven shell (walls and roof) will be constructed of dual 20 gauge aluminized steel panels with 6" thick, 6-pound density, mineral wool industrial insulation.

16.5.2 The oven floor will be constructed of dual 20 gauge aluminized steel panels with 4" thick, 6-pound density, mineral wool industrial insulation.

16.5.3 The insulation, when installed into a 6" thick x 27" wide panel, will be firmly secured to prevent settling and avoiding an uninsulated space at the top of the panels. This type of panel construction provides great rigidity and strength, and allows a minimum of heat loss through panel.

16.5.4 The panel joints are filled with strip insulation and all corners will be covered by a trim strip for safety and provide a suitable appearance.

16.5.5 Structural steel is included, where required to support of oven, conveyor and fans.

16.5.6 Five (5) insulated personnel doors with Brixon Safety Latch will be provided.

- **NOTE: Oven is designed for explosion relief per NFPA 83**

**16.6 Circulation Fan**

16.6.1 The oven will be supplied with a High Efficiency Plug Circulation Fan complete with a 6" thick insulated plug.

16.6.2 The bearings, motor and V-belt drives will be mounted outside the oven.

**16.7 Burner Box and Distribution Ductwork**

16.7.1 The Plug Fan is installed in a Burner Box fabricated from 10 gauge hot rolled plate on the inside and the outside is covered with 20 ga steel over mineral wool insulation.

16.7.2 The Burner Box is insulated using 6" thick, 6 pound density mineral wool industrial insulation.

16.7.3 The Burner Box includes one (1) insulated access door for maintenance of the fan and burner.

16.7.4 The oven includes supply distribution ductwork connected to the discharge of the burner box. This ductwork uses adjustable blades to provide a constant velocity of air to maximize curing.

16.7.5 Ductwork is hinged for cleaning.



16.7.6    Return air will utilize high temperature air filtration.

**16.8   Heater Low Nox (Gas)**

- Low NOx Maxon OvenPak Burner, 460-3-60, 3/4 HP Motor, with U.V. Scanner and Ignitor
- 3/4" Pilot Style Gas Train (natural gas) with shutoff cocks, regulators, gas pressure switches, motorized main gas valves (w\ proof of closure switches), low gas pressure trim regulator, pre-assembled with nipples & unions. FM approved.
- **NOTE:** All gas trains must have 5 PSI of gas pressure delivered to each gas train for proper operation.

**16.9   Burner Control System**

- Honeywell 7800 Series Flame Safety
- 6000 Volt Ignition Transformer.
- Modulating Control Motor M7284A 4:20 MA Honeywell
- Honeywell UDC 1200 Limit Controller
- Air Flow Switches on exhaust and combustion blower
- PLC (PID Loop) Temperature Controller
- JMS - Southeast fast acting type "J" Thermocouple

**16.10  Exhaust System**

16.10.1    The oven will be supplied with a Centrifugal Exhaust Fan designed to purge and remove by-products from the oven. The external bearings are protected from the heated air stream. The fan will be mounted on the oven roof on a structural steel support frame.

16.10.2    The exhaust fan includes elbow, transition, 20'-0" of exhaust stack, roof collar with flashing and a stack termination cap.

- **Note:** The oven exhaust fan includes a Belimo two position actuator. Once the oven has completed the purge cycle, the actuator will slow exhaust fan reducing the exhausted CFM's.

**1.2 Gravity Hoods**

16.10.3    Fabricate and install two (2) vestibules with gravity hood, 80' total of exhaust stack, roof collars with flashing.

**16.11  Powered Air Seal**

16.11.1    Fabricate and install two (2) powered air seal enclosures at the product exit of the oven. The air seal will be installed in an insulated panel enclosure with two (2) product opening designed to reduce heat escaping the oven. Each air seal is designed with a Plug Fan, which captures the air in the enclosure and circulates it

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 29 of 71



into a duct surrounding the outer product opening. The ductwork is designed with adjustable air orifice to provide a pressurized airstream to create a seal inside the enclosure, reducing the amount of heat escaping.

## 17   HEAT DISSIPATION TUNNEL for CURE OVEN

Design, fabricate and install one (1) Pressurized Heat Evacuation Tunnel with ambient air designed to release heat from product.

### 17.1   Design Data

| | |
|---|---|
| Time in Tunnel | 20 minutes |
| Tunnel Dimensions | 10'-0" wide x 206'-0" long x 22'-0" high |
| Lights | 52 |
| Access Door | 6 |

### 17.2   Material Specification

17.2.1   Tunnel shell and plenum to be fabricated from 18 gauge galvanized metal.

17.2.2   All ductwork to be fabricated from 18 gauge galvanized metal.

### 17.3   Construction Data

17.3.1   The tunnel panel joints and outside corners will be covered by a trim strip for safety and provide a suitable appearance.

17.3.2   Diverter panels will be installed inside the tunnel approximately 10'-0" apart to add turbulence to the air.

17.3.3   Structural steel is included, where required for support of tunnel roof, conveyor and fans.

### 17.4   System Data

17.4.1   The tunnel will be supplied with a 48" Vane Axial Fan designed to pressurize the tunnel for cleanliness.

17.4.2   The pressurization will be from the Tube Axial fan mounted on a bridge type supply plenum to introduce air thru filters on both sides of the product.

17.4.3   There will be a summer / winter mixing box after the fan to direct the air either inside or outside the plant on the supply and exhaust ends.

17.4.4   The tunnel will be supplied with a 48" Vane Axial Exhaust Fan designed to remove by-products. The airflow will be counter to the product flow (pressurization at the exit and exhaust at the entrance).  Exhaust rate will be 10% greater than pressurization. The velocity will be approximately 200 fpm past the product.

17.4.5   There will be a summer / winter mixing box after the fan to direct the air either inside or outside the plant.

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 30 of 71



17.4.6    The exhaust and supply fans include elbow, transition, 20'-0" of exhaust stack each, roof collar with flashing, a stack termination cap and intake hood.

### 17.5    Pressurization / Exhaust System Data

| Pressurization | | Exhaust | |
|---|---|---|---|
| Quantity | (1) one | Quantity | (1) one |
| cfm Rate | 44,000 | cfm Rate | 48,400 |
| Static Pressure | 0.5" | Static Pressure | 0.5" |
| Motor Horsepower | 20 hp | Motor Horsepower | 20 hp |

## 18  POWER and FREE OVERHEAD CONVEYOR SYSTEM

Product Description:   **Short Weldment**         **Long Weldment**

| | | | |
|---|---|---|---|
| Length: | 12'-0"    (Parallel to Travel) | 25'-6"    (Parallel to Travel) | |
| Width: | 7'-8"    (Perpendicular to Travel) | 7'-8"    (Perpendicular to Travel) | |
| Height: | 10'-0" | 10'-0" | |
| Product Weight: | 3,500.0 Lbs. | 6,500.0 Lbs. | |
| Carrier/Hook Weight: | 100.0 Lbs. | 150.0 Lbs. | |

| OPERATION | SHORT PRODUCT | LONG PRODUCT |
|---|---|---|
| Load #1 | 3.5  Minutes per Cycle w/ Lift (Estimated time to load: 1.5 Minutes) | NA |
| Load #2 | 3.3  Minutes per Cycle w/ Lift (Estimated time to load: 1.7 Minutes) | NA |
| Load #3 | NA | 4.0  Minutes per Cycle |
| Washer | Speed: 10.5 FPM | Speed: 10.5 FPM |
| Blow-off/Vacuum Platform | As required for production | As required for production |
| Dry-Off Oven | 30.0 Minutes | 30.0 Minutes |
| Cool-Down #1 | 15.0 Minutes | 15.0 Minutes |
| Masking Area | As required for production | As required for production |
| Powder Booths #1, #2 & #3 | Speed: 9.5 FPM | Speed: 9.5 FPM |
| IR Oven | 2.0 Minutes | 2.0 Minutes |
| Cure Oven | 45.0 Minutes | 60.0 Minutes |

Case 5:23-cv-00059-KDB-DCK    Document 1-6    Filed 05/10/23    Page 31 of 71

## IIIPNEU-MECH
## SYSTEMS MFG. LLC

| Cool-Down #2 | 22.0 Minutes | 22.0 Minutes |
|---|---|---|
| Unload #1 | 3.5  Minutes per Cycle w/ Lift (Estimated time to unload: 1.5 Minutes) | NA |
| Unload #2 | 3.3  Minutes per Cycle w/ Lift (Estimated time to unload: 1.7 Minutes) | NA |
| Unload #3 | NA | 4.0  Minutes per Cycle |

| Quantity | FT/EA | Part Number | Description |
|---|---|---|---|
| | | | **Actuator Plastic** |
| 92 | EA | 32385 | Plastic Momentary Limit Switch Actuator (LESS Limit Switch) |
| 46 | EA | 32423 | Plastic Maintained Limit Switch Actuator 18" Long (LESS Limit Switch) |
| | | | **Actuator Steel** |
| 10 | EA | TBD | Steel Momentary Fiber Optic Actuator 18" Long for 0.3125 Diameter Fiber Optic Cables (LESS Fiber Optics) RE: 144443 |
| 5 | EA | 144443 | Steel Maintained Fiber Optic Actuator 18" Long for 0.3125 Diameter Fiber Optic Cables (LESS Fiber Optics) |
| | | | |
| 153 | EA | 32170 | 6" S-N-F Channel Clamp |
| | | | **Anti-Backup** |
| 69 | EA | | 6" Free Line Anti-Backup Assembly, Right Hand |
| 69 | EA | | 6" Free Line Anti-Backup Assembly, Left Hand |
| 12 | EA | | 6" Free Line Anti-Backup Assembly, Right Hand (For Oven Use) |
| 10 | EA | | 6" Free Line Anti-Backup Assembly, Left Hand (For Oven Use) |

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 32 of 71



| Quantity | FT/EA | Part Number | Description |
|---|---|---|---|
| | | | **Overhead P&F Chain - 4" Drop Trolleys, F13140 Side Link Pusher** |
| 860 | EA | | S4-X678 Chain Assembly for 466 Wide-Wing Systems Trolleys LESS Caps & Seals w/ #13140 Pusher Assembled on 48" centers (Strand Length: 96")<br>**ALLOCATIONS:**<br>*Conveyor #1: 1,852'-0"*<br>*Conveyor #2: 2,268'-0"*<br>*Conveyor #3: 1,432'-0"*<br>*Conveyor #4: 724'-0"*<br>*Conveyor #5: 188'-0"*<br>*Conveyor #6: 188'-0"*<br>*Conveyor #7: 188'-0"* |
| | | | **Chain Transfer** |
| 4 | EA | | 466 Wide-Wing 36" Radius x 30 Degree Right Hand Chain-to-Chain Transfer, 15" Drop (Unit Length: 120") |
| 5 | EA | | 466 Wide-Wing 36" Radius x 30 Degree Left Hand Chain-to-Chain Transfer, 15" Drop (Unit Length: 120") |
| | | | **4/6 Drive Assemblies** |
| 4 | EA | 947170 | UniFrame S4 X-678 Rotary Constant Speed Caterpillar Drive Assembly 3,000.0 lb. Chain Pull Capacity c/w 1.5 HP, 230/460 Volt AC, TEFC Inverter Duty Gearmotor, 5:1 Turn-down Ratio, 460 Volt AC Brake and Limit Switch Overload Protection, Set @ 3-7/16" Drop, **Speed 15.7 FPM @ 60 HZ** (Note: Drive is LESS controls. Brake to be wired separately when used with inverter.) |
| 3 | EA | 947198 | UniFrame S4 X-678 Rotary Constant Speed Caterpillar Drive Assembly 4,000.0 lb. Chain Pull Capacity c/w 7.5 HP, 230/460 Volt AC, TEFC Inverter Duty Gearmotor, 5:1 Turn-down Ratio, 460 Volt AC Brake and Limit Switch Overload Protection, Set @ 3-7/16" Drop, **Speed 49.2 FPM @ 60 HZ** (**Note:** Drive is LESS controls. Brake to be wired separately when used with inverter.) |
| | | | **Expansion Joint** |
| 16 | EA | | 466 Wide-Wing Oven Expansion Joint, 15" Drop (Unit Length: 40") |



**IIIPNEU-MECH**
**SYSTEMS MFG. LLC**

| Quantity | FT/EA | Part Number | Description |
|---|---|---|---|
| | | | **Free Line Track** |
| 14 | EA | | 6" Freeline Track Assembly (Unit Length: 240") |
| 2 | EA | | 6" Free Line Trolley Installation Gate (Unit Length: ??") |
| | | | **Free Line Horizontal Turns** |
| 1 | EA | | 48" Radius x 45 Degree 6" Freeline Horizontal Turn |
| | | | **Load & Tow Bars** |
| 120 | EA | **RE: DWG P-2R02** | Load Bar for 114" c/c Trolleys (Designed for Tandem Connection) |
| 120 | EA | **RE: DWG P-2R02** | Tow Bar (For 28" Trolley Centers) |
| | | | **P&F Track** |
| 197 | EA | | 466 Wide-Wing P&F Straight Track, 15" Drop (Unit Length: 240") |
| 1 | EA | | 466 Wide-Wing P&F Lubricator Track Section, 15" Drop |
| | | | **P&F Horizontal Turns** |
| 22 | EA | | 466 Wide-Wing 48" Radius x 45 Degree P&F Roller Turn, 15" Drop |
| 1 | EA | | 466 Wide-Wing 48" Radius x 45 Degree P&F Roller Turn w/ P280226 High Temperature Roller Turn Rollers, 15" Drop |
| 18 | EA | | 466 Wide-Wing 72" Radius x 90 Degree P&F Roller Turn, 15" Drop |
| 1 | EA | | 466 Wide-Wing 72" Radius x 90 Degree P&F Roller Turn w/ P280226 High Temperature Roller Turn Rollers, 15" Drop |



| Quantity | FT/EA | Part Number | Description |
|---|---|---|---|
| | | | **P&F Switches (45 Degree)** |
| 2 | EA | | 466 Wide-Wing 24" Radius x 45 Degree Right-Hand POC Unload Switch c/w 36" Radius x 45 Degree Powered Spur |
| 5 | EA | | 466 Wide-Wing 24" Radius x 45 Degree Right-Hand POS Load Switch c/w 24"-36" Radius x 90 Degree Segmented Roller Turn Spur |
| 1 | EA | | 466 Wide-Wing 24" Radius x 45 Degree Left-Hand POS Unload Switch c/w 48" Pitch Diameter x 180 Degree Traction Wheel Spur |
| 5 | EA | | 466 Wide-Wing 24" Radius x 45 Degree Left-Hand POS Unload Switch c/w 24"-36" Radius x 90 Degree Segmented Roller Turn Spur |
| 2 | EA | | 466 Wide-Wing 24" Radius x 45 Degree Left-Hand POS Load Switch c/w 24"-36" Radius x 90 Degree Segmented Roller Turn Spur |
| 2 | EA | | 466 Wide-Wing 24" Radius x 45 Degree Left-Hand POC Load Switch c/w 36" Radius x 45 Degree Powered Spur |
| 1 | EA | | 466 Wide-Wing 24" Radius x 45 Degree Right-Hand POC Unload Switch c/w 36" Radius x 45 Degree Powered Spur & P280226 High Temperature Roller Turn Rollers |
| 1 | EA | | 466 Wide-Wing 24" Radius x 45 Degree Right-Hand POC Load Switch c/w 36" Radius x 45 Degree Powered Spur |
| 1 | EA | | 466 Wide-Wing 24" Radius x 45 Degree Left-Hand POC Unload Switch, No Spur |
| 1 | EA | | 466 Wide-Wing 24" Radius x 45 Degree Left-Hand POS Load Switch, No Spur |
| 1 | EA | | 466 Wide-Wing 24" Radius x 45 Degree Right-Hand POS Unload Switch c/w 24"-36" Radius x 90 Degree Segmented Roller Turn Spur |
| 10 | Sets | | Switch Cylinders c/w Mounting Hardware |
| 1 | Set | | Switch Cylinder c/w Viton High Temperature Seals & Mounting Hardware |
| 1 | EA | | Vertical Actuator for Remote Operation of Switch |

# IIIPNEU-MECH
## SYSTEMS MFG. LLC

| | | | |
|---|---|---|---|
| 11 | EA | | Valve Board Assembly for Air Operated Switches & Pushers with (24VDC) DOUBLE Acting Solenoid<br>RE: 267551 |

| Quantity | FT/EA | Part Number | Description |
|---|---|---|---|
| | | | **Power Only Horizontal Turns** |
| 15 | EA | | S4 36" Radius x 30 Degree Roller Turn Assembly with Tapped Segment Bars, 3-7/16" Drop |
| 16 | EA | | S4 36" Radius x 45 Degree Roller Turn Assembly with Tapped Segment Bars, 3-7/16" Drop |
| 1 | EA | | S4 36" Radius x 60 Degree Roller Turn Assembly with Tapped Segment Bars, 3-7/16" Drop |
| 9 | EA | | S4 36" Radius x 90 Degree Roller Turn Assembly with Tapped Segment Bars, 3-7/16" Drop |
| 2 | EA | | S4 36" Radius x 135 Degree Roller Turn Assembly with Tapped Segment Bars, 3-7/16" Drop |
| 5 | EA | | S4 36" Radius x 150 Degree Roller Turn Assembly with Tapped Segment Bars, 3-7/16" Drop |
| | | | **Power Only Straight Track** |
| 117 | EA | | 4" I-Beam, 1045 High Carbon Rail (Unit Length: 240") |
| | | | **Power Only Vertical Curves** |
| 24 | EA | | S4 144" Radius x 30 Degree Single Vertical Curve |
| | | | **Stop Assemblies & Related Equipment** |
| 25 | EA | | 466 Wide-Wing Air Operated Rolling Stop Assembly, Right Hand (LESS Cylinder) |
| 25 | EA | | 466 Wide-Wing Air Operated Rolling Stop Assembly, Left Hand (LESS Cylinder) |
| 43 | Sets | | Stop Cylinders c/w Mounting Hardware |
| 7 | Sets | | Stop Cylinder c/w Viton High Temperature Seals & Mounting Hardware |

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 36 of 71

February 5, 2018                                   **Proposal # 18038**

| | | | |
|---|---|---|---|
| 5 | EA | | Vertical Actuator for Remote Operation of Stop |
| 50 | EA | | Valve Board Assembly for Air Operated Stops with (24VDC) SINGLE Acting Solenoid<br>RE: 267550 |

| Quantity | FT/EA | Part Number | Description |
|---|---|---|---|
| | | | **Power Only Take-ups** |
| 7 | EA | | S4-678 48" Pitch Diameter x 180 Degree Roller Bearing Traction Wheel Take-up Assembly, Air Operated c/w Safety Chains (48" Spread, 30" Travel) (LESS Cylinder) |
| 7 | Sets | | Take-up Cylinders c/w Mounting Hardware |
| 7 | EA | | Valve Board Assembly for Air Operated Take-ups<br>RE: 254823 |
| | | | **Freeline Trolleys** |
| 120 | EA | | 6" Wide-Wing Dog Magic Front Trolley c/w Full Complement Bearing Wheels (LESS Caps & Seals) Assembled with Load Bearing Hook/Lug for use with Tandem Load Bar Connection |
| 120 | EA | | 6" Wide-Wing Rear Trolley Assembly c/w Side Plates, Rear Cam, 2" Diameter Double Sided Tripper Pin, Full Complement Bearing Wheels (LESS Caps & Seals) |
| 120 | EA | | 6" Wide-Wing Rear Trolley Assembly c/w Side Plates, Rear Cam, Full Complement Bearing Wheels (LESS Caps & Seals) |
| | | | **Trolley Hardware** |
| 240 | EA | | Hardened Thrust Washer for use in Finishing Systems |
| 120 | EA | | 466 Dog Magic Trolley Carrier Pin Bolt Assembly |
| 360 | EA | | 466 Carrier Pin Bolt Assembly |
| 240 | EA | | Carrier Connector Pin |

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 37 of 71



| | | | Yokes |
|---|---|---|---|
| 100 | EA | | 466 Wide-Wing Full Yoke, 15" Drop w/ Bolt Hole Pattern |

| Quantity | FT/EA | Part Number | Description |
|---|---|---|---|
| | | | **Specialty Equipment** |
| 4 | EA | | **Load/Unload Lift Section**<br>per the following:<br>Hydraulic Power Pack c/w TBD HP Motor<br>(2) Lock-up Devices (Shot Pin)<br>Floating Carriage Capacity: 5,000.0 Lbs.<br>Bank Length: 13'-6"<br>Cycle Rate: Six (18) Units per Hour<br>Receiving/Exit Height: 18'-10" (Bottom of Free Rail)<br>Maximum Drop: 6'-0"<br>Drop Position: Variable<br>(Units to be assembled in sections)<br>RE: P233815<br>Two (2) long part loading platforms |

## 19   SMART EYE SYSTEM

Pneu-Mech Systems to provide materials, installation and equipment to install a Smart Eye System on the conveyor load bars with photoeye sensors. System consists of Smart Eye Sender / Receiver Components. Note: Final design to be developed during engineering with the Crown project team.

## 20   CRASH PROTECTION

Pneu-Mech Systems to design, fabricate and install a part crash protection system. The system will consist of a metal framework to hold light curtain sensors that will detect the part. All mounting hardware and cables will be included.

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 38 of 71



## 21 OPTIONAL TWO (2) SIDE DOWN DRAFT PAINT PRODUCTION SPRAY BOOTHS WITH MAKE-UP AIR UNITS

Pneu-Mech Systems to design, fabricate and install two (2) Side Down Draft Dry Filter Spray Booths designed to collect overspray and provide a safe environment for spray operator.

**Information below is for one (1) booth, two (2) booths are required.**

### 21.1 Design Data

| | |
|---|---|
| Booth Width | 20'-0" |
| Booth Depth | 40'-0" |
| Booth Height | 22'-0" |
| Design Velocity | 60 fpm |
| Lights | 24 |

### 21.2 Filtration

21.2.1    Supply: 20"x20" Tacky Filters, Exhaust: 20"x20" Bag Filter & Roll Media.

21.2.2    Dry type paint arrestor spray booths are available in several different models. They are used for removal of airborne paint particles from the exhausted air by means of disposable filters. Booth requires regular schedule of filter media replacement.

### 21.3 Dry Booth General Data

21.3.1    All maintenance and cleaning operations are performed from the front inside face area of the booth with filter media designed for easy removal.

21.3.2    Furnish a Dwyer Manometer mounted on booth side wall panel. This gauge will monitor pressure drop across the filters, signaling operator to change the dirty filters.

### 21.4 Lighting

21.4.1    Lighting for booth is supplied by LDPI Company using heavy-duty, vapor tight units, Series 400 with (4) LED Fluorescent Lamps, complete with clear tempered plate glass cover. Lamps are rated Class 1, Division 2, certified by NFPA. Vapor-tite listed as "enclosed and gasketed" by UL.

### 21.5 Material Specification

21.5.1    Booth shell to be fabricated from 18 ga. galvanized sheet steel. NOTE: If booth requires painting, aluminized or galvalume metal may be substituted for an additional charge.

21.5.2    Exhaust ductwork to be fabricated from 18 ga. galvanized sheet steel.

Case 5:23-cv-00059-KDB-DCK    Document 1-6    Filed 05/10/23    Page 39 of 71



**21.6    Exhaust System**

  21.6.1    The booth will be supplied with 30" Tube Axial Exhaust Fans designed to produce a high velocity airflow for collection of overspray.

  21.6.2    Each exhaust fan includes transition, 20'-0" of exhaust stack, roof collar with flashing and a stack termination cap.

**21.7    Exhaust System Data**

| | | | |
|---|---|---|---|
| Quantity | (4) four | Motor Horsepower | 3 hp |
| Exhaust cfm Rate | 12,000 | Fan and Stack Size | 30" Ø |
| Static Pressure | 0.75" | Total cfm | 48,000 |

**21.8    Make-Up Air Unit Data**

**1-    Titan Air Model–TA-227-NG-VRH** Direct Fired Make up Air Heater
     48,000 CFM @ approximately 0.75" wc. ESP
     30HP - 460V-3-60 ODP motor- Single speed with fixed drive.
     70° F. Temperature rise or 3,696,000 BTU/hr. with 5-PSI Natural gas inlet.
     Vertical design with horizontal discharge for outdoor mounting.
     Includes standard 3 ft. stand. (Additional stand height is optional)

*Includes the following standard and optional equipment.*
ETL listed. (ANSI Z83.41999 / CSA 3.7 M99 standards)
Pre-Piped, Pre-Wired and factory tested. Remote Summer-Winter-Off Selector switch
G-90 Galvanized casing. Insulated blower section. Hinged and gasketed service doors.
Non-Fused door interlock disconnect switch.
DWDI forward curved industrial blower with solid shaft.
FM approved gas train and controls for up to 5-PSI gas inlet pressure
Fully modulating gas burner with duct discharge air controller.
Fresh air V-Bank filter section with linked panel filters
Motorized 2-position discharge dampers.
Inlet ductstat for warm weather burner cutoff. High gas pressure switch.

**21.9    Supply Ductwork**

  21.9.1    Design, fabricate and install supply ductwork. Ductwork to include up to 30'-0" of straight duct, two (2) 90° elbows and wall flashing.

  21.9.2    Ductwork is fabricated from 18 ga. galvanized sheet steel.

Case 5:23-cv-00059-KDB-DCK    Document 1-6    Filed 05/10/23    Page 40 of 71



## 22   OPTIONAL INSTALLATION for FOUR (4) POWDER BOOTHS

**Pneu-Mech Systems** is pleased to offer the installation package required to install four (4) Powder Booths. The complete package includes the necessary mechanical, electrical and pneumatic labor and materials required to install the powder booths supplied by others as detailed below.

### 22.1   Scope of Work

22.1.1   Unload and rig material in place of the major components delivered per agreed upon schedule.

22.1.2   One pre-installation survey trip to review customer job site with representative of the powder booth manufacturer

22.1.3   Provide necessary rental equipment needed to complete installation

22.1.4   Mechanical erection and assembly of booth and materials as supplied by booth manufacturer.

22.1.5   Installation of electrical components and control panels supplied by booth manufacturer

22.1.6   Provide electrical interconnections between supplied electrical sub-panels and prewired components (not including main power feeds)

22.1.7   Install encoder on existing conveyor system, as supplied by booth manufacturer (within 100 feet of powder booth).

22.1.8   Plumb necessary pneumatic lines to booth and supplied air dryer (by others) within 100 feet of powder booth.

22.1.9   Pneu-Mech Systems will provide a qualified startup support person on site for a period of 3 days to work with Powder Booth Manufacturer personnel to commission the system.

22.1.10   General clean-up of work area upon completion of installation

### 22.2   Items not included in the Pneu-Mech Systems Scope of Work

22.2.1   On-site Project Management supplied by Powder Booth Supplier.

22.2.2   Sprinkler and other Fire Suppression piping design and installation.

22.2.3   Preparation of job site for installation including but not limited to building modifications

22.2.4   All necessary painting, unless otherwise noted

22.2.5   Provide for removal and disposal of shipping materials

22.2.6   Main power feed connection to electrical panels

22.2.7   Any ductwork or other sheet metal not supplied by powder booth supplier, unless otherwise noted.



22.2.8     Note- Pneu-Mech Systems can provide this at additional cost based on amount of duct required.

22.2.9     Any equipment, installation and utilities necessary to fulfill your Life Safety Plan.

22.2.10     Powder Booth calibration or application training.

22.2.11     Any required local or state permits, fees or P.E. stamped drawings.

22.2.12     Receipt and storage of miscellaneous drop shipped component shipments.

## 23   ELECTRICAL DISTRIBUTION WIRING

Furnish all electrical distribution wiring from furnished control panels to electrical devices and motors. All conduit will be EMT and all wire to be THHN stranded wire.

All electrical wiring will be installed according to the National Electrical Codes and in a neat and professional manner.

## 24   PLC CONTROLS

### 24.1   Components

A pre-wired NEMA 12 Electrical Control Cabinet will be installed. **All Control Panels are certified ETL 508a.**

Operators will use a color touch screen to control and monitor the system.

- Main Breaker with Disconnect Handle.
- PLC with Expansion Modules and Ethernet.
- Color Touch screen with Ethernet
- Two (2) Remote HMI Touchscreens are included
- eWON integration included for remote access
- 8 port Ethernet Switch
- UL508A Type E Motor Starters
- AC Drives with Ethernet Module
- Honeywell Flame Control Packages
- 30MM Pushbuttons, Indicators and Switches
- Red, Amber and Green Stacklight Assemblies with Sounders
- Remote Pushbutton Enclosures (Conveyor & E-Stops)
- 12 x 12 x 6 Junction Boxes with Terminals for each gas burner.
- UL489 Circuit Breakers
- UL1077 Supplementary Protectors
- 5KVA Control Transformer

Case 5:23-cv-00059-KDB-DCK    Document 1-6    Filed 05/10/23    Page 42 of 71



- Relays and Bases
- IFM Efector Operating Solution Level Sensors
- IFM Efector Low Solution Level Sensors
- Terminal Blocks, Anchors, Separators, and Din Rail

## 24.2    Operator Touch Screen Panel

Standard Touch Screens include the following:

- System Management
- Washer Operation
- Oven Operation
- Conveyor Operation
- I/O Inputs and Outputs
- Manual start for all motors
- Automatic operation
- Fault Screen
- Fault History Screen

## 24.3    Temperature Controllers

The heated washer stages and oven temperatures are controlled by a UDC2500 Honeywell Temperature Controller monitored by the PLC. These controllers allow the operator a visual of all operating temperatures of equipment and the ability to input different temperature requirements as needed.

## 24.4    Flame Controller

A Honeywell RM7895-B-1014 fail-safe electrical device that is designed to operate fuel-fired equipment in a safe manner will be installed. Flame controllers incorporate dedicated circuits designed for fail-safe operation. *According to code, fuel fired equipment cannot be operated via a PLC or a PC but it can be and is monitored by the PLC.*

## 24.5    High Limit

All gas burners are equipped with a High Temperature Limit device that monitors the temperature of the burner. This fail-safe electrical device has an adjustable temperature set point. Washer burners use the Honeywell Aqustat located at the tank. Oven burners use the Honeywell UDC1200 mounted on the control panel.

**40**



## 25 PROJECT MANAGEMENT

A project manager will coordinate all work and will report progress to Crown Equipment. Any changes made to the scope by Pneu-Mech or Crown Equipment will be documented by the project manager and will be included in the reports.

***The project manager will follow the Crown Equipment Design Change Order (DCO) requirements specified in the Crown Equipment Bid Package.***

## 26 RIGGING AND RENTAL EQUIPMENT

Pneu-Mech Systems will provide all the rental equipment and be present to unload all major components and rig them into place. Crown Equipment will unload standard products on pallets and store them prior to our crew arrival. ***Every attempt will be made to utilize equipment manufactured by Crown Equipment where possible.***

## 27 DOCUMENTATION

Furnish preventative maintenance schedules, spare parts list and complete set of drawings and service manuals in electronic format.

***Note: A sample spare parts list is attached to this proposal. A dedicated list will be developed as part of the engineering process and provided within 60 days of approval of design. This will allow adequate lead time to order parts and receive parts prior to system start up.***

## 28 START-UP, TRAINING and SUPPORT

Furnish twenty (20) days of start-up assistance, training and production support once system is operational. Crew size will vary based on required support.

Crown Equipment must be ready in all phases for proper start-up and training in the following areas:

- Employees on site who will run the system
- Product with hangers to run on the system
- Completed utilities to all equipment
- Washer to be charged with chemicals
- Powder Booths Operational with powder available to spray

If any of these conditions are not met and a proper start-up and training is not completed, any additional start-up and training will be scheduled with a change order for the additional cost associated for another trip to the jobsite.

**41**



**Product Service Metrics:**

1. Maximum Response Time – Phone Technical Support
   a. Pneu-Mech Offers 24-hour emergency service capability with call response in less than one hour.
   b. Pneu-Mech offers remote system monitoring capability so troubleshooting can begin as soon as an issue is reported.
2. Maximum Response time for onsite technical response
   a. Pneu-Mech Systems can provide on-site service response in 12 hours or less for emergency service.
3. Deployment of technical service nearest Crown facility.
   a. Cincinnati, OH – 1.5 hours
   b. Beckley, WV – 4.5 hours/Service Vehicle
   c. St. Louis, MO – 5.5 hours/Service Vehicle
   d. Statesville, NC – 7.5 hours/Service Vehicle
   e. Remote System Monitoring – immediate availability

## 29  TERMS

**Delivery of Equipment for Installation**

See attached schedule.

**Freight Charges**

Included in total cost.

**Payment Terms**

15% down with purchase order
10% at approval of general arrangement design layouts
15% at the time of critical purchased items
15% at beginning of manufacturing
15% prior to shipment
10% 30 days after shipment
10% 90 days after shipment
10% net 30 days after completion of project and final acceptance
*Note:  There will be a minimum of 30 days between invoices.*

**Warranty**

2 year warranty will apply on all equipment manufactured by PNEU-MECH SYSTEMS MFG. LLC. Standard manufacturers' warranty will apply on all buy-outs. (Components only)

**42**



**IIIPNEU-MECH**
**SYSTEMS MFG. LLC**

**Design Notation**

Pneu-Mech Systems Mfg. LLC practices a policy of continuous improvement in product design and construction. We reserve the right to alter specifications at any time with written approval from Crown Equipment.

ANY RESULTANT CONTRACT FOR EQUIPMENT AND/OR SERVICES IS SUBJECT TO PNEU-MECH SYSTEMS TERMS AND CONDITIONS OF SALE

Sincerely,

J. B. Graves (Regional Sales Manager)

Jason Gatton (Special Projects Manager)

Jerry Trostle (Vice President of Sales)

ms

**43**



## 30 CUSTOMERS RESPONSIBILITIES

### 30.1 Electrical

Furnish power feed from plants main power supply to the following locations:

- Main System Control Panel
- Infrared Control Panel
- Blast Room Breaker Box
- Environmental Room Breaker Box
- HVAC System
- Powder Booth Control Panel/Air Dryer
- Powder Collector / Gun System
- RO Water System

### 30.2 Sprinkler and Fire Suppression

Sprinkler piping or fire suppression system design and installation.

### 30.3 Gas Piping

Gas line piping to gas trains.

### 30.4 Air Lines

Air lines as required.

### 30.5 Water Piping

Furnish water line piping as required.

### 30.6 Life Safety Plan

Any equipment, installation and utilities required to fulfill your Life Safety Plan.

### 30.7 Miscellaneous Requirements

- Any required local or state permits, fees, and P. E. stamped drawings.
- Product hangers or fixtures.
- All pit/concrete work along with any building modifications.
- Wall openings required.
- Roof curbs and roof openings required.
- Permanent sealing around new roof curbs and flashing.
- Furnish floor drains as required.
- Exhaust air make up units.
- Pump piping to neutralization system or sewer.

I have read and understand My Responsibilities required for an operational system as outlined in the section above.

Signature _____ Dated _____

Title _____



**PNEU-MECH SYSTEMS MFG, LLC**
**201 PNEU-MECH DRIVE, STATESVILLE, NC 28625**
**TELEPHONE 704-873-2475    FAX 704-871-2780**

**TERMS AND CONDITIONS OF SALE**

**DEFINITIONS:**

A.  **SELLER:**  Pneu-Mech Systems Mfg., LLC, 201 Pneu-Mech Drive, Statesville, NC 28625.
B.  **BUYER:** _____.
C.  **CONTRACT:**  Seller's Terms and Conditions of Sale, any proposal issued by Seller, and any technical or commercial specifications agreed to by Seller.
D.  **EQUIPMENT:**  All or any part of the goods, work and services to be provided by Seller under the Contract.
E.  **NOTICE:**  A written statement sent by registered or certified mail to either party at the address cited above, effective upon receipt.

**LIMITATIONS ON CONTRACT TERMS:**

Seller's proposal is an offer stating the terms and conditions under which Seller will enter into a contract with Buyer to provide the Equipment.  This offer *expressly* limits acceptance to the complete technical and commercial terms stated therein.  Additional or different terms which Buyer submits to Seller, either in a purchase order, letter of authorization, or other communication of acceptance, will have no force and effect unless specifically agreed to in writing by Seller.  An offer by Buyer can only be accepted in writing by an authorized officer of Seller.  In no event shall Seller's performance constitute acceptance of any terms and conditions different from those set forth in Seller's proposal.  Any additional performance by Seller is only as an accommodation to Buyer.

**PAYMENT TERMS**

A.  Payment shall be made in full within thirty (30) days from notice of readiness to ship, unless a progress payment schedule has been established.  Equipment orders are f.o.b. shipping point.  The Seller reserves the right to change the terms of payment to sight draft, COD, or confirmed irrevocable letter of credit if, in the Seller's sole judgment, the financial conditions of Buyer has changed prior to the time of shipment.  Seller may change interest at the rate of 1 1/2% per month on any past due balance.
B.  If shipment of Equipment is delayed due to Buyer's failure to promptly inspect, to give shipping instructions, or to discharge any duty necessary for delivery, payment shall become due as if shipment had been made.  In any such case, the Buyer shall, in addition to the price, pay reasonable storage charges.  Risk of loss during storage shall be borne by Buyer.
C.  Seller shall have the option of billing for partial shipments on a pro-rata basis.
D.  Prices on Equipment manufactured by Seller are firm for shipments to be made within six (6) months from date of Contract.  Any delay in shipment beyond that time which is not a fault of Seller shall result in an adjustment in price to coincide with Seller's prices in effect at the time of shipment.  Identical terms apply to prices for labor and miscellaneous materials.
E.  Prices of Equipment not manufactured by Seller are subject to adjustment in direct proportion and percentage to any increase in price to Seller by its supplier, unless specifically guaranteed otherwise in writing.
F.  When Equipment is installed and ready for start-up, all payment obligations of Buyer immediately become due.  This provision specifically prevents Buyer from withholding payment because of non-performance of related work by other contractors.  Seller agrees to permit Buyer to retain up to 5% of the Contract price, for a period not to exceed 90 days, while awaiting performance by others.

**PERFORMANCE TESTS:**

A.  Any contract obligation regarding performance test of the Equipment shall be satisfied upon satisfactory completion of performance tests.  Said tests must be run within thirty (30) days of the date of initial operation, or Equipment shall be deemed to be satisfactory.  Performance tests shall be run in accordance with Seller's instructions, if any, and in conformance with the Contract specification loads and conditions.  Subsequent to satisfactory completion of performance tests, Seller's responsibility shall be limited to the material and workmanship warranty established under the Contract.
B.  All labor and materials incident to conducting performance tests are the expense and responsibility of Buyer.  If included in the Contract, Seller shall provide a service representative to advise and consult during testing.

**45**



## LIMITATION OF LIABILITY:

A. **Damage Liability:** IN NO EVENT SHALL SELLER BE LIABLE FOR CONSEQUENTIAL, INCIDENTAL, SPECIAL, OR DIRECT DAMAGES OF ANY KIND, WHETHER IN NEGLIGENCE, STRICT LIABILITY, OR BREACH OF CONTRACT.

B. **Indemnification:** Buyer shall indemnify and hold harmless Seller, its agents, representatives, and employees, from and against any and all suits, actions, legal or administrative proceedings, claims, demands, damages, liabilities, interest, attorney's fees, costs and expenses of any nature whether arising before or after completion of the work hereunder and in any manner directly or indirectly caused, occasioned, or contributed to in whole or in part or claimed to be caused, occasioned, or contributed to in whole or in part, by reason of any act, omission, fault, or negligence, whether active or passive, of Buyer or of anyone acting under its direction or control or on its behalf in connection with or incident to the performance of the Contract. In no event shall Buyer's indemnity and hold harmless obligation apply to liability caused by the sole negligence or willful misconduct of Seller.

C. **Third Party Rights:** Buyer shall bind subsequent buyers or lessees of the Equipment to the terms of this Contract such that said third parties shall have no further rights against Seller than does Buyer. Buyer agrees to notify said third parties of this provision and to make this a condition of any contract concerning the Equipment. In the event Seller is subjected to claims, losses, or damages beyond the limits set forth in the Contract, Buyer shall indemnify and hold harmless Seller from all such claims, losses, or damages.

D. **Statute of Limitations:** Pursuant to North Carolina General Statute Section 25-2-725(1) (known as the Uniform Commercial Code), the statute of limitation is limited to twelve (12) months from the time a breach occurs.

## LIMITED LIABILITY OF SELLER FOR FIELD WORK:

A. Seller's field service personnel are authorized only to advise and consult with Buyer or its representative and are not authorized nor licensed to handle or operate the Equipment.

B. At all times during which Seller's service representatives are performing services at the jobsite, whether related to preliminary operations, start-up, testing, or Equipment repairs, Buyer shall provide a supervisor to whom the representative shall report.

C. In the event Seller field erects the Equipment utilizing its own construction labor, Seller shall provide a supervisor to direct said labor. The supervisor shall report to and be directed by Buyer's project engineer, or comparable individual, at the jobsite.

## TAXES ARE NOT INCLUDED:

All federal, state, and local taxes are for Buyer's account and are in addition to prices quoted in this Contract, unless specifically set out and identified as a tax-related item. It is the duty of the Buyer to establish exemption to any taxes and to indemnify Seller if such information is incorrect.

## PERMITS:

Where laws or municipal ordinances require permits to install the Equipment or require the approval of the plans of specifications for the Equipment or its installation, Buyer assumes the responsibility and expense for securing the required permit or approval. The expense of any changes which are required to meet the approval of the state or municipal authorities is for Buyer's account. Seller will assist Buyer by providing any necessary technical information to obtain any of said permits.

## COMPLIANCE AT THE JOBSITE:

Seller does not warrant that the Equipment complies with laws, ordinances, regulations, insurance requirements, or local union rules or preferences in effect at the jobsite. Modifications in the Equipment which are required in order to comply with the same are at Buyer's expense, Seller accepts no responsibility for penalties or citations levied against Buyer by local, state, or federal authorities.

## FORCE MAJEURE:

Seller shall not be liable for failure to deliver or for delays in delivery, construction, or erection of Equipment occasioned by causes beyond the control of Seller including, but not limited to, strikes, labor slowdowns, lockouts, fires, floods, riots, thefts, accidents, embargos, acts of government, acts of God, unusually severe weather, inability to obtain shipping space, machinery breakdowns, delay of carriers or suppliers, and governmental acts or regulations. In the event of any such delay, the time for performance shall be reasonably extended and an adjustment shall be made for additional costs to Seller.

## RISK OF LOSS:

Risk of loss shall pass to Buyer upon delivery or tender of delivery of the Equipment to the carrier or to the jobsite, as the case may be. From the time risk loss passes to Buyer until final payment, Buyer shall carry "all risk" insurance in the name of Buyer and Seller, as their interests may appear, in an amount equal to the total Contract price.

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 49 of 71



### TRANSPORTATION CHARGES:

Buyer shall bear the expense of changes in transportation rates, taxes, or routing requirements after Contract formation but prior to delivery either to Seller or to the jobsite.

### CANCELLATION:

Buyer shall have the right to cancel the Contract prior to the point when manufacturing begins or when special items identified to the Contract are purchased by Seller by paying to Seller liquidated damages of 15% of the Contract price plus reimbursement for all expenses incurred by Seller through the termination date.

### CONFIDENTIAL INFORMATION OF SELLER:

A.　Any proprietary information received by Buyer from Seller (including, but not limited to samples, designs, concepts and drawings) remains the property of Seller. Buyer agrees to maintain as secret and treat as confidential all proprietary information supplied by Seller and may not disclose such information to a third party without prior written consent of Seller. Buyer may not use Seller's proprietary information in performing work for itself or any third party at any time. Buyer shall return to Seller all proprietary information upon demand and in no event later than the completion of the work under this Contract.

B.　In the event Buyer violates the terms of this provision, Buyer shall be liable for all damages directly or indirectly resulting from said breach, including, but not limited to, Seller's lost profits and injury to Seller's goodwill. Buyer and Seller recognize the difficulty of ascertaining such damages and agree that damages shall be presumed to equal 20% of the Contract price. Buyer furthermore agrees to inform all necessary third parties of its breach of this provision and that information said third party received is proprietary information of Seller.

### MANUALS AND WARNINGS:

When Buyer acknowledges receipt of Seller's instruction manuals and warnings and those of Seller's vendors, Buyer accepts complete responsibility for ensuring that the same are distributed to and utilized by the Equipment Operators and that said individuals are properly trained to safely and completely operate the Equipment. Buyer agrees to indemnify and hold harmless Seller from any and all claims, losses, damages, or expenses arising from or in any way connected with Buyer's responsibility hereunder.

### ATTORNEY'S FEES:

In addition to any other remedies provided by law, Buyer shall be liable for attorney's fees and litigation expenses which Seller reasonably incurs to enforce, interpret, or collect damages under any of the terms of the Contract.

### PATENTS:

Where Buyer furnishes plans and specification, Buyer shall hold Seller harmless against any claims of any third party by way of patent infringement or proprietary information belonging to another which arises out of compliance with said specifications. Seller warrants that the Equipment shall be free of any such claims on all of its work and will hold Buyer harmless from any such claim in those cases where plans and specifications are provided by Seller.

Case 5:23-cv-00059-KDB-DCK　　Document 1-6　　Filed 05/10/23　　Page 50 of 71



February 5, 2018

*Proposal # 18038*

### MATERIAL AND WORKMANSHIP WARRANTY:

A. **SOLE EXPRESS WARRANTY:** SELLER WARRANTS THAT THE EQUIPMENT CONFORMS TO SELLER'S PROPOSAL AND ANY SPECIFICATIONS DIRECTLY INCORPORATED INTO THE CONTRACT. ANY EXPRESS OR IMPLIED REFERENCE TO PLANS AND SPECIFICATIONS OUTSIDE OF THE SPECIFIC SCOPE OF THE EQUIPMENT SHALL IN NO WAY ALTER OR ENLARGE SELLER'S RESPONSIBILITY UNDER THE CONTRACT. EQUIPMENT AND/OR SERVICES SUPPLIED BY OTHER VENDORS ARE EXCLUDED FROM SELLER'S WARRANTY AND ONLY CARRY SUCH WARRANTY AS PROVIDED BY THOSE VENDORS. SELLER AGREES TO ACT AS LIAISON FOR BUYER WITH THOSE VENDORS.

B. **No Implied Warranty:** OTHER THAN TITLE, ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, ARE EXCLUDED.

C. **Length of Warranty:** Equipment manufactured by Seller is guaranteed against defects in materials and workmanship for one (1) year from the date of initial operation, not to exceed eighteen (18) months from the date of installation.

D. **Exclusive Remedy:** In the event of a defect in material or Seller's workmanship, Seller's sole obligation is to repair, during normal working hours, or provide replacement parts, at its option, f.o.b. point of manufacture. Removal and reinstallation expenses and transportation charges are for Buyer's account. Repair or replacement does not alter or extend limits on liability and warranty established at sale. If Seller fails to so repair or replace, Seller's liability shall not exceed the contract price of the specific defective goods. It is agreed that there is not a breach of contract so long as Seller is willing to repair or replace defective equipment.

E. **Conditions of Warranty:** Seller's warranty is conditional upon Buyer's (1) giving Seller notice of a defect within ten (10) days from the time it should have been detected; (2) giving Seller prompt and reasonable opportunity to inspect the Equipment; (3) operating the Equipment according to the manner prescribed by Seller without alteration or substitution to the Equipment; and (4) keeping adequate logs and records to establish proper Equipment operation. Proper operation includes, but is not limited to, proper erection, start-up, and equipment maintenance, avoidance of damage from abrasion, corrosion, or excessive temperature, and proper servicing of Equipment. Failure to comply with any of the above conditions voids this warranty.

F. **Backcharges:** Buyer may not backcharge Seller for legitimate warranty claims without Seller's prior written consent since Seller has a duty to repair or provide replacement parts for the Equipment.

G. **Specific Expectations:** Seller does NOT guarantee any of its equipment against abrasion, corrosion, excessive temperatures, misuse or erosion, unless specified otherwise in writing.

### APPLICABLE LAW:

This Contract is made in Statesville, North Carolina, and irrespective of the place of performance, or otherwise, the Contract and all disputes or claims concerning any aspect of the Contract shall be construed and interpreted in accordance with the laws and decisions of the Courts of North Carolina.

### COMPLETE AGREEMENT:

A. This Contract constitutes a final written expression of all the terms of the agreement between Buyer and Seller and is a complete and exclusive statement of those terms.

B. The terms of this Contract may not be modified or waived orally.

C. In the event any provision, or part thereof, of this Contract is held to be unenforceable, the remaining provisions and parts thereof shall remain in full force and effect.

Seller

Buyer

*Jerry Trostle (VP of Sales)*
**Pneu- Mech Systems LLC**

Name _____

Title _____

Company _____

48



# IIIPNEU-MECH
## SYSTEMS MFG. LLC

## *Estimated Spare Parts List*

---

**February 5, 2018**

**For:**

**Mr. Tony Sielschott and Mr. Michael Gehle**



**Equipment**

**New Bremen, Ohio**

201 PNEU-MECH DRIVE ● STATESVILLE, NORTH CAROLINA 28625● PHONE 704-873-2475 ● FAX 704-871-2780
E-Mail: www.info@pneu-mech.com Web Page: www.pneu-mech.com
A Division of Brawtus Holding Co. Inc.



*Spare Parts*

**ESTIMATED SPARE PARTS LIST FOR CROWN EQUIPMENT POWDER COATING SYSTEM IN NEW BREMEN OHIO.**

Prices are exclusive of freight (in-coming and out-going). These charges will be prepaid and submitted on your last invoice. State and/or Local Taxes are excluded as well.

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| Inside Sales | 4-4-18 | | |

| Quantity | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | DRY OFF EXHAUST FAN | | |
| 1.00 | EA | 571000-2-INFB135S1 Funnel, In, 135BC, 16 GA, MS | 251.67 | 251.67 |
| 1.00 | EA | 571000-2-WHEEL Wheel, BC 135 Steel, Class 2, SW | 775.02 | 775.02 |
| 1.00 | EA | 571000-1-SFTSH4073 Shaft, 2-11/16 x 58-7/8 | 1,363.36 | 1,363.36 |
| 1.00 | EA | 571000-2-BRGSCM103 Bearing, P2BSCMAH103, 1-3/16 | 313.34 | 313.34 |
| 1.00 | EA | 571000-2-BRGSCH103E Bearing, P2BSCH103E, 1-3/16 | 313.34 | 313.34 |
| 1.00 | EA | 571000-2-73505452 Motor, 1/2 HP, 1800 RPM, TEFC, 3/60/230-460 | 630.01 | 630.01 |
| 2.00 | EA | 571000-2-AX32 Belt | 28.33 | 56.66 |
| | | . | | |
| | | CURE EXHAUST FAN | | |
| 1.00 | EA | 572941-1-INFB182S1 Funnel In, 182 BC, 16 Ga, MS | 238.34 | 238.34 |
| 1.00 | EA | 572941-1-WHEEL Wheel BC 182, Steel, Class 2, SW | 1,128.36 | 1,128.36 |
| 1.00 | EA | 572941-1-SFTSH2160 Shaft, 1-7/16 x 34-1/8 | 671.68 | 671.68 |
| 1.00 | EA | 572941-1-BRGSCM107 Bearing, P2BSCMAH107, 1-7/16 | 348.34 | 348.34 |
| 1.00 | EA | 572941-1-BRGSCH107E Bearing, P2BSCH107E, 1-7/16 | 348.34 | 348.34 |
| 1.00 | EA | 572941-1-M10023621AJ2120 Motor, 5 HP, 1800 RPM, TEFC, Prem Eff, 3/60/230-460 | 805.02 | 805.02 |
| 2.00 | EA | 572941-1-A37 Belt | 18.33 | 36.66 |
| | | . | | |
| | | IR OVEN AIR SEAL FAN | | |
| 1.00 | EA | 572997-1-INFB150S1 Funnel In, 150BC, 16 Ga, MS | 325.01 | 325.01 |
| 1.00 | EA | 572997-1-WHEEL Wheel BC 150, Steel, Class 2, SW | 861.68 | 861.68 |
| 1.00 | EA | 572997-1-SFTSH2157 Shaft, 1-3/16 x 27-1/4 | 723.35 | 723.35 |
| 1.00 | EA | 572997-1-BRGSCM103 Bearing, P2BSCMAH103, 1-3/16 | 220.00 | 220.00 |
| 1.00 | EA | 572997-1-BRGSCH103E Bearing, P2BSCH103E, 1-3/16 | 220.00 | 220.00 |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| **TOTAL** | | **Continued** |

# IIIPNEU-MECH
## SYSTEMS MFG. LLC

*February 5, 2018*          **Spare Parts**

| Quantity | Unit | Description | Unit Price | Amount |
|---:|---|---|---:|---:|
| 1.00 | EA | 572997-1-M10033621AJ2100 Motor, 5 HP, 3600 RPM, TEFC, Prem Eff, 3/60/230-460 | 890.02 | 890.02 |
| 1.00 | EA | 572997-1-A36 Belt | 18.33 | 18.33 |
| | | DRY-OFF OVEN RECIRC FAN | | |
| 1.00 | EA | 571000-1-2759-10E Inlet Cone, 35/900 STL, 12 GA, w/ High Temp Aluminum Paint | 1,303.36 | 1,303.36 |
| 1.00 | EA | 571000-1-WHEEL Wheel BFPL 351, Steel, Class 3, SW, w/ High Temp Aluminum Paint | 4,243.42 | 4,243.42 |
| 1.00 | EA | 571000-1-SFTSH4073 Shaft, 2-11/16 x 58-7/8 | 1,363.36 | 1,363.36 |
| 1.00 | EA | 571000-1-BRGIP211L Bearing, P2BIP211L 2-11/16 | 1,461.70 | 1,461.70 |
| 1.00 | EA | 571000-1-BRGIP211LE Bearing, P2BIP211LE 2-11/16 | 1,461.70 | 1,461.70 |
| 1.00 | EA | 571000-1-M14023617AU2100 Motor, 20 HP, 1800 RPM, TEFC, Prem Eff, 3/60/230-460 | 2,236.71 | 2,236.71 |
| 3.00 | EA | 571000-1-BX53 Belt | 58.33 | 174.99 |
| | | CURE OVEN RECIRC FAN | | |
| 1.00 | EA | 571000-4-2759-10E Inlet Cone, 35/900 Steel, 12 Ga, w/ High Temp Aluminum Paint | 1,303.36 | 1,303.36 |
| 1.00 | EA | 571000-4-Wheel BFPL 351, Steel, Class 3, SW, w/ High Temp Aluminum Paint | 4,243.42 | 4,243.42 |
| 1.00 | EA | 571000-4-SFTSH4073 Shaft, 2-11/16 x 58-7/8 | 1,363.36 | 1,363.36 |
| 1.00 | EA | 571000-4-BRGIP211L Bearing, P2BIP211L, 2-11/16 | 1,461.70 | 1,461.70 |
| 1.00 | EA | 571000-4-BRGIP211LE Bearing, P2BIP211LE, 2-11/16 | 1,461.70 | 1,461.70 |
| 1.00 | EA | 571000-4-M14023617AU2100 Motor, 20 HP, 1800 RPM, TEFC, Prem Eff, 3/60/230-460 | 2,236.71 | 2,236.71 |

| | |
|---|---:|
| Subtotal | Continued |
| Sales Tax | Continued |
| **TOTAL** | **Continued** |

3

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 54 of 71



PNEU-MECH
SYSTEMS MFG. LLC

*February 5, 2018*                                    **Spare Parts**

| Quantity | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3.00 | EA | 571000-4-BX53 Belt | 58.33 | 174.99 |
| | | | | |
| | | HEAT EVAC. EXHAUST FAN | | |
| 1.00 | EA | 571000-6-36B206 Backswept Propeller, 36" OD, w/ Taperlock Bushing | 1,923.37 | 1,923.37 |
| 1.00 | EA | 571000-6-40110401 Shaft, 1-3/16 x 23 | 556.68 | 556.68 |
| 2.00 | EA | 571000-6-92418310 Bearing, PB 1-3/16 SDB | 220.00 | 440.00 |
| 1.00 | EA | 571000-6-73508052 Motor, 7-1/2 HP, 1750 RPM, TEFC, Prem Eff, 3/60/230-460 | 1,136.69 | 1,136.69 |
| 2.00 | EA | 571000-6-A72 Belt | 28.33 | 56.66 |
| | | | | |
| | | HEAT EVAC. SUPPLY FAN | | |
| 1.00 | EA | 571000-7-36B206 Backswept Propeller, 36" OD, w/ Taperlock Bushing | 1,923.37 | 1,923.37 |
| 1.00 | EA | 571000-7-40110401 Shaft, 1-3/16 x 23 | 556.68 | 556.68 |
| 2.00 | EA | 571000-7-92418310 Bearing, PB 1-3/16 SDB | 220.00 | 440.00 |
| 1.00 | EA | 571000-7-73508052 Motor, 7-1/2 HP, 1750 RPM, TEFC, Prem Eff, 3/60/230-460 | 1,136.69 | 1,136.69 |
| 2.00 | EA | 571000-7-A72 Belt | 28.33 | 56.66 |
| | | | | |
| | | AIR SEAL | | |
| 1.00 | EA | 571000-3-2759-03E Inlet Cone, 16/400 Steel, 16 Ga, w/ High Temp Aluminum Paint | 458.34 | 458.34 |
| 1.00 | EA | 571000-3-WHEEL Wheel BFPL 161, Steel, Class 2, w/ High Temp Aluminum Paint | 1,461.70 | 1,461.70 |
| 1.00 | EA | 571000-3-SFTSH5086 Shaft, 1-11/16 x 33-1/8 | 585.01 | 585.01 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| **TOTAL** | **Continued** |

4

# IIIPNEU-MECH
## SYSTEMS MFG. LLC

*February 5, 2018*                                                       *Spare Parts*

| Quantity | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | EA | 571000-3-BRGSCM111 Bearing, P2BSCMAH111, 1-11/16 | 380.01 | 380.01 |
| 1.00 | EA | 571000-3-BRGSCH111E Bearing, P2BSCH111E, 1-11/6 | 380.01 | 380.01 |
| 1.00 | EA | 571000-3-M10023621AJ2100 Motor, 5 HP, 1800 RPM, TEFC, Prem Eff, 3/60/230-460 | 805.02 | 805.02 |
| 2.00 | EA | 571000-3-AX43 Belt | 36.67 | 73.34 |
| | | WASHER EXHAUST FAN | | |
| 1.00 | EA | 569665-1-14416-9SS2 Wheel, TCVS, 9" Hub, 304L Stainless Steel | 3,000.06 | 3,000.06 |
| 1.00 | EA | 569665-1-SFTSH3205 Shaft, 1 x 20, Steel Step, 304 Stainless Steel | 1,871.70 | 1,871.70 |
| 2.00 | EA | 569665-1-BRGFBSC100 Bearing, F4BSCAH100, 1 | 200.00 | 400.00 |
| 1.00 | EA | 569665-1-M09023621AG2100 Motor, 3 HP, 1800 RPM, TEFC, Prem Eff, 3/60/230-460 | 705.01 | 705.01 |
| 2.00 | EA | 569665-1-A46 Belt | 23.33 | 46.66 |
| | | CIRCULATION EQUIPMENT DATA | | |
| 2.00 | EA | B702WRA00A Riser Assembly | 460.89 | 921.78 |
| 2.00 | EA | B702WRA00B Riser Assembly | 417.09 | 834.18 |
| 1.00 | EA | B702WRA00C Riser Assembly | 244.04 | 244.04 |
| 1.00 | EA | B702WRA00D Riser Assembly | 397.49 | 397.49 |
| 1.00 | EA | B702WRA00E Riser Assembly | 397.49 | 397.49 |
| 1 | EA | QR125MINI Short-Block Riser Support | 6.73 | 67.30 |
| 1 | EA | 46500A-1-1/4-PPQPTA6540 Promax Clip Eyelet and Quickjet Tip (Yellow) | 21.63 | 216.30 |
| 2.00 | EA | 46500A-1-1/4-PPCK5 Promax Clip Eyelet and Quickjet Tip (Grey) | 20.32 | 40.64 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| **TOTAL** | **Continued** |

Case 5:23-cv-00059-KDB-DCK   Document 1-6   Filed 05/10/23   Page 56 of 71



| Quantity | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| 6.00 | EA | 46500A-1-1/4-PPQPHA-1.5 Promax Clip Eyelet and Quickjet Tip (White) | 31.70 | 190.20 |
| 1 | EA | QPTA6540 Promax Quickjet Tip (Yellow) | 12.33 | 123.30 |
| 2.00 | EA | CK5 Clip-Eyelet Sub Assembly | 10.93 | 21.86 |
| 6.00 | EA | QPHA-1.5 Promax Quickjet Tip (White) | 21.90 | 131.40 |
| 1.00 | EA | LPWD-NW6030-36 Natural White LED Light, 1' X 2', White Trim | 133.27 | 133.27 |
| 1.00 | EA | 00718ET3E213TCW22 Motor, Pump, 7.5 HP, 1750 RPM, 3/60/230-460 | 1,286.69 | 1,286.69 |
| 1.00 | EA | 01018ET3E215TCW22 Motor, Pump, 10 HP, 1750 RPM, 3/60/230-460 | 1,491.70 | 1,491.70 |
| 1.00 | EA | 01518ET3E254TCW22 Motor, Pump, 15 HP, 1750 RPM, 3/60/230-460 | 2,161.71 | 2,161.71 |
| | | WASHER CONTROL DATA | | |
| 1.00 | EA | PFQ802 Gauge, Winters, 0-30 psi, Stainless Steel, Liquid Filled, 2-1/2" face, 1/4" LM | 22.33 | 22.33 |
| 2.00 | EA | 179817 Coil for Burkert 280409 Valve | 56.00 | 112.00 |
| 2.00 | EA | 163485 1" Valve Repair Kit for Burkert 280409 Valve | 160.50 | 321.00 |
| 2.00 | EA | 280409 1" Solenoid Valve, 1" NPT, Stainless Steel | 625.01 | 1,250.02 |
| 2.00 | EA | SV7614 Flow sensors | 393.34 | 786.68 |
| 1.00 | EA | LK7023 Level Sensor | 641.35 | 641.35 |
| 1.00 | EA | E43101 Climate Tube | 61.67 | 61.67 |
| 1.00 | EA | E43015 Mounting Adapter, 1 NPT | 95.00 | 95.00 |
| 1.00 | EA | KI5082 Capacitive sensors | 184.17 | 184.17 |
| 2.00 | EA | EVC005 4-Wire Right Angle Micro DC Connector | 12.50 | 25.00 |
| 1.00 | EA | U10003 Mounting Adapter, 1-1/4 NPT | 80.00 | 80.00 |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| **TOTAL** | | **Continued** |

# IIIPNEU-MECH
## SYSTEMS MFG. LLC

*February 5, 2018*                                    **Spare Parts**

| Quantity | Unit | Description | Unit Price | Amount |
|---:|---|---|---:|---:|
| | | BURNER DATA | | |
| 4.00 | EA | 47232 Spark Ignitor, 5.875" w/o tip | 59.33 | 237.32 |
| 4.00 | EA | 33630 425, 435, EB4 - EB5 Linkage Maintenance Kit | 288.34 | 1,153.36 |
| 1 | EA | 28045 10x12.25x2 FILTER FOR 407M, 408M, 412M, 413M, 422M, 425, AND 435 OVERPAK BURNER | 36.27 | 580.32 |
| 4.00 | EA | DC120L-1-0-0-0-1-0-0-0 UDC 1200 LIMIT CONTROLLER | 317.52 | 1,270.08 |
| 4.00 | EA | M7284A1012/U MOD MOTOR 4 to 20 MA 160 DEG STROKE | 590.85 | 2,363.40 |
| 4.00 | EA | 801111301 JD-2 AIR FLOW SWITCH (BLUE) | 77.37 | 309.48 |
| 4.00 | EA | 808000303 MOUNTING BRACKET FOR JD-2 | 9.98 | 39.92 |
| 1.00 | EA | 22337A Oven thermocouple, 12" immersion, Standard temp head | 140.84 | 140.84 |
| 1.00 | EA | 22337B Oven thermocouple, 12" immersion, High temp head | 159.17 | 159.17 |
| 2.00 | EA | 1J1BKU7.5SPZZZL THERMOCOUPLE (7 1/2" IMMERSION LENGTH) | 126.67 | 253.34 |
| | | | | |
| | | POWER & FREE CONVEYOR | | |
| 1 | EA | P70455 Trolley, Stop-N-Flow 3" Rear | 166.67 | 1,666.70 |
| 5.00 | EA | P70454 Trolley, Stop-N-Flow 3" Front w/ 1/2" B SWG FC Wheel | 166.67 | 833.35 |
| 2.00 | EA | P19013 Bearing, Pillow Block, 1-7/16" | 93.34 | 186.68 |
| 1.00 | EA | P20015WS Chain-Caterpillar, Unibilt, 7'-4" Long, 11 CAT Dogs per Chain | 666.68 | 666.68 |
| 1.00 | EA | P115052 Drive Back-Up Bar, ASM, Fixed | 133.34 | 133.34 |
| 1.00 | EA | P115030 Drive Track-Bar | 46.67 | 46.67 |
| 1.00 | EA | P750N17B Motor Gear, Unibilt, 750 Lbs, 185:1:1 Ratio, 5 HP, 1-7/16 Shaft Dia, Constant Torque, 17 FPM, w/ Brake | 2,400.05 | 2,400.05 |
| 1.00 | EA | P750N60B Motor Gear, Unibilt, 750 Lbs, 51:71:1 Ratio, 1 HP, | 2,480.05 | 2,480.05 |

| | |
|---|---:|
| Subtotal | Continued |
| Sales Tax | Continued |
| **TOTAL** | **Continued** |

7



**Spare Parts**

| Quantity | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | 1-7/16 Shaft Dia, Constant Torque, 60 FPM, w/ Brake | | |
| 1.00 | EA | P115010 Sprocket, Drive, 11 Teeth, 1-7/16 Shaft | 400.01 | 400.01 |
| 1.00 | EA | P115054 Sprocket, Take-Up, 11 Teeth, 1-7/16 Shaft | 400.01 | 400.01 |
| 1.00 | EA | P115041 Switch, Proximity | 400.01 | 400.01 |
| 1.00 | EA | P62109 Cylinder, Air, 3-1/4 Bore, 36" Stroke | 1,413.06 | 1,413.06 |
| 1.00 | EA | P306156 Cylinder, Air, 3-1/4 Bore, 39" Stroke | 1,479.81 | 1,479.81 |
| 1.00 | EA | P20145 Trolley, Wheel, 3", 5" Bore | 30.97 | 30.97 |
| 5.00 | EA | P9696 Bumper, Urethane, w/ Carriage Bolt | 10.47 | 52.35 |
| 5.00 | EA | P20751 Blade, Anti-Backup, RH, OH, 3" UNI | 1,100.02 | 5,500.10 |
| 1.00 | EA | P21315 Stop, Blade, OH, 3" UNI, RH, SNF | 269.34 | 269.34 |
| 1.00 | EA | P27997 Cylinder, Air, 1-18" Bore, 2" Stroke | 708.68 | 708.68 |
| 1.00 | EA | P267619 Valve, Air, Single Solenoid | 63.77 | 63.77 |
| 2.00 | EA | P27982 Cylinder, Air, 1-18" Bore, 2" Stroke | 63.77 | 127.54 |
| 2.00 | EA | P267619 Valve, Air, Single Solenoid | 63.77 | 127.54 |
| 2.00 | EA | P27987WS Cylinder, Air, 1-18" Bore, 2" Stroke, w/ Double Solenoid | 640.01 | 1,280.02 |
| 1.00 | EA | P20517 Switch, Tongue, Pivot Bolt, w/ GRS FTG | 60.07 | 60.07 |
| 1.00 | EA | P21179 Switch, RH, Tongue, ASM | 465.01 | 465.01 |
| 1.00 | EA | P27982 Cylinder, Air, 1-18" Bore, 2" Stroke | 63.77 | 63.77 |
| 1.00 | EA | P267620 Valve, Air, Double Solenoid | 92.79 | 92.79 |
| 1.00 | EA | P21178 Switch, LH, Tongue, ASM | 465.01 | 465.01 |
| 1.00 | EA | P27988WS Cylinder, Air, 1-18" Bore, 2" Stroke | 533.34 | 533.34 |
| 5.00 | EA | F27810 Pusher, S-N-F, ASM | 85.34 | 426.70 |
| | | | | |
| | | IR BOOSTER OVEN | | |
| 2.00 | EA | 030170 Relay, 4 Pole, 24 VDC | 65.00 | 130.00 |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| **TOTAL** | | **Continued** |

# IIIPNEU-MECH
## SYSTEMS MFG. LLC

*Spare Parts*

| Quantity | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| 2.00 | EA | 007607 Fuse, 4 Amp, 600 Volts | 43.33 | 86.66 |
| 2.00 | EA | E-143 Fuse, 1 Amp, 600 Volts, Class CC | 39.58 | 79.16 |
| 1.00 | EA | E-120 Fuse, 10 Amp | 30.83 | 30.83 |
| 1.00 | EA | 051819 Fuse, 15 Amp, 600 Volts, Class CC, FNQR 15 | 37.92 | 37.92 |
| 6.00 | EA | 048393 Fuse, 60 Amp, 600 Volt, Cube | 136.25 | 817.50 |
| 1.00 | EA | 001609 Photo Eye, Reflector, 3-5/16 | 67.92 | 67.92 |
| 1.00 | EA | 051967 Photo Eye, Retroref, Mini Beam | 739.18 | 739.18 |
| 1.00 | EA | 058612 PLC, Micrologix, 4 PT Analog Out | 1,248.36 | 1,248.36 |
| 1.00 | EA | E-2027 Switch, Proximity | 176.25 | 176.25 |
| 3.00 | EA | 002983 Power Controller, SCR, 70 Amp | 650.85 | 1,952.55 |
| 2.00 | EA | 003346 Power Controller, Firing Circuit | 609.18 | 1,218.36 |
| 1.00 | BOX | 39312 Lamp, IR, 3800 Watts, 570 Volts (Sold in Box of 6) | 857.52 | 857.52 |
|  |  | AIR FORCE 1 |  |  |
| 2.00 | EA | AF1-MVP95 Final filter, size 24x24x12" | 200.00 | 400.00 |
| 1.00 | BOX | AF1-MP30 Pre Filter, Size 24x24x2" (Sold By Case Of 12 Each) | 208.34 | 208.34 |
| 4.00 | EA | AF1-WC-4 Wall Clamp 1" | 19.17 | 76.68 |
| 18. | EA | AF1-CC-4 Crossover Clamp 1" | 29.17 | 525.06 |
| 1.00 | BOX | AF1-FLEX-4 Flex Hose, 4", (Sold By Box Of 25') | 353.34 | 353.34 |
| 1.00 | BOX | AF1-HAS-64 4" Gear Clamps (Sold By Box Of 10 Each) | 36.67 | 36.67 |
| 2.00 | BOX | AF1-FLEX-6 Flex Hose, 6", (Sold By Box Of 25') | 380.01 | 760.02 |
| 1.00 | BOX | AF1-HAS-96 6" Gear Clamps (Sold By Box Of 10 Each) | 36.67 | 36.67 |
| 2.00 | EA | AF1-BIP20-CW Replacement Blower Wheel, Aluminum, 19-1/8 x 4-9/16 x 1-5/8, CW | 1,816.70 | 3,633.40 |
| 1.00 | EA | AF1-20EQP2X43600 Replacement Blower Motor, 20 HP, Prem Eff, 3/60/230-460 | 2,133.38 | 2,133.38 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| **TOTAL** | **Continued** |



**PNEU-MECH**
SYSTEMS MFG. LLC

*February 5, 2018*                                                          *Spare Parts*

| Quantity | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| 2.00 | EA | AF1-AC125-4 Air Nozzle, 4", Anodized | 408.34 | 816.68 |
| | | | | |
| | | FILTERS | | |
| 4 | EA | 054202001 Panel Filter, 20" x 20", 3/67 (24 per Box) | 5.10 | 244.80 |
| 19 | EA | 231 2020 02 LA EAV1 Tripleat HT60 Filter, Merv 12, AF-11, Unbacked, Aluminum Frame, Gasket, (1) Vertical Side Rated @ 500 Deg. F, 20" x 20" x 2" | 39.33 | 7,551.36 |
| | | | | |
| | | WASTE WATER | | |
| 1.00 | EA | 21702-CP Centrifugal Pump | 2,000.04 | 2,000.04 |
| 1.00 | EA | 21702-0.5-KIT 1/2" Air Pump Rebuild Kit | 233.34 | 233.34 |
| 1.00 | EA | 21702-0.5-AP 1/2" Air Pump, Complete | 666.68 | 666.68 |
| 1.00 | EA | 21702-1.0-KIT 1" Air Pump Rebuild Kit | 316.67 | 316.67 |
| 1.00 | EA | 21702-1.0-AP 1" Air Pump, Complete | 1,416.70 | 1,416.70 |
| 1.00 | EA | 21702-1.5-KIT 1-1/2" Air Pump Rebuild Kit | 541.68 | 541.68 |
| 1.00 | EA | 21702-1.5-AP 1-1/2" Air Pump, Complete | 3,000.06 | 3,000.06 |
| 1.00 | EA | 21702-T-MIX Treatment Mixer | 3,500.07 | 3,500.07 |
| 1.00 | EA | 21702-F-MIX Floc Mixer | 2,916.73 | 2,916.73 |
| 1.00 | EA | PH200 pH Sensor | 750.02 | 750.02 |
| 1.00 | EA | 21702-PH-METER pH Meter | 1,083.36 | 1,083.36 |
| 1.00 | EA | 21702-FILTER Filter Cloths -630mm Press | 108.34 | 108.34 |
| 1.00 | LF | 21702-GASKET Gasket | 3.33 | 3.33 |
| 1.00 | EA | 21702-VALVE 1/2" Chemical Feed Valve | 129.17 | 129.17 |

| | | |
|---|---|---|
| Subtotal | | 135,826.69 |
| Sales Tax | | |
| **TOTAL** | | **135,826.69** |

**10**

**CROWN** **MP** **CROWN**

| ID | Task Name | Duration | Start | Finish |
|----|-----------|----------|-------|--------|
| 1 | PURCHASE ORDER | 1 day | Fri 2/23/18 | Fri 2/23/18 |
| 2 | TRANMSMITALL SALES TO DRAFTING AND DESIGN | 2 days | Mon 3/5/18 | Tue 3/6/18 |
| 3 | GENERAL ARRAGMENT DRAWING AND ELAVATION PELIMINARY DESIGNS | 40 days | Mon 3/12/18 | Fri 5/4/18 |
| 4 | SITE VISIT AND BASIC LAYOUT REVIEW WITH CUSTOMER | 3 days | Tue 5/8/18 | Thu 5/10/18 |
| 5 | FINAL LAYOUT AND DESIGN DRAWINGS CUSTOMER APPROVALS | 16 days | Fri 5/11/18 | Fri 6/1/18 |
| 6 | PURCHASING RAW MATERIALS AND BUY-OUTS | 15 days | Fri 6/1/18 | Thu 6/21/18 |
| 7 | MANUFACTURING DRAWINGS | 35 days | Mon 6/4/18 | Fri 7/20/18 |
| 8 | MANUFACTURING | 51 days | Mon 7/23/18 | Mon 10/1/18 |
| 9 | SHIPPING OF EQUIPMENT | 26 days | Mon 10/1/18 | Mon 11/5/18 |
| 10 | INSTALLATION | 125 days | Mon 10/15/18 | Fri 4/5/19 |
| 11 | STAR-UP DEBUG | 16 days | Fri 4/5/19 | Fri 4/26/19 |
| 12 | PRODUCT TRIALS | 19 days | Mon 4/22/19 | Thu 5/16/19 |
| 13 | PRODUCTION | 5 days | Fri 5/17/19 | Thu 5/23/19 |

Project: CROWN LIFTS PROJECT -2
Date: Mon 2/5/18

Task
Split
Progress
Milestone
Summary
Project Summary
External Tasks
External Milestone
Deadline

Page 1





# IIIPNEU-MECH
## SYSTEMS MFG. LLC

# *Major Component Replacement Interval and Cost Information*

February 5, 2018

For:

Mr. Tony Sielschott and Mr. Michael Gehle



Equipment

New Bremen, Ohio

201 PNEU-MECH DRIVE ● STATESVILLE, NORTH CAROLINA 28625● PHONE 704-873-2475 ● FAX 704-871-2780
E-Mail: www.info@pneu-mech.com Web Page: www.pneu-mech.com
A Division of Brawtus Holding Co. Inc.



**MAJOR COMPONENT REPLACEMENT INTERVAL.**

Cost listed on attached spare parts list.

1. Washer Pumps – 15 years
2. PLC – 15 years
3. Conveyor drives – 15 years
4. Conveyor chain – 10-15 years, based wear and lubrication
5. Burners – 20 yeas
6. Burner Tube – 15 years
7. Oven Burner Boxes – 20 years

# PRELIMINARY

## Gas and Electrical Cost of Operations Estimates – Crown Equipment, New Bremen Ohio 2.5.18 Power & Free

### Gas Cost

| | |
|---|---|
| Washer Total BTU's | 7.5 |
| Dryoff Oven Total BTU's | 19.6 |
| Cure Oven Total BTU's | 23.2 |

**Total BTUs** 50.3 MBTU

| | |
|---|---|
| Cost Per Therm | $0.50 |
| Hours of Operation | 8 |
| Natural Gas Cost per shift | $955.70 |

| | |
|---|---|
| | $251.50 1st hour of operation |
| | $704.20 Additional hours of operation |
| **$955.70** | Cost of operation per shift |

### Electrical Cost

*assumed 480V*

**Cost per KWH** $0.070

| Motors | Horse Power |
|---|---|
| Washer Total | 210 |
| Blast Room | 60 |
| Dryoff | 484 |
| Blow-Off #1 & #2 | 40 |
| Cure Oven | 528 |
| RO System | 15 |
| Conveyor | 58.5 |
| Tunnels | 80 |
| HDT #1 & #2 | 120 |
| Blast Equipment | |
| Gel Oven | 5 |
| HVAC for E-Room | 705 |
| **Total HP** | **2305.5** |

| | |
|---|---|
| Cost per hr1 | $163.46 |
| Cost per additional hours | $572.13 |
| **Total Electrical Cost per shift** | **$735.59** |

**Total Cost of operation per shift** $1,691.29