# EXHIBIT 7

# CROWN

44 South Washington St
New Bremen, Ohio 45869 USA
Phone: 419/629-2220 or 419/629-2311
Fax: 419/629-3412, 419/629-6304
crown.com

# Purchase Order #A408898

| | | | |
|---|---|---|---|
| Date | 01/04/2019 | | |
| **Supplier Number:** | 032888 | | |
| **Supplier Name:** | Pneu Mech Systems Mfg LLC | Supplier Type: | ○ One-Time  ● Recurring |
| Address: | 201 Pneu Mech Dr | Contact Name: | Scott Johnson |
| Address: | | OverRide Contact Name: | ○ Yes ● No |
| City: | Statesville | | |
| State: NC | Zip: 28625　Country: United States of America | Phone: | 828-615-1500 |
| | | Fax: | 828-615-3115 |
| | | OverRide Phone/Fax #: | ○ Yes ● No |
| Web Site: | | Email Address: | jboggs@pneu-mech.com |

| Terms | | F.O.B. | |
|---|---|---|---|
| $375,000 Down Payment  $375,000 30 days after receipt of PO  $375,000 60 days after receipt of PO  $375,000 90 days after receipt of PO | | Origin | |
| **Account No.**  15900001 | Project #  18NP01 | **Dept.**  026 | **Employee Number**  023078 |
| | Capital Expenditure # | | |
| Work Order Number: | | | |

Additional Notes:

Currency Rate: USD

| Line No | Qty | UOM | Description | Due Date | Unit Price | Extended Unit Price | Taxable |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ea | F1721 Paint Engineering Package | 09/10/2018 | 1,500,000.0000 | 1,500,000.00 | Unknown |
| | | | | | Grand Total: | 1,500,000.00 | |

Attachments:
**File Attachment Name: 18038E.1 Crown Equipment Proposal.pdf**

18038E.1 Crown Equipment Proposal.pdf

| **For Delivery to Plant:** | Plant 4 East Docks, 510 West Monroe Street, New Bremen, OH 45869  Dock: | 4A; 4B; 4C |
|---|---|---|

| Special Delivery Notes: | | | |
|---|---|---|---|
| **Delivery Attention** | Tony Sielschott | | |
| | Ship Via: | | Alternate Shipping Method |
| | | | |
| **Buyer** | Pete Pape/Purchasing/NBO | Ext: 2736 | |

*Crown Standard Terms and Conditions (Ref. OF 12672 Rev.3/14) at the time of this order shall apply*