# EXHIBIT 8

|  |  | PNEU-MECH SYSTEMS MFG INC<br>201 Pneu-Mech Dr<br>Statesville, NC 28625 | **INVOICE**<br>Invoice Number: I-14909<br>Invoice Date: Oct 11, 2018<br>Page: 1 |

Voice: (704) 873-2475
Fax:   (704) 871-2780

| Bill To: | Ship to: |
|---|---|
| CROWN EQUIPMENT<br>NEW BREMEN, OH 45869<br>USA | CROWN EQUIPMENT<br>PLANT 4 EAST DOCKS<br>510 WEST MONROE STREET<br>NEW BREMEN, OH 45869<br>USA |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 0926 | A408898 | AS AGREED - NET |
| **Sales Rep ID** | **Job Number** | **Ship Date** | **Due Date** |
| GRAVES | 21842 |  | 10/11/18 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 0.25 |  | F1721 PLANT ENGINEERING PACKAGE | 1,500,000.00 | 375,000.00 |
|  |  | **PAYMENT TERMS: AS AGREED AND OUTLINED BELOW |  |  |
|  |  | 2) $375,000 30 DAYS AFTER RECEIPT OF PO |  |  |
|  |  | 3) $375,000 60 DAYS AFTER RECEIPT OF PO |  |  |
|  |  | 4) $375,000 90 DAYS AFTER RECEIPT OF PO |  |  |

*FOR PAYMENTS MADE VIA WIRE OR ACH: PLEASE EMAIL JBOGGS@PNEU-MECH.COM FOR UPDATED WIRING INSTRUCTIONS AND NEW ACCOUNT INFORMATION.*

| | |
|---|---|
| Subtotal | 375,000.00 |
| Sales Tax |  |
| Freight |  |
| Total Invoice Amount | 375,000.00 |
| Payment/Credit Applied |  |
| TOTAL | 375,000.00 |