# EXHIBIT 9

**PNEU-MECH SYSTEMS MFG INC**
201 Pneu-Mech Dr
Statesville, NC 28625

**INVOICE**

Invoice Number: I-14941
Invoice Date: Nov 14, 2018
Page: 1

Voice: (704) 873-2475
Fax: (704) 871-2780

| Bill To: | Ship to: |
|---|---|
| CROWN EQUIPMENT<br>NEW BREMEN, OH 45869<br>USA | CROWN EQUIPMENT<br>PLAN 4 EAST DOCKS<br>510 WEST MONROE STREET<br>NEW BREMEN, OH 45869<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 0926 | A408898 | AS AGREED - NET 30 | |
| **Sales Rep ID** | **Job Number** | **Ship Date** | **Due Date** |
| GRAVES | 21842 | | 11/14/18 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 0.25 | | F1721 PLANT ENGINEERING PACKAGE<br><br>**PAYMENT TERMS:AS AGREED AND OUTLINED BELOW<br>1)$375,000 DOWN PAYMENT<br>2)$375,000 30 DAYS AFTER RECEIPT OF PO<br>3)$375,000 60 DAYS AFTER RECEIPT OF PO<br>4)$375,000 90 DAYS AFTER RECEIPT OF PO | 1,500,000.00 | 375,000.00 |

| | |
|---|---|
| Subtotal | 375,000.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 375,000.00 |
| Payment/Credit Applied | |
| **TOTAL** | **375,000.00** |

Check/Credit Memo No: