# EXHIBIT 10

|  | PNEU-MECH SYSTEMS MFG INC | INVOICE |  |
|---|---|---|---|
|  | 201 Pneu-Mech Dr | Invoice Number: | I-14993 |
|  | Statesville, NC 28625 | Invoice Date: | Dec 28, 2018 |
|  |  | Page: | 1 |

Voice: (704) 873-2475
Fax: (704) 871-2780

| Bill To: | Ship to: |
|---|---|
| CROWN EQUIPMENT<br>NEW BREMEN, OH 45869<br>USA | CROWN EQUIPMENT<br>PLAN 4 EAST DOCKS<br>510 WEST MONROE STREET<br>NEW BREMEN, OH 45869<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 0926 | A408898 | AS AGREED - NET 30 | |
| **Sales Rep ID** | **Job Number** | **Ship Date** | **Due Date** |
| GRAVES | 21842 |  | 12/28/18 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 0.25 |  | F1721 PLANT ENGINEERING PACKAGE | 1,500,000.00 | 375,000.00 |
|  |  | **PAYMENT TERMS:AS AGREED AND OUTLINED BELOW |  |  |
|  |  | 1)$375,000 DOWN PAYMENT |  |  |
|  |  | 2)$375,000 30 DAYS AFTER RECEIPT OF PO |  |  |
|  |  | 3)$375,000 60 DAYS AFTER RECEIPT OF PO |  |  |
|  |  | 4)$375,000 90 DAYS AFTER RECEIPT OF PO |  |  |

| | | |
|---|---|---|
| Check/Credit Memo No: | Subtotal | 375,000.00 |
| | Sales Tax | |
| | Freight | |
| | Total Invoice Amount | 375,000.00 |
| | Payment/Credit Applied | |
| | **TOTAL** | **375,000.00** |