# EXHIBIT 11



# INVOICE

Invoice Number: I-15080  
Invoice Date: Feb 13, 2019  
Page: 1

Voice: (704) 873-2475  
Fax: (704) 871-2780

| Bill To: | Ship to: |
|---|---|
| CROWN EQUIPMENT<br>NEW BREMEN, OH 45869<br>USA | CROWN EQUIPMENT<br>PLAN 4 EAST DOCKS<br>510 WEST MONROE STREET<br>NEW BREMEN, OH 45869<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 0926 | A408898 | AS AGREED - NET 30 | |
| Sales Rep ID | Job Number | Ship Date | Due Date |
| GRAVES | 21842 | | 3/15/19 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 0.25 | | F1721 PLANT ENGINEERING PACKAGE<br><br>**PAYMENT TERMS: AS AGREED AND OUTLINED BELOW<br>1) $375,000 DOWN PAYMENT<br>2) $375,000 30 DAYS AFTER RECEIPT OF PO<br>3) $375,000 60 DAYS AFTER RECEIPT OF PO | 1,500,000.00 | 375,000.00 |

*FOR PAYMENTS MADE VIA WIRE OR ACH: PLEASE EMAIL JBOGGS@PNEU-MECH.COM FOR UPDATED WIRING INSTRUCTIONS AND NEW ACCOUNT INFORMATION.*

| | |
|---|---|
| Subtotal | 375,000.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 375,000.00 |
| Payment/Credit Applied | |
| TOTAL | 375,000.00 |