# EXHIBIT 13

**CROWN**

New Bremen, Ohio 45869 USA
Phone: 419/629-2220 or 419/629-2311
Fax: 419/629-3412, 419/629-6304
crown.com
email invoice to CrownAP@crown.com

# Purchase Order　　#A412353

Location: NBO
Date　　　　02/12/2021

| | | | |
|---|---|---|---|
| **Supplier Number:** | 032888 | | |
| **Supplier Name:** | Pneu Mech Systems Mfg LLC | **Supplier Type:** | ○ One-Time  ● Recurring |
| **Address:** | 201 Pneu Mech Dr | **Contact Name:** | Scott Johnson |
| **Address:** | | **OverRide Contact Name:** | ○ Yes ● No |
| **City:** | Statesville | | |
| **State:** NC | **Zip:** 28625 | **Country:** United States of America | **Phone:** 828-615-1500  **Fax:** 828-615-3115 |
| | | **OverRide Phone/Fax #:** | ○ Yes ● No |
| **Terms of Delivery:** | FCA | | |
| | | **Email Address:** | jboggs@pneu-mech.com |
| **Web Site:** | | | |

| Terms | F.O.B. |
|---|---|
| $817,500 per month payment beginning April 2019, and ending June 2020. (15 total payments)  10% Net 30 after installation, testing and completion of project | DDP, New Bremen, OH |

| Account No. | Project # | Dept. | Employee Number |
|---|---|---|---|
| 15900001 | F1721 | 026 | 025439 |
| | Capital Expenditure #  18NP02 | | |
| **Work Order Number:** | | | |

**Purchase Order processed on invoice(s):**

I-15154 - 817500.00
I-15234 - 8175000.00
I-15267 - 817500.00
I-15309 - 8175000.00
I-15340 - 817500.00
I-15380 - 817500.00
I-15430 - 817500.00
I-15511 - 817500.00
I-15531 - 817500.00
I-15560 - 817500.00
I-15650 - 817500.00
I-15677 - 817500.00
I-15748 - 204375.00
I-15757 - 204375.00
I-15803 - 204375.00

```
I-15892 - 204375.00
I-15934 - 204375.00
I-15874 - 204375.00
I-15974 - 204375.00
I-15994 - 204375.00
I-16022 - 204375.00
I-16093 - 204375.00
I-6122 - 204375.00
I-16181 - 204375.00
```

Additional Notes: Not to be invoiced until after April 2019.
   Payment terms to be discussed and negotiated by Purchasing Dept.
   $1.5M Payment made to Pneu-Mech September 2018

Currency Rate: USD

| Line No | QTY | UOM | Description | Due Date | Unit Price | Extended Unit Price | Taxable | Qty Rec'd |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ea | Design, Equipment, System Integration, Installation and Freight for F1721 Paint System. | 04/30/2019 | 13,625,000.0000 | 13,625,000.00 | Unknown | |
| | | | | | Grand Total: | 13,625,000.00 | | |

Attachments:
File Attachment Name: 18038H Crown Equipment Proposal 1.14.19.pdf

18038H Crown Equipment Proposal 1.14.19.pdf

| For Delivery to Plant: | Plant 4 East Docks, 510 West Monroe Street, New Bremen, OH  45869 | |
|---|---|---|
| Special Delivery Notes: | | |
| | Plant 4E | |
| Additional Comments - Receiving: | | |
| Additional Comments - Accounting: | | |

| Delivery Attention | Tony Sielschott | | |
|---|---|---|---|
| Ship Via: Under 200# use UPS Acct. 483122 - Supplier is responsible for charges if UPS declared value option is selected. Over 200# - Eastern U.S. (East of I-35) contact Cheeseman Transport at 800-537-6695 or www.cheeseman.com. Over 200# - Western U.S. (West of I-35) contact CH Robinson-Sartell via Navisphere @ www.chrobinson.com or call 320-257-9051 | Alternate Shipping Method | | |

| Buyer | Pete Pape/Purchasing/NBO | Ext: 2736 | | |

**Crown Standard Terms and Conditions** (Ref. OF 12672 Rev.3/14) at the time of this order shall apply

```
03/04/2021 11:02 AM by Pam Chilcoat/Accounting/NBO
01/20/2021 10:02 AM by Pam Chilcoat/Accounting/NBO
12/23/2020 09:57 AM by Pam Chilcoat/Accounting/NBO
11/19/2020 08:38 AM by Pam Chilcoat/Accounting/NBO
10/27/2020 10:53 AM by Pam Chilcoat/Accounting/NBO
10/06/2020 10:33 AM by Pam Chilcoat/Accounting/NBO
10/06/2020 08:30 AM by Pam Chilcoat/Accounting/NBO
08/24/2020 09:43 AM by Pam Chilcoat/Accounting/NBO
07/28/2020 08:09 AM by Pam Chilcoat/Accounting/NBO
05/28/2020 12:48 PM by Pam Chilcoat/Accounting/NBO
05/12/2020 09:51 AM by Pam Chilcoat/Accounting/NBO
04/09/2020 02:18 PM by Pam Chilcoat/Accounting/NBO
02/27/2020 10:26 AM by Pam Chilcoat/Accounting/NBO
02/13/2020 01:41 PM by Pam Chilcoat/Accounting/NBO
02/13/2020 08:50 AM by Pam Chilcoat/Accounting/NBO
12/13/2019 07:31 AM by Pam Chilcoat/Accounting/NBO
10/24/2019 01:48 PM by Brittany Martin/Accounting/NBO
09/18/2019 02:04 PM by Brittany Martin/Accounting/NBO
08/20/2019 02:21 PM by Brittany Martin/Accounting/NBO
07/25/2019 10:02 AM by Brittany Martin/Accounting/NBO
06/17/2019 09:46 AM by Brittany Martin/Accounting/NBO
06/07/2019 09:27 AM by Brittany Martin/Accounting/NBO
05/16/2019 09:01 AM by Brittany Martin/Accounting/NBO
04/17/2019 09:02 AM by Brittany Martin/Accounting/NBO
01/22/2019 01:02 PM by Adrienne Siefring/Purchasing/NBO
01/22/2019 12:59 PM by Pete Pape/Purchasing/NBO
01/21/2019 02:55 PM by Dave Beddow/Manufacturing/NBO
01/21/2019 02:42 PM by Doug Martz/Manufacturing/NBO
01/21/2019 10:24 AM by Michael Gehle/Manufacturing/NBO
01/21/2019 10:03 AM by Michael Gehle/Manufacturing/NBO
01/21/2019 09:42 AM by Michael Gehle/Manufacturing/NBO
```