# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

CROWN EQUIPMENT CORPORATION

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:23-cv-00059 |
| ) | |
| DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, ) | |
| BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu- ) | |
| Mech Systems Manufacturing, Inc.), BRAWTUS, ) | |
| MANAGEMENT COMPANY, LLC, PNEU-MECH ) | |
| SYSTEMS MANUFACTURING, LLC ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
David Brady
496 Eufola Road
Statesville, North Carolina 28677

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Fred M. Wood, Jr., Esq.
Nelson Mullins Riley & Scarborough, LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. Johns* (signature)

Date _____ **5/11/2023** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 5:23-cv-00059

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____
**was received by me on** *(date)* _____.

☐    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

☐    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who
resides there, on** *(date)* _____, **and mailed a copy to the individual's last
known address; or**

☐    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

☐    **I returned the summons unexecuted because** _____; or

☐    **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of
$**_____ **.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                                                  **Server's signature**

                                                                                  _____
                                                                                  **Printed name and title**

                                                                                  _____
                                                                                      **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CROWN EQUIPMENT CORPORATION

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:23-cv-00059 |
| ) | |
| DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, ) | |
| BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu- ) | |
| Mech Systems Manufacturing, Inc.), BRAWTUS, ) | |
| MANAGEMENT COMPANY, LLC, PNEU-MECH ) | |
| SYSTEMS MANUFACTURING, LLC ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
William Tucker
211 Ashbrook Road
Statesville, North Carolina 28677

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Fred M. Wood, Jr., Esq.
Nelson Mullins Riley & Scarborough, LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



_Frank G. Johns_ (signature)    Date __5/11/2023__

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 5:23-cv-00059

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                    **Server's signature**

                                                                    _____
                                                                    **Printed name and title**

                                                                    _____
                                                                    **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CROWN EQUIPMENT CORPORATION

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:23-cv-00059 |
| ) | |
| DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, ) | |
| BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu- ) | |
| Mech Systems Manufacturing, Inc.), BRAWTUS, ) | |
| MANAGEMENT COMPANY, LLC, PNEU-MECH ) | |
| SYSTEMS MANUFACTURING, LLC ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Joseph Boggs
1566 Old Mountain Road
Statesville, North Carolina 28677

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred M. Wood, Jr., Esq.
Nelson Mullins Riley & Scarborough, LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_Frank G. John_ (signature)

Date  **5/11/2023**

Frank G. Johns, Clerk
United States District Court

(WDNC Rev. 01/17) Summons in a Civil Action

**Civil Action No.** 5:23-cv-00059

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❑     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                                              **Server's signature**

                                                            _____
                                                                              **Printed name and title**

                                                            _____
                                                                                 **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CROWN EQUIPMENT CORPORATION

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:23-cv-00059 |
| ) | |
| DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, ) | |
| BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu- ) | |
| Mech Systems Manufacturing, Inc.), BRAWTUS, ) | |
| MANAGEMENT COMPANY, LLC, PNEU-MECH ) | |
| SYSTEMS MANUFACTURING, LLC ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Brawtus Holding Company, Inc. (f/k/a Pneu-Mech Systems Manufacturing, Inc.)
    c/o David Frank Brady, Registered Agent
    201 United Drive
    Statesville, North Carolina 28625

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Fred M. Wood, Jr., Esq.
    Nelson Mullins Riley & Scarborough, LLP
    301 South College St., 23rd Floor
    Charlotte, North Carolina 28202

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date    **5/11/2023**

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 5:23-cv-00059

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**

**Date:** _____     _____
                                                                                                **Server's signature**

                                                                                                _____
                                                                                                **Printed name and title**

                                                                                                _____
                                                                                                **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CROWN EQUIPMENT CORPORATION

|  |  |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:23-cv-00059 |
| ) | |
| DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, ) | |
| BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu- ) | |
| Mech Systems Manufacturing, Inc.), BRAWTUS, ) | |
| MANAGEMENT COMPANY, LLC, PNEU-MECH ) | |
| SYSTEMS MANUFACTURING, LLC ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Brawtus, Management Company, LLC
c/o David Brady, Registered Agent
201 United Drive
Statesville, North Carolina 28625

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Fred M. Wood, Jr., Esq.
Nelson Mullins Riley & Scarborough, LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. Johns* (signature)

Date **5/11/2023**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 5:23-cv-00059

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____
**was received by me on** *(date)* _____.

☐     **I personally served the summons on the defendant at**
*(place)* _____
**on** *(date)* _____ ; or

☐     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

☐     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; or

☐     **I returned the summons unexecuted because** _____ ; or

☐     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $** _____.

**I declare under penalty of perjury that this information is true.**

**Date:** _____       _____
                                                                              **Server's signature**

                                                                              _____
                                                                              **Printed name and title**

                                                                              _____
                                                                              **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CROWN EQUIPMENT CORPORATION

|  |  |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:23-cv-00059 |
| ) | |
| DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, ) | |
| BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu- ) | |
| Mech Systems Manufacturing, Inc.), BRAWTUS, ) | |
| MANAGEMENT COMPANY, LLC, PNEU-MECH ) | |
| SYSTEMS MANUFACTURING, LLC ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Pneu-Mech Systems Manufacturing, Inc.
c/o James R. Andrews, Registered Agent
201 United Drive
Statesville, North Carolina 28625

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Fred M. Wood, Jr., Esq.
Nelson Mullins Riley & Scarborough, LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



_Frank G. Johns_ (signature)

Frank G. Johns, Clerk
United States District Court

Date ___5/11/2023___

**Civil Action No.** 5:23-cv-00059

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❑ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❑ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑ **I returned the summons unexecuted because** _____; or

❑ **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____**.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                    **Server's signature**

                                                    _____
                                                    **Printed name and title**

                                                    _____
                                                    **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CROWN EQUIPMENT CORPORATION

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:23-cv-00059 |
| ) | |
| DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, ) | |
| BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu- ) | |
| Mech Systems Manufacturing, Inc.), BRAWTUS, ) | |
| MANAGEMENT COMPANY, LLC, PNEU-MECH ) | |
| SYSTEMS MANUFACTURING, LLC ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Pneu-Mech Systems Manufacturing, LLC (k/n/a Pneu-Mech Dissolution, LLC)
c/o David F. Brady, Registered Agent
201 United Drive
Statesville, North Carolina 28625

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Fred M. Wood, Jr., Esq.
Nelson Mullins Riley & Scarborough, LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



_(signed)_ Frank G. Johns, Clerk
United States District Court

Date: **5/11/2023**

(WDNC Rev. 01/17) Summons in a Civil Action

**Civil Action No.** 5:23-cv-00059

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)***:**
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____           _____
                                                                    **Server's signature**

                                                       _____
                                                       **Printed name and title**

                                                       _____
                                                       **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CROWN EQUIPMENT CORPORATION

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:23-cv-00059 |
| ) | |
| DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, ) | |
| BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu- ) | |
| Mech Systems Manufacturing, Inc.), BRAWTUS, ) | |
| MANAGEMENT COMPANY, LLC, PNEU-MECH ) | |
| SYSTEMS MANUFACTURING, LLC ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
United Finishing Systems LLC
c/o Alwyn Otho Moody, III, Registered Agent
2930 Rockwood Drive
Lenoir, North Carolina 28645

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Fred M. Wood, Jr., Esq.
Nelson Mullins Riley & Scarborough, LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



_/s/ Frank G. Johns_____
Frank G. Johns, Clerk
United States District Court

Date _____**5/11/2023**_____

**Civil Action No.** 5:23-cv-00059

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____
**was received by me on** *(date)* _____.

☐ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____ ; **or**

☐ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

☐ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____ ; **or**

☐ **I returned the summons unexecuted because** _____ ; **or**

☐ **Other** *(specify)*:
_____

**My fees are $**_____ **for travel and $**_____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____     _____
                                                    **Server's signature**

                                                    _____
                                                    **Printed name and title**

                                                    _____
                                                    **Server's address**

**Additional information regarding attempted service, etc:**