# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CASE NO. 5:23-CV-059-KDB-DCK

| | | |
|---|---|---|
| CROWN EQUIPMENT CORPORATION, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DAVID BRADY, et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Fred M. Wood, Jr., concerning Joanna W. Gisel, on June 20, 2023.  Joanna W. Gisel seeks to appear as counsel *pro hac vice* for Plaintiff.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**.  Joanna W. Gisel is hereby admitted *pro hac vice* to represent Plaintiff.

      **SO ORDERED**.

Signed: June 20, 2023

David C. Keesler
United States Magistrate Judge