# AFFIDAVIT OF SERVICE

| Case: 5:23-cv-00059-FDB-DCK | Court: In the United States District Court for the Western District of North Carolina | County: | Job: 9009703 (01154,01574) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Drown Equipment Corporation | | **Defendant / Respondent:** David Brady, William Tucker, Joseph Boggs, Brawtus Holding Com[any, Inc (f/k/a Pneu-Mech Systems Manufacturing, Inc ) Brawtus Management Company, LLC Pneu-Mech Systems Manufacturing, LLC (k.n.a. Pneu-Mech Dissolution, LLC) Pneu-Mech Systems Manufacturing , Inc., United Finishing Systems, LLC | |
| **Received by:** Process Servers of the Carolinas | | **For:** Nelson Mullins | |
| **To be served upon:** Joseph Boggs | | | |

I, Kathy Broom, being duly sworn, depose and say: I am over the age of 21 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Joseph Boggs, Home: 1566 Old Mountain Rd, Statesville, NC 28677

**Manner of Service:** Substitute Service - Abode, Jun 16, 2023, 3:43 pm EDT

**Documents:** Cover Letter; Complaint ; Plaintiffs Corporate Disclosures; Plaintiffs Citizenship Disclosures; Civil Summons; Case Assignment Packet for Western District of North Carolina

**Additional Comments:**
1) Successful Attempt: Jun 16, 2023, 3:43 pm EDT at Home: 1566 Old Mountain Rd, Statesville, NC 28677 received by Joseph Boggs. Other: Serve to wife Carmen Boggs white, female ,50 years old , 5' 6", 150 lb wearing ball cap There were two vehicles in the driveway with North Carolina license plate EBR 7428 and Kap 1794; She stated he was out in the field cutting grass and would accept for him

Kathy Broom  6/20/23
Kathy Broom   Date

Process Servers of the Carolinas
P.O. Box 33034
Charlotte, NC 28233
980-287-1100

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
6/20/23
Date

ANTIONETTE N. BARNETT
NOTARY PUBLIC, STATE OF SOUTH CAROLINA
My Commission Expires 4/28/2030