# AFFIDAVIT OF SERVICE

| Case: 5:23-cv-00059-FDB-DCK | Court: In the United States District Court for the Western District of North Carolina | County: | Job: 9009700 (011554.01574) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Drown Equipment Corporation | | **Defendant / Respondent:** David Brady, William Tucker, Joseph Boggs, Brawtus Holding Com[any, Inc (f/k/a Pneu-Mech Systems Manufacturing, Inc ) Brawtus Management Company, LLC Pneu-Mech Systems Manufacturing, LLC (k.n.a. Pneu-Mech Dissolution, LLC) Pneu-Mech Systems Manufacturing, Inc., United Finishing Systems, LLC | |
| **Received by:** Process Servers of the Carolinas | | **For:** Nelson Mullins | |
| **To be served upon:** William Tucker | | | |

I, Kathy Broom, being duly sworn, depose and say: I am over the age of 21 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** William Tucker, Home: 211 Ashbrook Rd, Statesville, NC 28677
**Manner of Service:** Personal/Individual, Jun 16, 2023, 3:17 pm EDT
**Documents:** Cover Letter; Complaint ; Plaintiffs Corporate Disclosures; Plaintiffs Citizenship Disclosures; Civil Summons; Case Assignment Packet for Western District of North Carolina

**Additional Comments:**
1) Successful Attempt: Jun 16, 2023, 3:17 pm EDT at Home: 211 Ashbrook Rd, Statesville, NC 28677 received by William Tucker. Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'8"; Hair: Gray;

_____ 6/20/23
Kathy Broom        Date

Process Servers of the Carolinas
P.O. Box 33034
Charlotte, NC 28233
980-287-1100

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/20/23
Date

ANTIONETTE N. BARNETT
NOTARY PUBLIC, STATE OF SOUTH CAROLINA
My Commission Expires 4/28/2030