# AFFIDAVIT OF SERVICE

| Case: 5:23-cv-00059-FDB-DCK | Court: In the United States District Court for the Western District of North Carolina | County: | Job: 9009692 (011554.01574) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Drown Equipment Corporation | | **Defendant / Respondent:** David Brady, William Tucker, Joseph Boggs, Brawtus Holding Com[any, Inc (f/k/a Pneu-Mech Systems Manufacturing, Inc ) Brawtus Management Company, LLC Pneu-Mech Systems Manufacturing, LLC (k.n.a. Pneu-Mech Dissolution, LLC) Pneu-Mech Systems Manufacturing , Inc., United Finishing Systems, LLC | |
| **Received by:** Process Servers of the Carolinas | | **For:** Nelson Mullins | |
| **To be served upon:** Brawtus, Management Company LLC C/O David Brady, Registered Agent | | | |

I, Kathy Broom, being duly sworn, depose and say: I am over the age of 21 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Brawtus, Management Company LLC C/O David Brady, Registered Agent , Home: 496 Eufola Rd, Statesville, NC 28677

**Manner of Service:** Registered Agent, Jun 21, 2023, 3:38 pm EDT

**Documents:** Cover Letter; Complaint ; Plaintiffs Corporate Disclosures; Plaintiffs Citizenship Disclosures; Civil Summons; Case Assignment Packet for Western District of North Carolina

**Additional Comments:**
1) Unsuccessful Attempt: Jun 16, 2023, 3:30 pm EDT at Company: 201 United Drive, Statesville, NC 28625
The building is closed. Only one car in the parking lot. I will attempt again next week

2) Unsuccessful Attempt: Jun 21, 2023, 2:22 pm EDT at Company: 201 United Drive, Statesville, NC 28625
This company is United finishing systems. David Brady does not work for this company, but he is the owner of the property

3) Successful Attempt: Jun 21, 2023, 3:38 pm EDT at Home: 496 Eufola Rd, Statesville, NC 28677 received by Brawtus, Management Company LLC C/O David Brady, Registered Agent . Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'7"; Hair: Gray;

Kathy Broom    6/23/23
Date

Process Servers of the Carolinas
P.O. Box 33034
Charlotte, NC 28233
980-287-1100

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
6-23-23     7-28-2032
Date        Commission Expires



ROSE M. GREER
Notary Public, State of South Carolina
My Commission Expires 7/28/2032