# AFFIDAVIT OF SERVICE

| Case: 5:23-cv-00059-FDB-DCK | Court: In the United States District Court for the Western District of North Carolina | County: | Job: 9009702 (011554.01574) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Drown Equipment Corporation | | **Defendant / Respondent:** David Brady, William Tucker, Joseph Boggs, Brawtus Holding Com[any, Inc (f/k/a Pneu-Mech Systems Manufacturing, Inc ) Brawtus Management Company, LLC Pneu-Mech Systems Manufacturing, LLC (k.n.a. Pneu-Mech Dissolution, LLC) Pneu-Mech Systems Manufacturing , Inc., United Finishing Systems, LLC | |
| **Received by:** Process Servers of the Carolinas | | **For:** Nelson Mullins | |
| **To be served upon:** David Brady | | | |

I, Kathy Broom, being duly sworn, depose and say: I am over the age of 21 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** David Brady, Home: 496 Eufola Rd, Statesville, NC 28677
**Manner of Service:** Personal/Individual, Jun 21, 2023, 3:38 pm EDT
**Documents:** Cover Letter; Complaint ; Plaintiffs Corporate Disclosures; Plaintiffs Citizenship Disclosures; Civil Summons; Case Assignment Packet for Western District of North Carolina

**Additional Comments:**
1) Unsuccessful Attempt: Jun 16, 2023, 3:58 pm EDT at Home: 496 Eufola Rd, Statesville, NC 28677
I spoke to his son who lives next door. David is out of town at the beach and will be returning tomorrow. I will attempt service again next week

2) Unsuccessful Attempt: Jun 21, 2023, 2:41 pm EDT at Home: 496 Eufola Rd, Statesville, NC 28677
No answer at the door. Lights were on in the garage. A package on the doorstep made out to Kimberly Brady

3) Successful Attempt: Jun 21, 2023, 3:38 pm EDT at Home: 496 Eufola Rd, Statesville, NC 28677 received by David Brady. Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'7"; Hair: Gray;

Kathy Broom  6/23/23
Kathy Broom    Date

Process Servers of the Carolinas
P.O. Box 33034
Charlotte, NC 28233
980-287-1100

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

6-23-23          7-28-2032
Date             Commission Expires



ROSE M. GREER
Notary Public, State of South Carolina
My Commission Expires 7/28/2032