# AFFIDAVIT OF SERVICE

| Case: 5:23-cv-00059-FDB-DCK | Court: In the United States District Court for the Western District of North Carolina | County: | Job: 9009707 (011554.01574) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Drown Equipment Corporation | | **Defendant / Respondent:** David Brady, William Tucker, Joseph Boggs, Brawtus Holding Com[any, Inc (f/k/a Pneu-Mech Systems Manufacturing, Inc ) Brawtus Management Company, LLC Pneu-Mech Systems Manufacturing, LLC (k.n.a. Pneu-Mech Dissolution, LLC) Pneu-Mech Systems Manufacturing , Inc., United Finishing Systems, LLC | |
| **Received by:** Process Servers of the Carolinas | | | |
| **To be served upon:** United Finishing Systems LLC c/o Alwyn Otho Moody, III Registered Agent | | | |

I, Abelardo Maldonado , being duly sworn, depose and say: I am over the age of 21 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** United Finishing Systems LLC c/o Alwyn Otho Moody, III Registered Agent , Home: 2930 Rockwood Dr, Lenoir, NC 28645

**Manner of Service:** Registered Agent, Jun 24, 2023, 8:03 pm EDT

**Documents:** Cover Letter; Complaint ; Plaintiffs Corporate Disclosures; Plaintiffs Citizenship Disclosures; Civil Summons; Case Assignment Packet for Western District of North Carolina

**Additional Comments:**
1) Successful Attempt: Jun 24, 2023, 8:03 pm EDT at Home: 2930 Rockwood Dr, Lenoir, NC 28645 received by United Finishing Systems LLC c/o Alwyn Otho Moody, III Registered Agent . Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 230; Height: 6'1"; Hair: Brown; Eyes: Hazel;

_____ 6-26-23
Abelardo Maldonado           Date

Process Servers of the Carolinas
P.O. Box 33034
Charlotte, NC 28233
980-287-1100

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Tiffany B. Vancise
Notary Public

6/26/2023     02/19/2028
Date          Commission Expires

TIFFANY B VANCISE
Notary Public - North Carolina
Caldwell County
My Commission Expires Feb 19, 2028