IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAVID BRADY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Extend Time To Answer For Defendants" (Document No. 17) filed July 6, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Extend Time To Answer For Defendants" (Document No. 17) is **GRANTED**. Defendants shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **August 21, 2023**.

**IT IS FURTHER ORDERED** that that the parties shall file a Certificate of Settlement Conference, pursuant to the Honorable Kenneth D. Bell's "Standing Order…" 5:19-MC-005-KDB, on or before **August 21, 2023**.

**SO ORDERED**.

Signed: July 6, 2023

_____
David C. Keesler
United States Magistrate Judge