IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 5:23-cv-00059

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID BRADY, WILLIAM TUCKER, )<br>JOSEPH BOGGS, BRAWTUS )<br>HOLDING COMPANY, INC. (f/k/a )<br>Pneu-Mech Systems Manufacturing, )<br>Inc.), BRAWTUS, MANAGEMENT )<br>COMPANY, LLC, PNEU-MECH )<br>SYSTEMS MANUFACTURING, LLC )<br>(K.N.A. Pneu-Mech Dissolution, LLC), )<br>PNEU-MECH SYSTEMS )<br>MANUFACTURING, INC., UNITED )<br>FINISHING SYSTEMS LLC, )<br>)<br>Defendants. )<br>) | **NOTICE OF APPEARANCE** |

Ryan L. Bostic hereby gives notice of his appearance as counsel of record for JOSEPH BOGGS in the above-captioned matter.

This the 7th day of July, 2023.

/s/ Ryan L. Bostic
Ryan L. Bostic
NC State Bar No. 44982
C. Andrew Dandison
NC State Bar No. 52095
Kayla McDaniel
NC State Bar No. 57995
CRANFILL SUMNER LLP
5535 Currituck Drive Suite 210
Wilmington, NC 28403
Telephone (910) 777-6068
Facsimile (910) 777-6146
Email: rbostic@cshlaw.com
adandison@cshlaw.com
kmcdaniel@cshlaw.com
*Attorneys for Defendant Joseph Boggs*

CERTIFICATE OF SERVICE

  I hereby certify that on the 7th day of July, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system.

    /s/ Ryan L. Bostic
    Ryan L. Bostic
    NC State Bar No. 44982
    C. Andrew Dandison
    NC State Bar No.
    Kayla McDaniel
    NC State Bar No.
    CRANFILL SUMNER LLP
    5535 Currituck Drive Suite 210
    Wilmington, NC 28403
    Telephone (910) 777-6068
    Facsimile (910) 777-6146
    Email: rbostic@cshlaw.com
       adandison@cshlaw.com
       kmcdaniel@cshlaw.com
    *Attorneys for Defendant Joseph Boggs*