IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 5:23-cv-00059

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (K.N.A. Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS LLC, <br><br> Defendants. | **DEFENDANT JOSEPH BOGGS' MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

NOW COMES Defendant JOSEPH BOGGS, by and through the undersigned counsel and shows to the Court that the time for serving responsive and defensive pleadings to the Complaint served on him by Plaintiff on June 16, 2023 has not expired, and moves the Court, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for issuance of an Order granting Defendant an extension of time within which to serve his Answer or otherwise respond to Plaintiff's Complaint on the grounds that counsel has not had adequate time to properly prepare responsive and defensive pleadings in this matter. The undersigned has conferred with counsel for Plaintiff, who indicates no objection to this motion. Defendant respectfully

moves this Court for a thirty (30) day extension of time, up to and including **August 7, 2023**.

This the 7th day of July, 2023.

/s/ Ryan L. Bostic
Ryan L. Bostic
NC State Bar No. 44982
C. Andrew Dandison
NC State Bar No. 52095
Kayla McDaniel
NC State Bar No. 57995
CRANFILL SUMNER LLP
5535 Currituck Drive Suite 210
Wilmington, NC 28403
Telephone (910) 777-6068
Facsimile (910) 777-6146
Email: rbostic@cshlaw.com
adandison@cshlaw.com
kmcdaniel@cshlaw.com
*Attorneys for Defendant Joseph Boggs*

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2023, I electronically filed the foregoing *DEFENDANT JOSEPH BOGGS' MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT* with the Clerk of Court using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system.

/s/ Ryan L. Bostic
Ryan L. Bostic
NC State Bar No. 44982
C. Andrew Dandison
NC State Bar No.
Kayla McDaniel
NC State Bar No.
CRANFILL SUMNER LLP
5535 Currituck Drive Suite 210
Wilmington, NC 28403
Telephone (910) 777-6068
Facsimile (910) 777-6146
Email: rbostic@cshlaw.com
       adandison@cshlaw.com
       kmcdaniel@cshlaw.com
*Attorneys for Defendant Joseph Boggs*