IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 5:23-cv-00059

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (K.N.A. Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

THIS MATTER comes before the undersigned upon Defendant JOSEPH BOGGS' Motion for an Order enlarging the time within which to serve responsive and defensive pleadings to Plaintiff's Complaint.

The initial time period allotted to Defendant to respond to Plaintiff's Complaint has not expired, and good cause exists for said enlargement of time within which to file responsive and defensive pleadings. Counsel for Defendant has conferred with counsel for Plaintiff who does not object to the Motion.

IT IS THEREFORE ORDERED that the time within which Defendant Joseph Boggs may serve responsive and defensive pleadings to Plaintiff's Complaint be, and the same hereby is, enlarged to and including **August 7, 2023.**

4870-1432-2284, v. 1

This the _____ day of _____, 2023.

_____
UNITED STATES CLERK/JUDGE PRESIDING