IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 5:23-cv-00059

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID BRADY, WILLIAM TUCKER, ) | |
| JOSEPH BOGGS, BRAWTUS ) | **NOTICE OF APPEARANCE** |
| HOLDING COMPANY, INC. (f/k/a ) | |
| Pneu-Mech Systems Manufacturing, ) | |
| Inc.), BRAWTUS, MANAGEMENT ) | |
| COMPANY, LLC, PNEU-MECH ) | |
| SYSTEMS MANUFACTURING, LLC ) | |
| (K.N.A. Pneu-Mech Dissolution, LLC), ) | |
| PNEU-MECH SYSTEMS ) | |
| MANUFACTURING, INC., UNITED ) | |
| FINISHING SYSTEMS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Kayla McDaniel hereby gives notice of her appearance as counsel of record for

JOSEPH BOGGS in the above-captioned matter.

This the 7th day of July, 2023.

/s/ Kayla McDaniel
Ryan L. Bostic
NC State Bar No. 44982
C. Andrew Dandison
NC State Bar No. 52095
Kayla McDaniel
NC State Bar No. 57995
CRANFILL SUMNER LLP
5535 Currituck Drive Suite 210
Wilmington, NC 28403
Telephone (910) 777-6068
Facsimile (910) 777-6146
Email: rbostic@cshlaw.com
adandison@cshlaw.com
kmcdaniel@cshlaw.com
*Attorneys for Defendant Joseph Boggs*

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system.

/s/ Kayla McDaniel
Ryan L. Bostic
NC State Bar No. 44982
C. Andrew Dandison
NC State Bar No.
Kayla McDaniel
NC State Bar No.
CRANFILL SUMNER LLP
5535 Currituck Drive Suite 210
Wilmington, NC 28403
Telephone (910) 777-6068
Facsimile (910) 777-6146
Email: rbostic@cshlaw.com
        adandison@cshlaw.com
        kmcdaniel@cshlaw.com
*Attorneys for Defendant Joseph Boggs*
