IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| CROWN EQUIPMENT CORPORATION, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| DAVID BRADY, et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Joseph Boggs' Motion For Extension Of Time…" (Document No. 21) filed July 7, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Joseph Boggs' Motion For Extension Of Time…" (Document No. 21) is **GRANTED**. Defendant Boggs shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **August 7, 2023**.

**IT IS FURTHER ORDERED** that that Defendant Boggs and Plaintiff shall file a Certificate of Settlement Conference, pursuant to the Honorable Kenneth D. Bell's "Standing Order…" 5:19-MC-005-KDB, on or before **August 7, 2023**.

**SO ORDERED**.

Signed: July 7, 2023

_____
David C. Keesler
United States Magistrate Judge