IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| DAVID BRADY, et al., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18). This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

The pending motion appears to be incomplete, likely due to technological and/or typographic errors. (Document No. 18). As such, movant is respectfully directed to re-file the motion with the form motion for admission properly completed.

**IT IS, THEREFORE, ORDERED** that the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **DENIED WITHOUT PREJUDICE**

**SO ORDERED**.

Signed: July 7, 2023

David C. Keesler
United States Magistrate Judge