IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DAVID BRADY, et al., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) filed by Abbi White Harris, concerning Andrew P. Connors, on July 7, 2023. Andrew P. Connors seeks to appear as counsel *pro hac vice* for Defendants David Brady, William Tucker, Brawtus Holding Company, Inc., and Brawtus Management Company, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) is **GRANTED**. Andrew P. Connors is hereby admitted *pro hac vice* to represent Defendants David Brady, William Tucker, Brawtus Holding Company, Inc., and Brawtus Management Company, LLC.

**SO ORDERED**.

Signed: July 7, 2023

David C. Keesler
United States Magistrate Judge