UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

5:23-cv-00059-KDB-DCK

|  |  |
|---|---|
| CROWN EQUIPMENT CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (K.N.A. Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS, LLC,<br><br>     Defendants. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** |

Defendant United Finishing Systems, LLC ("United Finishing"), by and through the undersigned, moves the Court to extend its time to answer in this action by 30 days from July 17, 2023, through and including August 16, 2023.

In support, United Finishing shows:

1. Per the related affidavit of service, (Doc. No. 15), United Finishing was served with the Summons and Complaint in this action on June 24, 2023.

2. United Finishing has through and including July 17, 2023, to answer.

3. United Finishing requires additional time to prepare its answer.

4.     United Finishing has not previously sought or obtained an extension of time to answer.

5.     Plaintiff has, through counsel, indicated that it has no objection to a 30-day extension of United Finishing's time to answer.

6.     United Finishing interposes this motion in good faith for the reasons set forth herein and not for the purpose of delay.

WHEREFORE, United Finishing respectfully requests that the Court grant this motion and extend its time to answer through and including August 16, 2023.

This 10th day of July, 2023.

Respectfully,



By:     /s/ Bo Caudill
        Bo Caudill
        N.C. Bar No. 45104
        bocaudill@villmercaudill.com
        VILLMER CAUDILL, PLLC
        P.O. Box 18186
        Charlotte, NC 28218
        Tel: 704-216-8120
        Fax: 704-705-8191
        *Counsel for United Finishing Systems, LLC*