IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAVID BRADY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant United Finishing Systems, LLC's "Unopposed Motion For Extension Of Time To Answer" (Document No. 29) filed July 10, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant United Finishing Systems, LLC's "Unopposed Motion For Extension Of Time To Answer" (Document No. 29) is **GRANTED**. Defendant United Finishing Systems, LLC shall have up to and including **August 16, 2023** to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED**.

Signed: July 10, 2023

David C. Keesler
United States Magistrate Judge