IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division

|  |  |  |
|---|---|---|
| CROWN EQUIPMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:23-cv-00059-KDB-DCK |
| v. | ) ) | |
| DAVID BRADY, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FOR
DEFENDANT PNEU-MECH SYSTEMS MANUFACTURING, LLC**

Defendant Pneu-Mech Systems Manufacturing, LLC ("Pneu-Mech LLC"), by counsel, hereby makes this unopposed motion to extend Pneu-Mech LLC's deadline to respond to Plaintiff's Complaint until August 21, 2023. Pneu-Mech LLC's counsel has conferred with Plaintiff's attorneys, who have indicated that they do not oppose this motion. Further, Pneu-Mech LLC has good cause for requesting an extension to respond to Plaintiff's Complaint. Pneu-Mech LLC was administratively dissolved by the North Carolina Secretary of State in June 2021. Counsel for Defendants Brady, Tucker, Brawtus Holdings, Inc., and Brawtus Management Company, LLC have, until now, made every effort to identify the individuals who must respond on behalf of Pneu-Mech LLC. Now that their identities have been ascertained, Pneu-Mech LLC is preparing an answer to Plaintiff's Complaint, which is 210 pages and contains a multitude of legally and factually complex claims, all of which must be addressed thoroughly. The parties respectfully request that this court establish August 21, 2023, as Pneu-Mech LLC's deadline to answer.

Dated: July 12, 2023

Respectfully submitted,
BY COUNSEL

/AbbiWHarris/
Abbi W. Harris, Esq. (NC Bar No. 59883)
*Lead Attorney*
Andrew P. Connors, Esq. (VA Bar No. 80248)
*Admitted Pro Hac Vice*
Darkhorse Law PLLC
7331 Timberlake Road, Suite 201A
Lynchburg, Virginia 24502
P: 540-553-8149 ext. 2
F: 540-301-6460
abbi@darkhorse.law
andrew@darkhorse.law

*Counsel for Defendants Pneu-Mech Systems Manufacturing, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served the foregoing on the following counsel of record who are CM/ECF participants:

Toby K. Henderson
Joanna W. Gisel
Sebaly Shillito & Dyer
1900 Kettering Tower
40 North Main Street
Dayton, OH 45423-1900
P: 937-222-2500
F: 937-222-6554
thenderson@ssdlaw.com
jgisel@ssdlaw.com

and

Fred M. Wood, Jr.
Nelson Mullins Riley & Scarborough LLP
301 South College Street, Suite 2300
Charlotte, North Carolina 28202
P: 704-417-3059
F: 704-377-4814
fred.wood@nelsonmullins.com

*Counsel for Plaintiff*

/AbbiWHarris/
Abbi W. Harris, Esq. (NC Bar No. 59883)
DARKHORSE LAW PLLC
Phone: 540-553-8149 ext. 701
Fax: 540-301-6460
andrew@darkhorse.law

*Counsel for Defendant Pneu-Mech*
*Systems Manufacturing, LLC*