# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DAVID BRADY, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant Pneu-Mech Systems Manufacturing, LLC's "Unopposed Motion To Extend Time To Answer For Defendant Pneu-Mech Systems Manufacturing, LLC" (Document No. 31) filed July 12, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant Pneu-Mech Systems Manufacturing, LLC's "Unopposed Motion To Extend Time To Answer For Defendant Pneu-Mech Systems Manufacturing, LLC" (Document No. 31) is **GRANTED**. Defendant Pneu-Mech Systems Manufacturing, LLC shall have up to and including **August 21, 2023** to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED**.

Signed: July 12, 2023

*David C. Keesler*
United States Magistrate Judge