FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO: 5:23-cv-00059-KDB-DCK

CROWN EQUIPMENT CORPORATION )
)
    **Plaintiff,** )
)
v. )
) **CERTIFICATE OF SETTLEMENT**
) **CONFERENCE**
)
    **Defendant.** )
)
_____ )

The parties to this action hereby certify that they have met in person and/or by telephone and discussed in good faith if this matter can be resolved without the need for further proceedings in this Court. The results of those settlement negotiations are:

☐ The parties have agreed to resolve this case by a voluntary settlement. A notice of dismissal of the action will be filed within 14 days.

☐ The parties have not yet reached a settlement but believe they may be able to do so through a Mediation or the assistance of the Court. The Mediator selected by the parties is _____. The parties request a stay of this action for up to 14 days to conduct the Mediation and/or engage in additional settlement discussions. **[Applicable only for the Initial Settlement Conference].**

☑ The parties have not yet been able to resolve this case through a voluntary settlement.

/TobyKHenderson/
Toby Henderson (OH Bar No. 18437)
1900 Stratacache Tower, 40 N. Main St.
Dayton, Ohio 45423
P: 937-222-2508
thenderson@ssdlaw.com

*[signature for Plaintiff(s)' counsel]*

/AbbiWHarris/
Abbi White Harris (NC Bar No. 59883)
7331 Timberlake Road, Suite 201A
Lynchburg, Virginia 24502
P: 800-279-4292
abbi@darkhorse.law

*[signature for Defendant(s)' counsel]*

*[signature for Plaintiff(s)]\**
*Todd W Penny*
VP and General Counsel

*[signature for Defendant(s)]\**
8/8/2023