IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **CROWN EQUIPMENT CORPORATION**,<br><br>        **Plaintiff**,<br><br>   v.<br><br>**DAVID BRADY, et al.**,<br><br>        **Defendants**. | **Civil Action No. 5:23-cv-00059** |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Plaintiff Crown Equipment Corporation ("Crown"), moves this Court to request additional time to respond to the *Motion to Dismiss for Failure to State a Claim* (Document No. 37) and the accompanying *Memorandum in Support of Defendants' Motion to Dismiss* (Document No. 38) (together, the "*Motion*") filed on behalf of Defendants David Brady, William Tucker, Brawtus Holding Company, Inc., Brawtus Management Company, LLC, and Pneu-Mech Dissolution LLC f/k/a Pneu-Mech Systems Manufacturing, LLC (together, "Defendants"). The current deadline to respond to Defendants' *Motion* is September 5, 2023. Crown requests an extension to file an opposition to the *Motion* up to and including September 18, 2023. Crown has consulted with counsel for Defendants, and they have represented they do not oppose this extension.

Further, there is good cause to grant this reasonable extension. That is, the *Motion* addresses all of the claims in Crown's complex Complaint against five of the eight defendants. Further, given the holiday weekend immediately before the present deadline as well as preexisting

travel plans for Crown's counsel makes it difficult to respond to the *Motion* within the time allotted under the Rules.

Thus, pursuant to Federal Rule of Civil Procedure 6(b)(1), Crown requests additional time to respond to the *Motion* until **September 18, 2023**.

Respectfully submitted, this 28th day of August, 2023.

/s/Fred M. Wood, Jr.
Fred M. Wood, Jr., NC Bar No. 18437
Evan M. Sauda, NC Bar No. 32915
David Blue, NC Bar No. 57829
Nelson Mullins Riley & Scarborough, LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202
T: (704) 417-3000
F: (704) 377-4814
Email: fred.wood@nelsonmullins.com
Email: evan.sauda@nelsonmullins.com
Email: david.blue@nelsonmullins.com

and

Toby K. Henderson (0071378)
(*pro hac vice*)
Joanna W. Gisel (0100701)
(*pro hac vice*)
SEBALY SHILLITO + DYER
A Legal Professional Association
40 North Main Street
1900 Stratacache Tower
Dayton, Ohio 45423
937-222-2500 Telephone
937-222-6554 Facsimile
thenderson@ssdlaw.com
jgisel@ssdlaw.com
*Attorneys for Plaintiff*
*Crown Equipment Corporation*

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2023 a copy of the foregoing was filed electronically through the Court's ECF system and served on all counsel of record.

                                        */s/Fred M. Wood, Jr.*
                                        Fred M. Wood, Jr., NC Bar No. 18437
                                        Evan M. Sauda, NC Bar No. 32915
                                        David Blue, NC Bar No. 57829
                                        Nelson Mullins Riley & Scarborough, LLP
                                        301 South College St., 23rd Floor
                                        Charlotte, North Carolina 28202
                                        T: (704) 417-3000
                                        F: (704) 377-4814
                                        Email: fred.wood@nelsonmullins.com
                                        Email: evan.sauda@nelsonmullins.com
                                        Email: david.blue@nelsonmullins.com