IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DAVID BRADY, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Unopposed Motion For Extension Of Time To Respond To Motion To Dismiss For Failure To State A Claim" (Document No. 39) filed August 28, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Unopposed Motion For Extension Of Time To Respond To Motion To Dismiss For Failure To State A Claim" (Document No. 39) is **GRANTED**. Plaintiff shall have up to and including **September 18, 2023** to respond to the "Motion To Dismiss For Failure To State A Claim" (Document No. 37).

**SO ORDERED**.

Signed: August 28, 2023

David C. Keesler
United States Magistrate Judge