DocuSign Envelope ID: 98E83971-A701-4345-A6FB-AEF7CC6A6413

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:23-cv-00059

| | |
|---|---|
| **CROWN EQUIPMENT CORPORATION**<br><br>**Plaintiff,**<br><br>v.<br><br>**DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDINGS COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (n/k/a Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS, LLC,**<br><br>**Defendants.** | **NOTICE OF COMPLETION OF THE INITIAL SETTLEMENT CONFERENCE BETWEEN**<br><br>**PLAINTIFF**<br><br>**AND**<br><br>**DEFENDANT PNEU-MECH SYSTEMS MANUFACTURING, INC.** |

The parties to this action hereby certify that they have met in person and/or by telephone and discussed in good faith if this matter can be resolved without the need for furtherproceedings in this Court. The results of those settlement negotiations are:

 The parties have agreed to resolve this case by a voluntary settlement. A notice of dismissal of the action will be filed within 14 days.

 The parties have not yet reached a settlement but believe they may be able to do so through a Mediation or the assistance of the Court. The Mediator selected by the parties is _____. The parties request a stay of this action for up to _____ to conduct the Mediation and/or engage in additional settlement discussions. **[Applicable only for the Initial Settlement Conference]**.

<u>XX</u> The parties have not yet been able to resolve this case through a voluntary settlement.

_____
Counsel for Crown Equipment Corporation


_____
Crown Equipment Corporation Representative




_____
Counsel for Pneu-Mech Systems Manufacturing, Inc.




_____
Pneu-Mech Systems Manufacturing, Inc. Representative




*A party's signature certifies that the party has received a copy of the Court's Standing Order Requiring an Initial Settlement Conference and has either participated in directly or conferred with counsel in detail regarding the settlement discussions between or among the parties.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:23-cv-00059

| | |
|---|---|
| **CROWN EQUIPMENT CORPORATION**<br><br>**Plaintiff,**<br><br>v.<br><br>**DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDINGS COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (n/k/a Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS, LLC,**<br><br>**Defendants.** | **NOTICE OF COMPLETION OF THE INITIAL SETTLEMENT CONFERENCE BETWEEN**<br><br>**PLAINTIFF**<br><br>**AND**<br><br>**DEFENDANT PNEU-MECH SYSTEMS MANUFACTURING, INC.** |

The parties to this action hereby certify that they have met in person and/or by telephone and discussed in good faith if this matter can be resolved without the need for further proceedings in this Court. The results of those settlement negotiations are:

    The parties have agreed to resolve this case by a voluntary settlement. A notice of dismissal of the action will be filed within 14 days.

    The parties have not yet reached a settlement but believe they may be able to do so through a Mediation or the assistance of the Court. The Mediator selected by the parties is _____. The parties request a stay of this action for up to _____ to conduct the Mediation and/or engage in additional settlement discussions. **[Applicable only for the Initial Settlement Conference].**

XX    The parties have not yet been able to resolve this case through a voluntary settlement.

_____
**Counsel for Crown Equipment Corporation**


_____
**Crown Equipment Corporation Representative**


_[signature]_ 9/1/2023
_____
**Counsel for Pneu-Mech Systems Manufacturing, Inc.**


DocuSigned by: _[signature]_
_____
F655005234CE44C...
**Pneu-Mech Systems Manufacturing, Inc. Representative**


*A party's signature certifies that the party has received a copy of the Court's Standing Order Requiring an Initial Settlement Conference and has either participated in directly or conferred with counsel in detail regarding the settlement discussions between or among the parties.