FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO: 5:23-cv-00059-KDF

CROWN EQUIPMENT CORPORATION )
)
Plaintiff, )
)
)
v. )
) **CERTIFICATE OF SETTLEMENT**
) **CONFERENCE**
DAVID BRADY, WILLIAM TUCKER, JOSE1 )
Defendant. )
)
_____ )

The parties to this action hereby certify that they have met in person and/or by telephone and discussed in good faith if this matter can be resolved without the need for further proceedings in this Court. The results of those settlement negotiations are:

☐ The parties have agreed to resolve this case by a voluntary settlement. A notice of dismissal of the action will be filed within 14 days.

☐ The parties have not yet reached a settlement but believe they may be able to do so through a Mediation or the assistance of the Court. The Mediator selected by the parties is _____. The parties request a stay of this action for up to 14 days to conduct the Mediation and/or engage in additional settlement discussions. **[Applicable only for the Initial Settlement Conference]**.

☑ The parties have not yet been able to resolve this case through a voluntary settlement.

_[signature for Plaintiff(s)' counsel]_   _[signature for Defendant(s)' counsel]_

_[signature for Plaintiff(s)]*_   _[signature for Defendant(s)]*_

*A party's signature certifies that the party has received a copy of the Court's Standing Order Requiring an Initial Settlement Conference and has either participated in directly or conferred with counsel in detail regarding the settlement discussions between or among the parties.