# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAVID BRADY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Unconsented Motion To Consider Brief Beyond Page Limit" (Document No. 46) filed September 26, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in the interests of judicial economy and efficient case management, the undersigned will grant the motion.

By the instant motion, Defendants David Brady, William Tucker, Brawtus Holding Co., Inc., Brawtus Management Co., LLC, and Pneu-Mech Dissolution, LLC request that the Court consider "Defendants' Reply To Plaintiff's Memorandum In Opposition To Defendants' Motion To Dismiss" (Document No. 45), notwithstanding the fact that it is twenty-one (21) pages in length, thus in excess of the twelve (12) page limit set forth in the Honorable Kenneth D. Bell's standard Pretrial Order and Case Management Plan. In this instance, the undersigned will consider the reply brief, but counsel are respectfully advised to adhere to the various requirements set forth in the Honorable Kenneth D. Bell's standard Pretrial Order and Case Management Plan going forward.

**IT IS, THEREFORE, ORDERED** that "Defendants' Unconsented Motion To Consider Brief Beyond Page Limit" (Document No. 46) is **GRANTED**.

**SO ORDERED**.

Signed: September 26, 2023

David C. Keesler
United States Magistrate Judge