IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **CROWN EQUIPMENT CORPORATION**, <br><br> **Plaintiff**, <br><br> v. <br><br> **DAVID BRADY, et al.**, <br><br> **Defendants**. | Civil Action No. 5:23-cv-00059 |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, Cory B. Patterson of Nelson Mullins Riley & Scarborough, LLP gives notice of his appearance and is hereby substituted as counsel of record in this action for Crown Equipment Corporation, in lieu of attorneys Fred M. Wood, Jr., Evan M. Sauda, and David Blue formally of Nelson Mullins Riley & Scarborough LLP who previously appeared for the Plaintiff in this matter. All future pleadings and correspondence relating to the Plaintiff should be directed to the undersigned counsel. This substitution is being done at the request of Crown Equipment Corporation.

Respectfully submitted, this 14th day March 2024.

> */s/ Cory B. Patterson*
> Cory B. Patterson N.C. Bar No. 39973
> Nelson Mullins Riley & Scarborough, LLP
> 301 South College St., 23rd Floor
> Charlotte, North Carolina 28202
> T: (704) 417-3000
> F: (704) 377-4814
> E-Mail: Cory.Patterson@nelsonmullins.com
>
> and
>
> Toby K. Henderson (0071378)
> (*pro hac vice*)

Joanna W. Gisel (0100701)
(*pro hac vice*)
SEBALY SHILLITO + DYER
A Legal Professional Association
40 North Main Street
1900 Stratacache Tower
Dayton, Ohio 45423
937-222-2500 Telephone
937-222-6554 Facsimile
thenderson@ssdlaw.com
jgisel@ssdlaw.com
*Attorneys for Plaintiff*
*Crown Equipment Corporation*

## CERTIFICATE OF SERVICE

I certify that on March 14, 2024 a copy of the foregoing was filed electronically through the Court's ECF system and served on all counsel of record.

*/s/ Cory B. Patterson*
Cory B. Patterson N.C. Bar No. 39973
Nelson Mullins Riley & Scarborough, LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202
T: (704) 417-3000
F: (704) 377-4814
E-Mail: Cory.Patterson@nelsonmullins.com
