IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:23-CV-00059

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>DAVIS BRADY, ET AL.,<br><br>          Defendants. | **NOTICE OF APPEARANCE** |

The undersigned counsel, Jarrod B. Summey, of the law firm of Hedrick Gardner Kincheloe & Garofalo, LLP, hereby provides notice to the Court, all parties and counsel that he will appear as counsel in this action on behalf of Defendant Pneu-Mech Systems Manufacturing, Inc. As such, all pleadings, notices, calendars, and other documents should be directed to the attention of the undersigned.

**This the 4th day of April, 2024.**

                 **HEDRICK GARDNER KINCHELOE & GAROFALO LLP**

                 **/s/Jarrod B. Summey**
                 **JARROD B. SUMMEY**
                 **NC State Bar No. 49548**
                 **4201 Congress St, Suite 300**
                 **Charlotte, NC 28209**
                 **PH: 704-602-8184**
                 **FAX: 704-625-7552**
                 **Email: jsummey@hedrickgardner.com**
                 *Attorney for Defendant Pneu-Mech Systems Manufacutring, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record.

**This the 4th day of April, 2024.**

        HEDRICK GARDNER KINCHELOE & GAROFALO LLP

        /s/**Jarrod B. Summey**
        JARROD B. SUMMEY
        NC State Bar No. 49548
        *Attorney for Defendant Pneu-Mech Systems Manufacutring, Inc.*

00694C.00032