IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| CROWN EQUIPMENT CORPORATION, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| DAVID BRADY, et al., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 59) filed by Local Counsel Cory B. Patterson on April 22, 2024.

Applicant Kaitlyn C. Meeks seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 59) is **GRANTED**. Kaitlyn C. Meeks is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: April 22, 2024

David C. Keesler
United States Magistrate Judge