UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

5:23-cv-00059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (K.N.A. Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS, LLC,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT UNITED FINISHING SYSTEMS, LLC** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in this action for Defendant United Finishing Systems, LLC. Please direct future pleadings, motions, notices, other items for service, and correspondence related to this matter to the undersigned using the contact information below.

This 22nd day of April, 2024.

Respectfully,



By: /s/ Sophia Pappalardo

Sophia Pappalardo
N.C. Bar No. 56743
sophiapappalardo@villmercaudill.com
VILLMER CAUDILL, PLLC
P.O. Box 18186
Charlotte, NC 28218
Tel: 704-317-8225
Fax: 704-705-8191
*Counsel for United Finishing Systems, LLC*