UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 5:23-cv-0059

Crown Equpiment Corporation )
        Plaintiff(s), )
v. )
David Brady, William Tucker, et al. )
)
        Defendant(s). )

# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Only one form need be completed for each nongovernmental party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of individual nongovernmental parties as well as nongovernmental corporate parties. Counsel have a continuing duty to update this information. Please file an original and one copy of this form, plaintiff or moving party must serve this on the defendant(s) or respondent(s) when initial service is made.

_Joseph Boggs_ who is _Defendant_
*(Name of Party)*     *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   Yes     **[No]**

2. Does party have any parent corporations?
   Yes     **[No]**

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   Yes     **[No]**

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   Yes     **[No]**

   If yes, identify entity and nature of interest:

s/ _C. Andrew Dandison_     _5/10/2024_
Signature     Date