IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 5:23-cv-00059

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (K.N.A. Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS LLC,<br><br>Defendants,<br><br>v.<br><br>James Andrews and Jerry Trostle,<br>Third Party Defendants. | **Notice of Appearance** |

**PLEASE TAKE NOTICE** that Elizabeth Vennum of Hull & Chandler, 1009 East Boulevard Charlotte, North Carolina 28203, hereby files this Notice of Appearance as counsel for Third Party Defendants, James Andrews and Jerry Trostle.

1

This, the 13th day of May 2024.

**HULL & CHANDLER**

By: */s/ Elizabeth Vennum*
Elizabeth Vennum
N.C. State Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
lvennum@lawyercarolina.com
Tel. (704) 375-8488
*Counsel for Third Party Defendants*

## Certificate of Service

This is to certify that on this date the undersigned filed the foregoing **Notice of Appearance** using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants:

This the 13th day of May 2024.

**HULL & CHANDLER**

By: */s/ Elizabeth Vennum*
Elizabeth Vennum