IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, | )<br>)<br>) |
| Plaintiff, | ) **ORDER**<br>) |
| v. | )<br>) |
| DAVID BRADY, et al., | )<br>) |
| Defendant, | )<br>) |
| v. | )<br>) |
| JAMES ANDREWS and JERRY TROSTLE, | )<br>)<br>) |
| Third-Party Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Third-Party Defendants' "Motion For Extension Of Time" (Document No. 73) filed May 21, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Third-Party Defendants' "Motion For Extension Of Time" (Document No. 73) is **GRANTED**. Third-Party Defendants shall serve Initial Disclosures on or before **May 29, 2024**.

**SO ORDERED**.

Signed: May 22, 2024

David C. Keesler
United States Magistrate Judge