# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### CIVIL CASE NO. 5:23-cv-00059

Crown Equipment Corporation )
)
      **Plaintiff(s),** )
)
vs. ) **DESIGNATION OF MEDIATOR**
)
David Brady, et. al., )
)
      **Defendant(s).** )

Pursuant to the Pretrial Order and Case Management Plan entered April 22, 2024, counsel for Plaintiff(s)/Defendant(s), on behalf of all parties, submit this report stating the identity of the mediator upon whom the parties have agreed. The parties agree upon and have selected the following individual to serve as mediator in the above-captioned case:

Steve Dunn
_____
_____

Respectfully submitted this 19 day of June, 2024.