# Table of Contents
## for Third Party Defendants' Memorandum of Law in Support of its Motion to Dismiss

I. Factual Allegations…………………………………………………………………………1
II. Legal Standard……………………………………………………………………………...4
III. Argument……………………………………………………………………………....…4
    A. No Individual Liability…………………………………………………………………4
    B. Third Party Plaintiffs Fail to State a Claim for Indemnity……………………….…….5
        1. Legal Standard for Indemnity…………………………………………………...5
            a) Indemnity Implied in Fact………………………………………………5
            b) Indemnity Implied in Law………………………………………………...6
        2. Third Party Plaintiffs' Indemnity Allegations…………………….……6
        3. Indemnity Argument………………………………………………….....6
            a) Third Party Plaintiffs are not Entitled to Attorney's Fees……...…6
            b) Third Party Plaintiffs Fail to State a Claim for Indemnity Implied in Fact……………………………………………………………..7
            c) Third Party Plaintiffs Fail to State a Claim for Indemnity Implied in Law……………………………………………………………….8
    C. Third Party Plaintiffs Fail to State a Claim for Violation of the Lanham Act § 43(a)………………………………………………………………………………..8
        1. Legal Standard for Violation of the Lanham Act § 43(a)……………….8
            a) Standing…………………………………………………………...9
                i. Zone of Interests…………………………………..…9
                ii. Proximate Cause……………………………………….10
            b) Elements of a Lanham Act § 43(a) Violation…………………....10
        2. Third Party Plaintiffs' Lanham Act Allegations………………………11
        3. Lanham Act Argument…………………………………………….....11
            a) Third Party Plaintiffs Lack Standing…………………………......11
                i. Third Party Plaintiffs' Interests do not Fall within the Zone of Interests of the Lanham Act…………………………...11
                ii. Third Party Plaintiffs Fail to Allege Proximate Cause…..12
            b) Third Party Plaintiffs Fail to State a Claim for Violation of the Lanham Act……………………………………………………………13
                i. Third Party Plaintiffs Fail to Allege Possession of a Valid Mark……………………………………………………....13
    D. Third Party Plaintiffs Fail to State a Claim for Defamation……………………..13
        1. Legal Standard for Defamation…………………………………………...14
            a) Statute of Limitations………………………………………………14
            b) Defamation *Per Se*………………………………………………....15
        2. Third Party Plaintiffs' Defamation Allegations………………….............................................15

        3. Third Party Plaintiffs Fail to State a Claim for Defamation
           a) The Statute of Limitations has Run……………………………...15
           b) Third Party Plaintiffs Fail to State a Claim for Defamation *Per Se*……………………………………………………………….....16
    E. Third Party Plaintiffs Fail to State a Claim for UDTP…………………………...18
        1. Legal Standard for UDTP……………………………………………...18
           a) Defamation as an Unfair and Deceptive Trade Practice………....18
              i. Heightened Pleading Standard…………………………...18
        2. Third Party Plaintiffs' UDTP Allegations……………………………..19
        3. UDTP Argument………………………………………………………….19
           a) Third Party Plaintiffs' Defamation Claim Cannot Support a UDTP Claim…………………………………………………….…….19
           b) The Alleged Defamation was not "In Commerce"………………19
           c) Third Party Plaintiffs Lack Standing to Bring a UDTP Claim…..20
           d) Third Party Plaintiffs Fail to Allege Proximate Cause or Damages……………………………………………………….21
    F. Third Party Plaintiffs Fail to State a Claim for Breach of Fiduciary Duty………21
        1. Legal Standard for Breach of Fiduciary Duty………………………..…21
           a) Factors for Winding Up or Dissolution………………………......22
        2. Third Party Plaintiffs' Breach of Fiduciary Duty Allegations…………23
        3. Breach of Fiduciary Duty Argument……………………………………..23
           a) Insolvency Alone Does Not Give Rise to a Fiduciary Relationship…………………………………………………...23
           b) Third Party Plaintiffs Fail to Allege Breach……………………..24
IV. Conclusion…………………………………………………………………………...25