IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 5:23-cv-00059

| | |
|---|---|
| **Crown Equipment Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**David Brady, William Tucker,**<br>**Joseph Boggs, Brawtus Holding Company, Inc. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), Brawtus Management Company, LLC, Pneu-Mech Systems Manufacturing, LLC (K.N.A. Pneu-Mech Dissolution, LLC), Pneu-Mech Systems Manufacturing, Inc., United Finishing Systems LLC,**<br><br>Defendants,<br><br>v.<br><br>**James Andrews and Jerry Trostle,**<br><br>Third Party Defendants. | <u>**Certification**</u> |

Pursuant to the June 18, 2024 Standing Order of this Court In Re: Use of Artificial Intelligence, 3:24-mc-104, the undersigned submits the following certification in relation to the previously filed Third Party Defendants' Memorandum of Law in Support of their Motion to Dismiss (Document No. 84).

1. No artificial intelligence was employed in doing the research for the preparation of this Memorandum, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg, as well as Google and Google Scholar;

2. Every statement and every citation to an authority contained in this Memorandum has been checked by the undersigned as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

1

Respectfully submitted,

This the 9th day of July, 2024.

**HULL & CHANDLER**

By: /s/ Elizabeth Vennum
Elizabeth Vennum
N.C. State Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
lvennum@lawyercarolina.com
(704) 375-8488
*Counsel for Third Party Defendants*

## Certificate of Service

This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to all counsel of record by means of CM/ECF.

This the 9th day of July, 2024.

**HULL & CHANDLER**

By: */s/ Elizabeth Vennum*
Elizabeth Vennum