UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

5:23-cv-00059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION,<br><br>　　Plaintiff,<br><br>v.<br><br>DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (K.N.A. Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS, LLC,<br><br>　　Defendants. | **NOTICE OF APPEARANCE** |

　　The undersigned hereby enters her appearance in this action as co-counsel of record for Defendant United Finishing Systems, LLC.

　　This 29th day of July, 2024.

　　　　　　　　　　　　　　　　Respectfully,



　　　　　　　　　　　　　　　　By:　/s/ Tomi M. Suzuki
　　　　　　　　　　　　　　　　　　　Bo Caudill

NC Bar No. 46281
bocaudill@villmercaudill.com
Tomi M. Suzuki
NC Bar No. 55561
tomisuzuki@villmercaudill.com
VILLMER CAUDILL, PLLC
P.O. Box 18186
Charlotte, NC 28218
Tel: 704-216-8120
Fax: 704-705-8191

*Counsel for United Finishing Systems, LLC*