IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 5:23-cv-00059

| | |
|---|---|
| **CROWN EQUIPMENT CORPORATION**<br><br>**Plaintiff,**<br>v.<br><br>**DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (K.N.A. Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS LLC,**<br><br>**Defendants,**<br>v.<br>**James Andrews and Jerry Trostle,**<br>**Third-Party Defendants.** | Motion for Extension of Time |

  Third-Party Defendants James Andrews and Jerry Trostle, by and through their undersigned counsel, hereby move for an Order extending their time to file a responsive pleading to the Amended Third-Party Complaint (Document No. 86). In support of this motion, Third-Party Defendants submit the following:

  1. Third-Party Claimants filed the Amended Third-Party Complaint in this action on July 22, 2024.

  2. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Third-Party Defendants must respond within 21 days, or by August 12, 2024.

  3. Counsel for Third-Party Defendants requires additional time to prepare a thorough

Page **1** of **3**

Case 5:23-cv-00059-KDB-DCK Document 90 Filed 08/08/24 Page 1 of 3

response to the Amended Third-Party Complaint.

4. Third-Party Defendants make this Motion for an extension of time for good cause and not for purposes of unnecessary delay.

5. Counsel for Third-Party Claimants consents to this requested extension.

6. A proposed order granting the relief requested will also be submitted.

**WHEREFORE**, Third-Party Defendants, James Andrews and Jerry Trostle, respectfully request an extension of time from August 12, 2024, up to and including September 3, 2024 in which to file a responsive pleading to the Amended Third-Party Complaint.

This the 8th day of August, 2024.

**HULL & CHANDLER, P.A.**

By: /s/ Elizabeth Vennum
Elizabeth Vennum
NC Bar No. 49747
1009 East Boulevard
Charlotte, NC 28203
(704) 375-8488
lvennum@lawyercarolina.com
*Counsel for Third-Party Defendants*

## Certificate of Service

  I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system.

This the 8th day of August, 2024,

**HULL & CHANDLER, P.A.**

            By: /s/ Elizabeth Vennum
               Elizabeth Vennum