IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 5:23-cv-00059

| | |
|---|---|
| **CROWN EQUIPMENT CORPORATION**<br><br>Plaintiff,<br>v.<br><br>**DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (K.N.A. Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS LLC,**<br><br>Defendants,<br>v.<br>**James Andrews and Jerry Trostle,**<br>Third-Party Defendants. | Order |

THIS MATTER comes before the undersigned upon Third-Party Defendants' Motion for Extension of Time to respond to the Amended Third-Party Complaint.

The initial time period allotted to Third-Party Defendants to respond to the Amended Third-Party Complaint has not expired, and good cause exists for said extension of time. Counsel for Third-Party Defendants has conferred with Counsel for Third-Party Claimants, who do not object to the extension.

IT IS THEREFORE ORDERED that the time within which Third-Party Defendants may serve responsive and defensive pleadings to the Amended Third-Party Complaint is extended up to and including September 3, 2024.

This, the _____ day of _____, 2024

_____
United States Clerk/Judge Presiding