# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID BRADY, et al., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Third-Party Defendants James Andrews and Jerry Trostle's "Motion For Extension Of Time" (Document No. 90) filed August 8, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Third-Party Defendants James Andrews and Jerry Trostle's "Motion For Extension Of Time" (Document No. 90) is **GRANTED**. Third-Party Defendants James Andrews and Jerry Trostle shall have up to and including **September 3, 2024** to answer or otherwise respond to Third-Party Claimants David Brady, William Tucker, Brawtus Holding Company, LLC, and Brawtus Management Company, LLC's "First Amended Third-Party Complaint" (Document No. 86).

**SO ORDERED**.

Signed: August 9, 2024

David C. Keesler
United States Magistrate Judge