# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

**CROWN EQUIPMENT CORPORATION**,

    **Plaintiff**,

v.

**DAVID BRADY, et al.**,

    **Defendants**.

Civil Action No. 5:23-cv-00059

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, Robert L. Lindholm of Nelson Mullins Riley & Scarborough, LLP gives notice of his appearance and is hereby substituted as counsel of record in this action for Crown Equipment Corporation, in lieu of attorney Cory B. Patterson formerly of Nelson Mullins Riley & Scarborough LLP who previously appeared for the Plaintiff in this matter. All future pleadings and correspondence relating to the Plaintiff should be directed to the undersigned counsel. This substitution is being done at the request of Crown Equipment Corporation.

Respectfully submitted, this 16th day August 2024.

                              **NELSON MULLINS RILEY & SCARBOROUGH LLP**

                              By:    /s/ Robert L. Lindholm
                                    Robert L. Lindholm (N.C. Bar No. 52800)
                                    301 S. College Street, 23rd Floor
                                    Charlotte, North Carolina 28202
                                    Telephone: (704) 417-3000
                                    Facsimile: (704) 377-4814
                                    E-Mail:  robert.lindholm@nelsonmullins.com

                              and

Toby K. Henderson (*pro hac vice*)
Joanna W. Gisel (*pro hac vice*)
Kaitlyn C. Meeks (*pro hac vice*)
SEBALY SHILLITO + DYER
A Legal Professional Association
40 North Main Street
1900 Stratacache Tower
Dayton, Ohio 45423
Telephone: 937-222-2500
Facsimile: 937-222-6554
thenderson@ssdlaw.com
jgisel@ssdlaw.com
kmeeks@ssdlaw.com

*Attorneys for Plaintiff Crown Equipment Corporation*

## CERTIFICATE OF SERVICE

I certify that on August 16, 2024 a copy of the foregoing was filed electronically through the Court's ECF system and served on all counsel of record.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ Robert L. Lindholm
Robert L. Lindholm (N.C. Bar No. 52800)
301 S. College Street, 23rd Floor
Charlotte, North Carolina 28202
Telephone: (704) 417-3000
Facsimile: (704) 377-4814
E-Mail: robert.lindholm@nelsonmullins.com
*Attorneys for Plaintiff Crown Equipment Corporation*