UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 5:23-cv-00059

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (K.N.A. Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS LLC, <br><br> Defendants, <br><br> v. <br><br> JAMES ANDREWS and JERRY TROSTLE, <br><br> Third-Party Defendants. | **DEFENDANT JOSEPH BOGGS' MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** |

NOW COMES Defendant, Joseph Boggs ("Defendant), and hereby moves the Court, pursuant to Rule 6(b) and Rule 26 of the Federal Rules of Civil Procedure, and Local Rule 7.1, for additional time to respond to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Request for Admissions, through and including October 3, 2024.

In support of this motion, Defendant shows the Court that the deadline to

respond to the subject discovery, August 31, 2024, has not expired, and undersigned counsel needs additional time to respond to each request. The undersigned has consulted with counsel for Plaintiff with regards to the above referenced extension, and counsel for Plaintiff has consented to Defendant's extension request.

WHEREFORE, Defendant requests that he be granted an extension of time to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, through and including **October 3, 2024**.

This the 16th day of August, 2024.

                                        **CRANFILL SUMNER LLP**

                                        /s/ Ryan L. Bostic
Ryan L. Bostic
NC State Bar No. 44982
C. Andrew Dandison
NC State Bar No. 52095
Kayla McDaniel
NC State Bar No. 57995
CRANFILL SUMNER LLP
5535 Currituck Drive Suite 210
Wilmington, NC 28403
Telephone (910) 777-6068
Facsimile (910) 777-6146
Email: rbostic@cshlaw.com
       adandison@cshlaw.com
       kmcdaniel@cshlaw.com
*Attorneys for Defendant Joseph Boggs*

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2024, I electronically filed the foregoing *DEFENDANT JOSEPH BOGGS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS* with the Clerk of Court using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system.

| | |
|---|---|
| Toby K. Henderson<br>Kaitlyn C. Meeks<br>SEBALY SHILLITO + DYER<br>A Legal Professional Association<br>40 North Main Street<br>1900 Stratacache Tower<br>Dayton, Ohio 45423<br>thenderson@ssdlaw.com<br>kmeeks@ssdlaw.com<br>*Attorneys for Plaintiff*<br>*Crown Equipment Corporation* | Cory B. Patterson<br>Nelson Mullins Riley & Scarborough, LLP<br>301 South College St., 23rd Floor<br>Charlotte, North Carolina 28202<br>Cory.patterson@nelsonmullins.com<br>*Attorney for Plaintiff*<br>*Crown Equipment Corporation* |
| Abbi Harris, Esq.<br>NAMAN HOWELL SMITH & LEE PLLC<br>400 Austin Avenue, Suite 800<br>Waco, TX 76701<br>aharris@namanhowell.com<br>*Attorney for Defendants*<br>*David Brady, William Tucker, Brawtus Holding, Inc., Pneu-Mech Dissolution, LLC and Brawtus Management* | Andrew Connors, Esq.<br>DARKHORSE LAW PLLC<br>119 Tradewynd Drive, Suite B<br>Lynchburg, VA 24502<br>andrew@darkhorselaw.com<br>*Attorney for Defendants*<br>*David Brady, William Tucker, Brawtus Holding, Inc., Pneu-Mech Dissolution, LLC and Brawtus Management* |
| John Riordon, Esq.<br>FIDELITY LAW GROUP<br>8511 Davis Lake Parkway, Suite C6-138<br>Charlotte, NC 28269<br>j.riordon@theflg.com<br>*Attorney for Defendants*<br>*David Brady, William Tucker, Brawtus Holding, Inc., Pneu-Mech Dissolution, LLC and Brawtus Management* | Gerald A. Stein, Esq.<br>Jerrod B. Summey, Esq.<br>HEDRICK GARDNER KINCHELOE & GAROFALO LLP<br>4201 Congress Street, Suite 300<br>Charlotte, NC 28209<br>astein@hedrickgardner.com<br>jsummey@hedrickgardner.com<br>*Attorneys for Defendant*<br>*Pneu-Mech Systems Manufacturing* |

| | |
|---|---|
| Bo Caudill, Esq.<br>Tomi M. Suzuki<br>VILLMER CAUDILL, PLLC<br>P.O. Box 18186<br>Charlotte, NC  28218<br>bocaudill@villmercaudill.com<br>tomisuzuki@villmercaudill.com<br>*Attorney for Defendant*<br>*United Finishing Systems, LLC* | Elizabeth Vennum, Esq.<br>HULL & CHANDLER<br>1009 East Boulevard<br>Charlotte, NC  28203<br>lvennum@lawyercarolina.com<br>*Attorney for Third-Party Defendants*<br>*Jerry W. Trostle and James R. Andrews* |

/s/ Ryan L. Bostic
Ryan L. Bostic
NC State Bar No. 44982
C. Andrew Dandison
NC State Bar No. 52095
Kayla McDaniel
NC State Bar No. 57995
CRANFILL SUMNER LLP
5535 Currituck Drive Suite 210
Wilmington, NC 28403
Telephone (910) 777-6068
Facsimile (910) 777-6146
Email: rbostic@cshlaw.com
adandison@cshlaw.com
kmcdaniel@cshlaw.com
*Attorneys for Defendant Joseph Boggs*