UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 5:23-cv-00059

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (K.N.A. Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **ORDER** |
| Defendants, | )<br>) |
| v. | )<br>) |
| JAMES ANDREWS and JERRY TROSTLE, | )<br>)<br>) |
| Third-Party Defendants. | ) |

THIS CAUSE coming before the undersigned Clerk on the Motion of Defendant Joseph Boggs for an Order extending the time in which to serve responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents;

AND IT APPEARING that the initial time period allotted to Defendant to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents has not expired;

IT IS THEREFORE ORDERED that the time within which Defendant may serve responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents is hereby extended up to and including **October 3, 2024**.

This the _____ day of _____, 2024.

_____
CLERK