IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:23-cv-00059-KDB-DCK |
| ) | |
| DAVID BRADY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

THIS CAUSE coming before the undersigned Clerk on the Motion of Defendants David Brady ("Brady"), William Tucker ("Tucker"), Brawtus Holding Company, Inc. ("Brawtus Holding"), Brawtus Management Company, LLC ("Brawtus Management"), and Pneu-Mech Dissolution LLC, formerly known as Pneu-Mech Systems Manufacturing LLC ("the LLC") for an Order extending the time in which to serve responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents;

AND IT APPEARING that the initial time period allotted to Defendants to respond to the same has not yet expired;

IT IS THEREFORE ORDERED that the time within which Defendant may serve responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents is hereby extended up to and including October 03, 2024.

Dated: _____

_____
CLERK