IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| DAVID BRADY, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' Motions For Extensions Of Time To Respond To Plaintiff's Discovery Requests (Document Nos. 93 and 94) filed August 16-19, 2024. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, and noting Plaintiff's consent, the undersigned will grant the motions.

**IT IS, THEREFORE, ORDERED** that "Defendant Joseph Boggs' Motion And Order For Extension Of Time To Respond..." (Document No. 93) is **GRANTED**. Defendant Boggs shall provide responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents on or before **October 3, 2024**.

**IT IS FURTHER ORDERED** that the "Motion For Extension Of Time To Respond..." (Document No. 94) is **GRANTED**. Defendants Brady, Tucker, Brawtus Holding, Brawtus Management, and Pneu-Mech Dissolution LLC shall provide responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents on or before **October 3, 2024**.

**SO ORDERED**.

Signed: August 19, 2024

David C. Keesler
United States Magistrate Judge