IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:23-cv-00059

Crown Equipment Corporation )
)
Plaintiff(s), )
v. )
)
David Brady, et al. )
)
Defendant(s). )

## DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OR PROPOSED INTERVENOR OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party or proposed intervenor to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must serve this form on the other parties to this action.

Pneu-Mech Systems Manufacturing who is Defendant
*(Name of Party)* *(Plaintiff / Defendant/Movant/Intervenor)*

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   [ ] Yes   [X] No

2. Does the party have any parent corporations?
   [ ] Yes   [X] No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   N/A

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   [ ] Yes   [X] No

   If yes, identify all such owners:

   N/A

NCWD-Corporate Disclosure – December, 2022

Case 5:23-cv-00059-KDB-DCK   Document 97   Filed 08/22/24   Page 1 of 2

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☒ No

   If yes, identify the entity and the nature of its interest:

   N/A

5. Is the party a trade association?
   ☐ Yes   ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

   N/A

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

   N/A


s/ Jarrod B. Summey
Signature of Attorney

8/22/2024
Date

Case 5:23-cv-00059-KDB-DCK   Document 97   Filed 08/22/24   Page 2 of 2