IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

**CROWN EQUIPMENT CORPORATION,**

                  **Plaintiff,**

v.                                        **ORDER**

**DAVIS BRADY, ET AL.,**

                  **Defendants.**

       **THIS CAUSE**, being before the undersigned upon Motion of the Defendant, Pneu-Mech Systems Manufacturing, Inc., for an Order extending the time within which to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1; and

       **IT APPEARS** to the Court that the time for Defendant to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents had not expired and that the Motion should be allowed for good cause shown and with consent of opposing counsel;

       **IT IS, THEREFORE, ORDERED THAT** the time for Defendant to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents be extended, up to and including the 3rd day of October, 2024.

       **This the \_\_\_\_ day of _____, 2024.**

                                                    _____