IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| DAVID BRADY, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Pneu-Mech Systems Manufacturing, Inc.'s Motion For Extension Of Time To Respond To Plaintiff's First Set Of Interrogatories And Request For Production Of Documents" (Document No. 99) filed August 22, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Pneu-Mech Systems Manufacturing, Inc.'s Motion For Extension Of Time To Respond To Plaintiff's First Set Of Interrogatories And Request For Production Of Documents" (Document No. 99) is **GRANTED**. Defendant Pneu-Mech Systems Manufacturing, Inc. shall provide responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents on or before **October 3, 2024**.

**SO ORDERED**.

Signed: August 22, 2024

_____
David C. Keesler
United States Magistrate Judge