IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:23-cv-00059

| | |
|---|---|
| **CROWN EQUIPMENT CORPORATION**, <br> **Plaintiff,** <br><br> v. <br><br> **DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDING COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (K.N.A. Pneu-Mech Dissolution, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS LLC,** <br> **Defendants,** <br><br> v. <br><br> **JAMES ANDREWS AND JERRY TROSTLE,** <br> **Third Party Defendants.** | **NOTICE OF SUBSTITUTION OF COUNSEL** |

 **PLEASE TAKE NOTICE**, Jarrod B. Summey and Gerald A. Stein of Hedrick, Gardner, Kincheloe & Garofalo, LLP give notice of their appearance and are hereby substituted as counsel of record in this action for Third Party Defendants, James Andrews and Jerry Trostle, in lieu of attorney Elizabeth Vennum of Hull & Chandler who previously appeared for the Third Party Defendants in this matter. All future pleadings and correspondence relating to the Third Party Defendants should be directed to the undersigned counsel. This substitution is being done at the request of James Andrews and Jerry Trostle.

This the 30th day of August, 2024.

/s/ Geral A. Stein
GERALD A. STEIN
N.C. State Bar No. 36408
Tel: 704-319-5464; Fax: 704-602-8156
4201 Congress St, Suite 300
Charlotte, NC 28209
astein@hedrickgarnder.com


/s/Jarrod B. Summey
JARROD B. SUMMEY
N.C. State Bar No. 49548
T: 704-602-8184; F: 704-625-75524201
4201 Congress St, Suite 300
Congress St, Suite 300
Charlotte, NC 28209
jsummey@hedrickgarnder.com

*Attorneys for Third Party Defendants James Andrews and Jerry Trostle*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record.

**This the 30th day of August, 2024.**

**HEDRICK GARDNER KINCHELOE & GAROFALO LLP**

/s/**Jarrod B. Summey**
JARROD B. SUMMEY
NC State Bar No. 49548
*Attorney for Defendant Pneu-Mech Systems Manufacutring, Inc.*
