IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| **CROWN EQUIPMENT CORPORATION,** | )<br>) |
| **Plaintiff,** | )<br>)  **ORDER** |
| v. | )<br>) |
| **DAVID BRADY, et al.,** | )<br>) |
| **Defendants.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Third Party Defendants' Motion For Extension Of Time To Respond To Amended Third Party Complaint" (Document No. 102) filed August 30, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Third Party Defendants' Motion For Extension Of Time To Respond To Amended Third Party Complaint" (Document No. 102) is **GRANTED**. Third Party Defendants, James Andrews and Jerry Trostle, shall file an Answer, or otherwise respond to the "Third-Party Complaint" (Document No. 63), on or before **September 17, 2024**.

**SO ORDERED**.

Signed: August 30, 2024

David C. Keesler
United States Magistrate Judge