IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| **CROWN EQUIPMENT CORPORATION**, <br><br> **Plaintiff**, <br><br> v. <br><br> **DAVID BRADY, et al.**, <br><br> **Defendants**. | **Civil Action No. 5:23-cv-00059** <br> **Judge Kenneth Bell** |

## PLAINTIFF CROWN EQUIPMENT CORPORATION'S UNOPPOSED MOTION TO AMEND CERTAIN DATES IN THE PRETRIAL ORDER AND CASE MANAGEMENT PLAN (ECF No. 61)

Now comes Plaintiff Crown Equipment Corporation ("Crown") and seeks leave from this Court, pursuant to Federal Rule of Civil Procedure 16(b)(4) and for good cause, to amend the April 22, 2024 Pretrial Order and Case Management Plan (ECF No. 61) ("Scheduling Order"), in part. Crown seeks leave to amend only those deadlines related to (1) the production of expert reports, (2) the discovery deadline, and (3) the dispositive motion deadline.

To date, all parties have been actively engaged in discovery efforts. Several parties have served discovery requests, and all parties have responded to discovery. That said, given the complexity of the claims at issue coupled with the fact that there are eleven parties represented by multiple different law firms, the parties need more time to engage in further discovery, including depositions. Crown believes an additional, approximate 45 days for discovery related deadlines would be sufficient for the parties to complete the needed discovery. As a result, Crown asks this Court to amend the following deadlines in the Scheduling Order as set forth below:

| Case Schedule | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Plaintiff's Expert Reports | January 10, 2025 | February 24, 2025 |
| Defendants' Expert Reports | February 7, 2025 | March 24, 2025 |
| Completion of Discovery | March 14, 2025 | April 28, 2024 |
| Dispositive Motions | April 11, 2025 | May 26, 2025 |

Crown does not wish to affect the current trial term of September 15, 2025 nor the mediation report deadline set for March 26, 2025. The proposed adjustments to the Scheduling Order would not impact either of those deadlines.

Before filing this Motion, as required under both the Scheduling Order and Local Rule 7.1, counsel for Crown consulted all counsel regarding this request. Counsel for all parties represented there was no opposition to the requested amendments to the Scheduling Order.

## **CONCLUSION**

Thus, Crown asks this Court to amend the Scheduling Order consistent with the above. A proposed order granting this Motion is included for the Court's consideration.

Dated this 13th day of December 2024

Respectfully submitted,

*/s/ Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202
(704) 417-3000 Telephone
(704) 377-4814 Facsimile
Email:   robert.lindholm@nelsonmullins.com

and

Toby K. Henderson     (0071378)
(*pro hac vice*)

Kaitlyn C. Meeks  (0098949)
(*pro hac vice*)
SEBALY SHILLITO + DYER
A Legal Professional Association
40 North Main Street
1900 Stratacache Tower
Dayton, Ohio 45423
(937) 222-2500 Telephone
(937) 222-6554 Facsimile
Email:     thenderson@ssdlaw.com
                kmeeks@ssdlaw.com

*Attorneys for Plaintiff Crown Equipment Corporation*

# CERTIFICATION ON USE OF ARTIFICAL INTELLIGENCE

Pursuant to the June 18, 2024 Standing Order of this Court In Re: Use of Artificial Intelligence, 3:24-mc-104, the undersigned certifies that no artificial intelligence was employed in doing the research for the preparation of the above Memorandum, with the exception of such artificial intelligence embedded in the standard on-line legal research sources; and every statement and every citation to an authority contained in the above Memorandum has been checked by an attorney in the above-captioned case as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

*/s/ Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
(704) 417-3000 Telephone
(704) 377-4814 Facsimile
*Attorney for Plaintiff Crown Equipment Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notification of filing to all counsel of record via CM/ECF.

*/s/ Robert L. Lindholm*
Robert L. Lindholm (N.C. Bar No. 52800)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
(704) 417-3000 Telephone
(704) 377-4814 Facsimile
*Attorney for Plaintiff Crown Equipment Corporation*