IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| DAVID BRADY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Crown Equipment Corporation's Unopposed Motion To Amend Certain Dates In The Pretrial Order And Case Management Plan (ECF No. 61)" (Document No. 127) filed December 13, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, and noting that the other parties in this action do not object, the undersigned will grant the motion. However, Plaintiff's counsel is respectfully advised that moving the dispositive motions deadline as requested *does* impact the trial deadline, and the Court will adjust that date accordingly.

**IT IS, THEREFORE, ORDERED** that "Plaintiff Crown Equipment Corporation's Unopposed Motion To Amend Certain Dates In The Pretrial Order And Case Management Plan (ECF No. 61)" (Document No. 127) is **GRANTED**.

The case deadlines are as follows: Plaintiff's expert reports – **February 24, 2025**; Defendants' expert reports – **March 24, 2025**; mediation report – **March 26, 2025**; discovery completion – **April 28, 2025**; dispositive motions – **May 26, 2025**; trial – **November 17, 2025**.

**SO ORDERED**.

Signed: December 16, 2024

David C. Keesler
United States Magistrate Judge