IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:23-CV-00059

| | |
|---|---|
| **CROWN EQUIPMENT CORPORATION,**<br>　　　　　　　　　　　　　　**Plaintiff,**<br>v.<br>**DAVIS BRADY, ET AL.,**<br>　　　　　　　　　　　　　　**Defendants.** | **MOTION TO WITHDRAW AS COUNSEL** |

**COMES NOW** the undersigned counsel, Jarrod B. Summey, pursuant to Local Rule 83.1(f), Rules 5, 7 and 11 of the Federal Rules of Civil Procedure, seeking leave of court to withdraw his notice of appearance and representation as counsel for Pneu-Mech Systems Manufacturing, Inc. (Defendant/Cross-Defendant), and James Andrews and Jerry Trostle (Third-Party Defendants) in this action.

The undersigned counsel makes this Motion with good cause as his relationship with his current firm, Hedrick, Gardner, Kincheloe, & Garofalo, LLP will cease on February 12, 2025. As of the date of this filing, the remaining counsel of record for the above-referenced parties will continue their representation.

Respectfully submitted, this the 11th day of February, 2025.

　　　　　　　　　　　　　　　　　　**HEDRICK GARDNER KINCHELOE & GAROFALO LLP**

　　　　　　　　　　　　　　　　　　**/s/Jarrod B. Summey**
　　　　　　　　　　　　　　　　　　**J**ARROD **B. S**UMMEY
　　　　　　　　　　　　　　　　　　**NC State Bar No. 49548**
　　　　　　　　　　　　　　　　　　**4201 Congress St, Suite 300**
　　　　　　　　　　　　　　　　　　**Charlotte, NC 28209**
　　　　　　　　　　　　　　　　　　**PH:　704-602-8184**
　　　　　　　　　　　　　　　　　　**FAX:　704-625-7552**
　　　　　　　　　　　　　　　　　　**Email: jsummey@hedrickgardner.com**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February 2025, I electronically filed the foregoing Motion to Withdraw As Counsel with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record.

**This the 11th day of February, 2025.**

> **HEDRICK GARDNER KINCHELOE & GAROFALO LLP**
>
> /s/**Jarrod B. Summey**
> JARROD B. SUMMEY
> **NC State Bar No. 49548**

District Court zurzz For the Western District of North Carolina
00694C.00032