IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:23-CV-00059

| | |
|---|---|
| DAVIS BRADY, ET AL.,<br><br>　　　　Third-Party Plaintiffs,<br><br>v.<br><br>JAMES ANDREWS AND JERRY TROSTLE,<br><br>　　　　Third-Party Defendants. | **Third Party Defendants,<br>Trostle and Andrews',**<br><br>**Notice of Withdrawal of the Motion to Dismiss the Second Amended Third-Party Complaint** |

NOW COMES, Third Party Defendants, James Andrews and Jerry Trostle, and files their Notice of Withdrawal of the Rule 12 Motion to Dismiss Third Party Plaintiffs' Second Amended Complaint [D.E. 108].

This the 12th day of February, 2025.

　　　　　　　　　　　　　　HEDRICK GARDNER KINCHELOE &
　　　　　　　　　　　　　　GAROFALO LLP

　　　　　　　　　　　　　　By:　 */s/ John L. Wright*
　　　　　　　　　　　　　　　　**JOHN L. WRIGHT**
　　　　　　　　　　　　　　　　**N.C. State Bar No. 45554**
　　　　　　　　　　　　　　　　**4201 Congress St, Suite 300**
　　　　　　　　　　　　　　　　**Charlotte, NC 28209**
　　　　　　　　　　　　　　　　**Direct: 704-319-5436**
　　　　　　　　　　　　　　　　**Email: jwright@hedrickgardner.com**
　　　　　　　　　　　　　　　　*Attorneys for Third Party Defendants*
　　　　　　　　　　　　　　　　*James Andrews and Jerry Trostle*

100694C.00032

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document, ***Third Party Defendants' James Andrew' and Jerry Trostle's, Notice of Withdrawal of their Motion to Dismiss the Third Party Plaintiffs' Second Amended Complaint*** with the Clerk of Court using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system as follows:

This the 12th day of February, 2025.

                                                                */s/ John L. Wright*
                                                                **John L. Wright**