IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:23-cv-00059

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BRADY, WILLIAM TUCKER, JOSEPH BOGGS, BRAWTUS HOLDINGS COMPANY, INC. (F/K/A PNEU-MECH SYSTEMS MANUFACTURING, INC.), BRAWTUS MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC (N/K/A PNEU-MECH DISSOLUTION, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS, LLC,<br><br>Defendants,<br><br>v.<br><br>DAVID BRADY, ET AL.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>JAMES ANDREWS AND JERRY TROSTLE,<br><br>Third-Party Defendants. | **THIRD-PARTY PLAINTIFFS' AND THIRD-PARTY DEFENDANTS' CERTIFICATION OF SETTLEMENT CONFERENCE** |

      Third-Party Plaintiffs and Third-Party Defendants James Andrews and Jerry Trostle certify that they conducted the post-summary judgment conference required by Section IV.A.3 of the Pretrial Order and Case Management Plan [DE 61] through reengagement and continued settlement discussions through the mediator.

      **This the 6th day of August, 2025.**

HEDRICK GARDNER KINCHELOE &
GAROFALO LLP


By: */s/ John L. Wright*
JOHN L. WRIGHT
N.C. State Bar No. 45554
DAJA D. BURGEE
N.C. State Bar No. 61739
4201 Congress St, Suite 300
Charlotte, NC 28209
Direct (John): 704-319-5436
Direct (Daja): 980-340-8649
jwright@hedrickgardner.com
dburgee@hedrickgardner.com
*Attorneys for Third-Party Defendants
James Andrews and Jerry Trostle*




FIDELITY LAW GROUP


By: */s/ John Riordon*
JOHN RIORDON
TYLER CRAWFORD
8511 Davis Lake Parkway, Suite C6-138
Charlotte, NC 28269
Ph: 704-285-8111
j.riordon@theflg.com
*Attorneys for Defendants David Brady,
William Tucker, Brawtus Holding Co.,
Inc., and Brawtus Management Co., LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2025, I electronically filed the foregoing ***Third-Party Plaintiffs' and Third-Party Defendants' Certification of Settlement Conference*** with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record.

This the 6th day of August, 2025.

          **HEDRICK GARDNER KINCHELOE & GAROFALO LLP**

          ***BY: /s/ John L. Wright***
          *Attorney for Third-Party Defendants James Andrews and Jerry Trostle*