IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:23-cv-00059-KDB-DCK

| | | |
|---|---|---|
| CROWN EQUIPMENT CORPORATION | § § § | |
| *Plaintiff,* | § § | |
| V. | § § § § | |
| DAVID BRADY, WILLIAM TUCKER JOSEPH BOGGS, BRAWTUS HOLDINGS COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS, LLC, | § § § § § § § § § § § § § | DEFENDANTS DAVID BRADY, WILLIAM TUCKER, BRAWTUS HOLDING, INC., PNEU-MECH DISSOLUTION, LLC, and BRAWTUS MANAGEMENT UNOPPOSED MOTION TO WITHDRAW |
| *Defendant.* | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

The undersigned counsel, Emma Abigail White, Counsel for Defendants David Brady, William Tucker, Brawtus Holding, Inc., Pneu-Mech Dissolution, LLC, and Brawtus Management, and files this Unopposed Motion to Withdraw from this matter and in support thereof would respectfully show the Court as follows:

1.

Counsel seeks to withdraw from representing David Brady, William Tucker, Brawtus Holding, Inc., Pneu-Mech Dissolution, LLC, and Brawtus Management because counsel is no longer employed by firms representing these Defendants.

2.

New counsel has appeared for David Brady, William Tucker, Brawtus Holding, Inc., Pneu-Mech Dissolution, LLC, and Brawtus Management and thus there will be no gap in representation for these Defendants. Further, John Riordan, an attorney licensed in North Carolina, is admitted to practice before this Court and will otherwise sponsor Mr. Connors, who is currently admitted before this Court *pro hac vice*.

4.

WHEREFORE, premises considered, Emma Abigail White requests to withdraw from representing David Brady, William Tucker, Brawtus Holding, Inc., Pneu-Mech Dissolution, LLC, and Brawtus Management in this matter.

Respectfully submitted,

/s/ *Emma Abigail White*
Emma Abigail White
NC Bar No. 59883
NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Avenue, Suite 800
Waco, Texas 76703-1470
V: (254) 755-4112
F: (254) 754-6331

ATTORNEY FOR DEFENDANT

DAVID BRADY, WILLIAM TUCKER, BRAWTUS HOLDING, INC., PNEU-MECH DISSOLUTION, LLC, AND BRAWTUS MANAGEMENT