IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:23-cv-00059-KDB-DCK

| | | |
|---|---|---|
| **CROWN EQUIPMENT CORPORATION** | § § § § § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| V. | | |
| **DAVID BRADY, WILLIAM TUCKER JOSEPH BOGGS, BRAWTUS HOLDINGS COMPANY, INC. (f/k/a Pneu-Mech Systems Manufacturing, Inc.), BRAWTUS, MANAGEMENT COMPANY, LLC, PNEU-MECH SYSTEMS MANUFACTURING, LLC), PNEU-MECH SYSTEMS MANUFACTURING, INC., UNITED FINISHING SYSTEMS, LLC,** | | **DEFENDANTS DAVID BRADY, WILLIAM TUCKER, BRAWTUS HOLDING, INC., PNEU-MECH DISSOLUTION, LLC, and BRAWTUS MANAGEMENT UNOPPOSED MOTION TO WITHDRAW** |
| *Defendant.* | | |

## PROPOSED ORDER

After considering the Unopposed Motion to Withdraw as Counsel filed by Emma Abigail White, the Court hereby GRANTS the motion.

IT IS THEREFORE ORDERED that Emma Abigail White is withdrawn from representing David Brady, William Tucker, Brawtus Holding, Inc., Pneu-Mech Dissolution, LLC, and Brawtus Management in this matter.

SIGNED THIS ____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE