IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| CROWN EQUIPMENT CORPORATION, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BRADY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Emma Abigail White's "Unopposed Motion To Withdraw As Counsel" (Document No. 195) filed August 25, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

Attorney Emma Abigail White seeks leave of court to withdraw her representation as counsel for David Brady, William Tucker, Brawtus Holding Company, Inc., Pneu-Mech Systems Manufacturing, LLC, and Brawtus Management Company, LLC, in this action. (Document No. 195). The motion indicates Attorney White "is no longer employed by firms representing these Defendants." Id.

**IT IS, THEREFORE, ORDERED** that Emma Abigail White's "Unopposed Motion To Withdraw As Counsel" (Document No. 195) is **GRANTED**. Emma Abigail White's representation of David Brady, William Tucker, Brawtus Holding Company, Inc., Pneu-Mech Systems Manufacturing, LLC, and Brawtus Management Company, LLC, in this action is hereby terminated. Defendants David Brady, William Tucker, Brawtus Holding, Inc., Pneu-Mech

Dissolution, LLC, and Brawtus Management will continue to be represented by Andrew P. Connors, John Brendan Riordan, and Tyler J. Crawford.

**SO ORDERED**.

Signed: August 25, 2025

David C. Keesler
United States Magistrate Judge