IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-059-KDB-DCK

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| DAVID BRADY, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Crown Equipment Corporation's Unopposed Motion To Amend Certain Deadlines…" (Document No. 197) filed August 26, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff Crown Equipment Corporation's Unopposed Motion To Amend Certain Deadlines…" (Document No. 197) is **GRANTED**. The case deadlines are revised as follows: discovery completion – **October 30, 2025**; designation of experts – **November 10, 2025**; supplement summary judgment motions – **November 10, 2025**; and supplement responses to summary judgment motions – **November 17, 2025**.

**SO ORDERED**.

Signed: August 27, 2025

David C. Keesler
United States Magistrate Judge