# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

|  |  |  |
|---|---|---|
| CROWN EQUIPMENT CORPORATION, | ) ) ) | **Civil Action No. 5:23-cv-00059-KDB-DCK** |
| Plaintiff, | ) ) |  |
| vs. | ) ) | **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** |
| DAVID BRADY, et al., | ) ) |  |
| Defendants. | ) ) |  |

Pursuant to LCvR 83.1(f), Toby K. Henderson, hereby files this Unopposed Motion to Withdraw as Counsel for Crown Equipment Corporation ("Crown"). Crown is currently represented by James A. Dyer, Kaitlyn C. Meeks, and Zachary S. Arnold at Sebaly Shillito + Dyer and Robert L. Lindholm at Nelson Mullins. Mr. Lindholm is admitted to practice in North Carolina and his colleagues at Sebaly Shillito + Dyer are appearing *pro hac vice*.

Good cause for this Motion exists as Mr. Henderson has given notice and is in the process of resigning from Sebaly Shillito + Dyer. Mr. Lindholm and Mr. Dyer, Ms. Meeks, and Mr. Arnold will continue to represent Crown. The Defendants do not oppose this Motion.

4958228.1

Dated: February 20, 2026

Respectfully submitted,

*/s/ Toby K. Henderson*
Toby K. Henderson (Ohio Bar No. 0071378)
(*pro hac vice*)
James A. Dyer (Ohio Bar No. 0006824)
(*pro hac vice*)
Kaitlyn C. Meeks (Ohio Bar No. 0098949)
(*pro hac vice*)
Zachary S. Arnold (Ohio Bar No. 0096819)
(*pro hac vice*)
SEBALY SHILLITO + DYER
A Legal Professional Association
220 East Monument Avenue, Suite 500
Dayton, Ohio 45402
937-222-2500 Telephone
937-222-6554 Facsimile
thenderson@ssdlaw.com
jdyer@ssdlaw.com
kmeeks@ssdlaw.com
zarnold@ssdlaw.com

and

Robert L. Lindholm (N.C. Bar No. 52800)
NELSON MULLINS RILEY & SCARBOROUGH,
LLP
301 South College St., 23rd Floor
Charlotte, North Carolina 28202
(704) 417-3000 Telephone
(704) 377-4814 Facsimile
Email: robert.lindholm@nelsonmullins.com

*Attorneys for Plaintiff*
*Crown Equipment Corporation*

2

4958228.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that my office electronically filed the foregoing on February 20, 2025, using the Court's Electronic Filing System, which will serve a copy to the parties and counsel of record who are listed on the Court's Electronic Mail Notice.

*/s/ Toby K. Henderson*
Toby K. Henderson (Ohio Bar No. 0071378)
(*pro hac vice*)

3

4958228.1